# EXHIBIT "1"

# EXHIBIT "1"

# SILVERMAN & ASSOCIATES

### 25 S. OAK KNOLL AVE., SUITE 504
### PASADENA, CA 91101
### TEL: (626) 529-4202 – FAX: (626) 298-6630

December 1, 2011

**SENT VIA EMAIL ONLY**

Captain John Kades
Los Angeles County Coroner's Office
1104 N. Mission Road
Los Angeles, CA 90033

     RE:   *Paula Marie Rojeski – Case # 2011-05916*

Dear Capt. Kades:

     Thank you for speaking with me earlier today. My office represents Valley Surgical Center, LLC, the facility where Ms. Rojeski was being operated. My client has informed me and you have confirmed that on Monday, Dr. Marinovich and others including yourself and Dr. Calmes will conduct an on-site inspection as part of the Coroner's investigation.

     I am writing this letter to memorialize our phone call wherein I have expressed my client's objections to the assignment of Dr. Calmes as the Anesthesiologist Consultant on this investigation. As noted in my March 23, 2011 letter (which has been attached) to the Coroner's Office, Dr. Calmes is extremely bias and prejudiced. Based upon this bias and prejudice, Dr. Calmes is unable to provide a fair consultation with regard to this investigation.

     Clearly, the Los Angeles County Coroner's Office has additional Anesthesiologists available to provide a consultation. In the interest of justice, fairness and the appearance of impartiality, for all parties involved, including the family of Ms. Rojeski, the Coroner's Office should have a different Anesthesiologist perform the consultation.

     Kindly, advise me of your decision as soon as possible, as my client is currently evaluating their options with regard to the site inspection, should the Coroner's Office continue to insist on the use of Dr. Calmes.

            Very Truly Yours,
            **SILVERMAN & ASSOCIATES**

            Robert B. Silverman

# SILVERMAN & ASSOCIATES

### 25 S. OAK KNOLL AVE., SUITE 504
### PASADENA, CA 91101
### TEL: (714) 936-7499 – FAX: (626) 298-6630

March 24, 2011

**SENT VIA US MAIL**

Dr. Sathyavagiswaran
Chief Medical Examiner
Los Angeles County Coroner's Office
1104 N. Mission Road
Los Angeles, CA 90033

     RE:    *Tamara Walter – Autopsy Report – Case # 2010-08560*

Dear Dr. Sathyavagiswaran:

     My office represents New Life Surgery Center, LLC., the facility where Tamara Walter was treated. I was provided with a copy of the Autopsy Report ("Report"). The Report was prepared by Dr. Kevin Young, Deputy Medical Examiner and contained an Anesthesiology Consult by Dr. Selma H. Calmes.

     Please accept this letter as our formal demand that the Anesthesiology Consult performed by Dr. Calmes be removed from the Report and that a new Consult be performed by an unbiased and more neutral Anesthesiologist that has current clinical knowledge AND experience in performing anesthesia in an outpatient surgery. In addition, pending the new Consult, it is demanded that the Coroner's Office NOT release the Report to any other individuals or entities.

     This Demand is based upon the fact that Dr. Calmes either is currently employed or was employed by UCLA Medical Center, an entity that competes directly with my client, a full service multispecialty outpatient surgery center. Thus, Dr. Calmes' clinical experience is most likely limited to Hospital settings only.

     More importantly, recent clinical data (see enclosed article) demonstrates that sleep apnea is not a current contraindication to performing this procedure as an outpatient surgery. This article and many other such articles dispute the 2006 Guidelines. As such, the commentary by Dr. Calmes about the decision to perform this procedure in an outpatient setting is clearly misplaced and based upon a set of antiquated guidelines. Indeed, for which numerous subsequent studies have questioned the accuracy and effectiveness of the 2006 Guidelines.

# SILVERMAN & ASSOCIATES

Page 2
Coroner's Letter

Dr. Calmes' reliance on the 2006 Guidelines is misplaced and unsupported by the facts of the case as subsequently documented in the Report. First, the Guidelines themselves provide full disclosure that they are merely "guidelines" to assist surgeons and anaesthesiologists in determining which patients should be treated as an inpatient versus an outpatient setting, acknowledging that there is "insufficient" data to support a formal practice protocol.

Second, the Guidelines further state that the outpatient setting is appropriate when the necessary pre-operative care is provided and when there are established post operative protocols to adequately deal with possible known contingencies associated with OSA patients. While Dr. Calmes questions the decision to conduct the procedure of Ms. Walter in the outpatient setting, she failed to make any investigation into the Center to verify whether or not the Center, Surgeon or Anesthesiologist considered the factors identified in the 2006 Guidelines.

In the absence of any specific deficiencies, Dr. Calmes opinion concerning the selection of an outpatient facility lacks any factual support. Dr. Calmes makes no findings and fails to provide any facts to support her position that New Life Surgery Center was an inappropriate setting for Ms. Walter. Accordingly, the opinion stated in the Consult on this issue is merely based upon conjecture and speculation. The Government Code requires that the Autopsy be based on facts developed through the investigation. [*Government Code* § 27491.5] Here, it is clear that Dr. Calmes made no investigation into the Surgery Center.

Furthermore, the 2006 Guidelines lack scientific data and are outdated. Since its publication there have been many developments in the Lap-Band procedure and with additional pools of data to reference, numerous subsequent studies that have criticized and otherwise questioned the veracity and accuracy of the 2006 guidelines. [Obesity Surgery – 2011 – 1-5 - Morbidity in Patients with or at High Risk for Obstructive Sleep Apnea after Ambulatory Laparoscopic Gastric Banding - We conclude that the incidence of clinically significant morbidity and mortality among a patient population at high risk for OSA presenting for LAGB appears to be very low.] In summation, the 2006 Guidelines remain in dispute and subject to attack, such that they should NOT be relied upon as scientific evidence or empirical data. In the end, they are merely Guidelines, as stated in the article itself, and should be used as such.

What is more troubling is the fact that this is not the first time that Dr. Calmes has used her position as a Consult to the Coroner's Office to forward her personal agenda and enter a public controversy. It is well documented that Dr. Calmes authored a 51 page report associated with Dr. Murray's care and use of propofol in the Michael Jackson case. Dr. Calmes further injected herself into the media fray apparently seeking celebrity status from her involvement by engaging in interviews.

# SILVERMAN & ASSOCIATES

Page 3
Coroner's Letter

It is very clear that the Coroner's Office including Dr. Calmes was aware of the numerous media reports concerning the death of Ms. Walter. In addition, I have been informed the Coroner's Office has no less than 9 pending requests for this Report, with inevitably originated from media outlets. To exploit this opportunity for her own personal benefit should be unacceptable to the Coroner's Office. As a result of the clear bias on behalf of Dr. Calmes, her decision to publish her personal opinion on the selection of the location for the surgery, undermines the integrity of the entire Anesthesiology Consult.

As set forth herein, there are a number of more recent studies that document that there is no direct correlation to the risk of death in obstructive sleep apnea patients and the outpatient setting for Lap-Band procedures. [Please see attached] Furthermore, Dr. Calmes, to her credit, acknowledges and specifically states that the Surgeon and the Anesthesiologist discussed and considered the OSA condition of Ms. Walter pre-operatively. This is consistent with the recommendations of the 2006 Guidelines identified by Dr. Calmes. Dr. Calmes, real conclusion, if accepted as true, concerns the care provided by the Anesthesiologist post operatively.

Dr. Calmes provides no insight as to how the alleged suboptimal care of the Anesthesiologist is related to the selection of the outpatient setting. It is undisputed that such individual care issues can happen in any setting and in fact do happen, even at UCLA and other Hospitals. What Dr. Calmes fails to address is how this situation would have been prevented or different if this procedure was done in an inpatient Hospital setting. Dr. Calmes provides no facts on this issue nor does she provide any insight. As such, any statements concerning the setting is merely unsupported commentary that should be, at the very least, excluded from the Autopsy Report. [*Government Code* § 27491.5 – "The cause of death appearing on a certificate of death signed by the coroner shall be in conformity with <u>facts ascertained from inquiry, autopsy and other scientific findings</u>." (emphasis added)]

The bottom line is that to directly link the basic issue of patient care by the Anesthesiologist to the outpatient surgical setting of my client is irresponsible and unsupported by any of the facts presented to or developed by Dr. Calmes in her investigation of this case. Therefore, it is patently clear that the decision by Dr. Calmes to include such diatribe in her Consult can only be attributed to the direct conflict of interest that Dr. Calmes has in being an advocate on behalf of UCLA Medical Center, which is a direct competitor of my client. In addition, by raising such issue in this format, Dr. Calmes is attempting to question the entire Industry Standard of providing this surgery in an outpatient setting which would not only affect my client but probably about 30 other local surgery centers who provide the same or similar type of care and treatment.

# SILVERMAN & ASSOCIATES

Page 4
Coroner's Letter


For all of these reasons, the Consult is biased, contains irrelevant information and statements that have no factual support all based upon out of date guidelines that are heavily disputed. The Consult clearly interjects Dr. Calmes and the Los Angeles County Coroner's Office into a known public controversy surrounding my client, wherein the County has now taken sides as opposed to merely establishing the cause of death. The County's Office should not be used in such a manner and the only way to correct such action is by the County withholding the publication of the report until such time that a new unbiased Consult can be performed by a neutral non-interested individual. In the event the Report is released, immediate action should be taken to correct this egregious injustice.

Very Truly Yours,
SILVERMAN & ASSOCIATES

Robert B. Silverman

OBES SURG
DOI 10.1007/s11695-011-0381-6

# Morbidity in Patients with or at High Risk for Obstructive Sleep Apnea after Ambulatory Laparoscopic Gastric Banding

**Matt M. Kurrek · Chris Cobourn · Ziggy Wojtasik · Alexander Kiss · Steven L. Dain**

© Springer Science+Business Media, LLC 2011

**Abstract** Considerable controversy exists about the perioperative management of patients at high risk for obstructive sleep apnea (OSA) in free-standing clinics. Eighty-eight percent of an American Society of Anesthesiologists expert panel felt that upper abdominal laparoscopic surgery could not be performed safely on an outpatient basis. We sought to review the incidence of major adverse events after outpatient laparoscopic adjustable gastric banding (LAGB) in a high risk population for OSA at a free-standing facility. Research Ethics Board approval was obtained and charts were reviewed retrospectively for 2,370 LAGB performed at a free-standing clinic between 2005 and 2009. In this observational cohort study, patients were classified as high risk for OSA if they received continuous positive airway pressure (CPAP) treatment for OSA pre-operatively or had a history of at least three STOP-BANG criteria. Follow-up was verified and adverse events reviewed, including death, unanticipated transfer or admission to hospital within 30 days. A total of 746 of the 2,370 patients (31%) met criteria for or were at high risk for OSA (357 received CPAP for OSA and 389 by STOP-BANG criteria). The incidence of transient desaturation to less than 93% was 39.5%. There were no deaths and no cases of respiratory failure or re-intubation. The 30-day mortality was zero and the 30-day anesthesia related morbidity was less than 0.5%. For patients at high risk for OSA after LAGB, the significance of transient oxygen desaturation and the need to develop monitoring and admission standards remain to be determined.

**Keywords** Sleep apnea · Obstructive · Ambulatory care facilities · Obesity

M. M. Kurrek (✉)
Department of Anesthesia, University of Toronto,
150 College Street, Fitzgerald Building, Room 121,
Toronto, Ontario M5S 3E2, Canada
e-mail: m.kurrek@utoronto.ca

C. Cobourn · Z. Wojtasik
The Surgical Weight Loss Centre,
1413 Hurontario Street,
Mississauga, Ontario L5G 3H5, Canada

A. Kiss
Department of Research Design and Biostatistics,
University of Toronto,
Room G138, 2075 Bayview Ave,
Toronto, Ontario M4N 3M5, Canada

S. L. Dain
Department of Anesthesia, University of Western Ontario,
339 Windermere Road, Room C3-107,
London, Ontario N6A 5A5, Canada

Published online: 13 March 2011

## Introduction

It has been estimated that between 2% and 25% of the general population suffers from obstructive sleep apnea (OSA) [1] which is associated with significant long-term health consequences [2]. OSA may lead to postoperative complications such as oxygen desaturation [3] and re-intubation or other respiratory support. Due to concerns regarding the perioperative morbidity and mortality of patients with OSA, the American Society of Anesthesiologists (ASA) convened an expert panel task force which published practice guidelines for the perioperative management of patients with OSA [4].

The panel determined that there was a lack of scientific evidence so that many of the guidelines for increased monitoring were based on expert opinion and open forum commentary. The task force recommended that patients with OSA be monitored for 3 h longer than their non-OSA

🌱 Springer

counterparts before discharge. A survey of the consultants showed that 88.1% of respondents felt that upper abdominal laparoscopic surgery could not be performed safely on an outpatient basis for patients with known or suspected OSA [4].

The incidence of obesity is steadily increasing in North America and there has been a dramatic increase in the number of bariatric surgical procedures worldwide [5]. Laparoscopic weight loss surgery is being performed on an outpatient basis [6, 7] and in keeping with the general growth of out-of-hospital procedures, increasingly in free-standing ambulatory surgery centers [8].

Obese patients have a markedly increased incidence of OSA [9]. Many of the patients presenting for weight loss surgery via upper abdominal laparoscopy have either known or suspected OSA. It is not clear whether the rate of postoperative complications, particularly oxygen desaturation, leads to a clinically relevant increase in perioperative morbidity and mortality.

Our hypothesis was that upper abdominal laparoscopic surgery could be performed safely on an outpatient basis for patients with known or suspected OSA. We thus sought to review the incidence of major, clinically relevant adverse events (defined as unexpected events that negatively affect the patient's health or quality of life for a minimum period of 2 weeks) occurring within 30 days after ambulatory laparoscopic adjustable gastric banding (LAGB) in a high-risk population for OSA at a free-standing non-hospital based facility.

## Materials and Methods

Institutional Review Board approval was obtained from the primary author's base hospital (the free-standing clinic does not have their own RRB) for a retrospective observational cohort study to review patient charts who had LAGB performed at a single free-standing clinic in Mississauga, Ontario (Canada) from February 2005 to December 2009 inclusive. This clinic is entirely free-standing and not associated with a hospital. Patients were excluded if they had previous bariatric surgery (total of 16 patients) or if they had surgery performed due to uncontrolled comorbidities (i.e., aortic stenosis, poorly controlled atrial fibrillation, myasthenia gravis) or anticipated technical difficulties at the local hospital (total of 92 patients) because of anticipated higher risk for admission due to surgical factors and different care protocol in the hospital (i.e., invasive monitoring, routinely prolonged observation, etc.).

Patients were subdivided into (1) those having OSA if they indicated during the history that they had been diagnosed with OSA and used CPAP or (2) were deemed to be at high risk for OSA if they had at least three of the STOP-BANG [10] criteria documented on the chart (i.e., age over 50, male sex, HTN, BMI over 35, neck circumference over 40 cm), and (3) all other patients.

Anesthetic management of patients for LAGB at the free-standing clinic as per practice by the anesthesia provider group is described in Table 1 with a random sample of approximately 5% of all charts (as well as the charts from all patients with adverse events) audited for compliance with the anesthetic management. Patient information was extracted from the patients' charts, recorded, and entered into a spreadsheet summarizing demographic data, clinical variables, and adverse events (see Table 2). Unexpected outcomes were tracked, including (but not limited to) oxygen desaturation in the OR (after extubation and until arrival in the PACU) and in the PACU (arbitrarily defined as documented $SpO_2 < 93\%$), delayed discharge from the PACU (defined as over 4 h), unanticipated transfer

**Table 1** Anesthetic care

1. Oral premedication with 8 mg ondansetron, 600 mg gabapentin, and 200 mg celecoxib 1 h prior to the procedure
2. Intravenous (iv) premedication with midazolam 1–2 mg pm
3. Pre-oxygenation followed by iv induction with 200–300 mg propofol (PPF), 1–2 mcg/kg of fentanyl, and 50 mg rocuronium, ventilation to maintain $SpO_2 \geq 93\%$ and normocapnia
4. Intraoperative administration of iv 10–20 mg dexamethasone, iv 1–2 gm cefazolin, iv 60 mg ketorolac, subcutaneously 2,500 U Fragmin, intermittent venous compression devices and repeat dose of iv 4 mg ondansetron
5. Maintenance with PPF infusion at 100–150 mcg/kg/min and isoflurane (up to 0.5%) or sevoflurane (up to 1%) with 50% oxygen/nitrous oxide (no BIS monitor)
6. Insertion of a nasogastric tube
7. All patients had their neuromuscular blockade reversed and were extubated in the OR followed by administration of oxygen by facemask as needed
8. PACU pain medication included meperidine up to iv 50 mg, fentanyl up to iv 50 μg or po codeine for patients taking po fluids
9. Antiemetic treatment in the PACU consisted of pm prochlorperazine up to 10 mg, followed by repeat doses of dexamethasone and ondansetron
10. All patients received supplemental oxygen on arrival to the PACU and were encouraged to resume using their CPAP masks in the PACU (if applicable) for a $SpO_2 < 93\%$



OBES SURG

Table 2 Data sample sheet

| Patient ID | Numeric identifier |
| --- | --- |
| Age | Age in years |
| Gender | Female=0, Male=1 |
| HTN | Treated hypertension=1, other=0 |
| D.m. I | Treated D.m. I=1, other=0 |
| D.m. II | Treated D.m. II=1, other=0 |
| Sleep apnea | Diagnosed OSA on CPAP=1, other=0 |
| Asthma | Diagnosed asthma=1, other=0 |
| ASA status | ASA status numeric |
| Neck circumference | Documented over 40 cm=1, all others=0 |
| Body mass index | Numeric value |
| Duration anesthesia | Time in minutes |
| Duration PACU stay | Time in minutes |
| Lowest SpO$_2$ (reviewer #1, comment #4) in OR (after extubation and until arrival to PACU) | Lowest documented O$_2$ saturation in percent |
| Lowest SpO$_2$ (reviewer #1, comment #4) in PACU | Lowest documented O$_2$ saturation in percent |
| Admission/transfer to hospital | Admission or transfer on day of surgery=1, all others=0 |
| Admission/transfer to hospital | If admission/transfer=1, narrative description of details |
| Complication/follow-up | Other adverse events until day 30=1, all others=0 |
| Complication/follow-up | If other adverse events until day 30=1, narrative description of details |

on the day of surgery, hospital visit within 30 days, or death. Missing data were treated as blanks.

The primary outcomes of interest were death, respiratory failure or re-intubation, and admission or transfer anytime to a hospital within 30 days. The secondary outcome measures were incidence of desaturation, anesthetic time, and time in PACU.

Descriptive statistics were calculated for all variables of interest. Continuous measures were summarized using means and standard deviations, whereas categorical measures were summarized using counts and percentages. Confidence intervals (CI) (95%) were provided where appropriate. The sample was sufficient to provide 95% confidence intervals around estimates with less than 4% absolute margin of error for our outcome of interest. As over 90% of the data was complete, there were no concerns regarding missing data (missing data were restricted to secondary outcomes only and usually the result of illegible or incomplete charting). All analyses were carried out using SAS Version 9.1 (SAS Institute, Cary, NC, USA).

Results

Three patients did not have upper abdominal laparoscopic surgery and thus had to be excluded from the database (one patient, who could not be intubated, was transferred to the hospital, discharged and declined further surgery; two patients, who became hypotensive during induction pre-sumably due to relative hypovolemia, were transferred to the hospital, discharged, and subsequently underwent uneventful inpatient LAGB). Ninety-three patients had elective in-hospital surgery at the local hospital due to uncontrolled comorbidities and had thus been excluded from the study also. A total of 2,370 patients met the study criteria and were included in the review. Of those patients, 746 (31%) were documented to be at high risk for OSA (357 with diagnosed OSA and 389 who had at least three of the STOP-BANG criteria documented on the chart, i.e., age over 50, male sex, HTN, BMI over 35, neck circumference over 40 cm). Information about snoring, tiredness, and observed apnea had not been routinely documented in the patients' charts. Demographics are listed in Table 3. The study investigators noticed that a number of patients had been classified as ASA 4 on the anesthesia records and reviewed the history of respective patients in greater detail (note: regulations to declare ASA 4 patients unsuitable for surgery in free-standing facilities only came into effect after December 2009). Even though there was no documentation that any of the comorbidities represented a constant threat to life, the decision was made not to change the ASA classification that was recorded on the chart.

Average anesthetic time was 85±22 min (mean±SD), and average time in the PACU (phase I and II) was 126±31 min (mean±SD). Seven patients had a delayed discharge from the PACU (range 245–315 min, five patients due to drowsiness, one due to nausea, and one due to a delay with transportation home). Oxygen saturation in the OR after

OBES SURG

**Table 3** Demographic information

| | All patients | Patients with documented OSA or at high risk for OSA (subgroup of all patients) |
|---|---|---|
| Number | $n$=2,370 | $n$=746 |
| Average age (mean±SD) | 46±11 | 53±9 |
| Male (%) | 424 (18%) | 284 (38%) |
| Female (%) | 1,947 (82%) | 462 (62%) |
| Average BMI (mean±SD) | 42.7±7.7 | 44.9±7.6 |
| Hypertension | 732 (31%) | 531 (71%) |
| Diabetes mellitus type 1 (reviewer#2 comment#21) | 30 (1%) | 25 (3%) |
| Diabetes mellitus type 2 | 306 (13%) | 200 (27%) |
| Asthma | 305 (13%) | 106 (14%) |
| ASA I | 129 (5%) | 17 (2.2%) |
| ASA II | 1426 (60%) | 291 (39%) |
| ASA III | 757 (32%) | 423 (57%) |
| ASA IV | 12 (0.5%) | 10 (1.3%) |

extubation or post-anesthesia care unit was less than 85% for 18 patients (2.4%, range 68–84%), 85–89% for 46 patients (6.1%), and 90–92% for 231 patients (30.9%). Overall, the incidence of transient desaturation after extubation to less than 93% was 39.5% (295 of 746 patients; 95% CI 35.9–43.1%). The incidence of desaturation to <93% occurred in approximately twice as many patients immediately after extubation as compared to during their PACU stay (290 patients versus 126 patients). Selected outcome variables are listed in Table 4.

All patients were followed-up by the surgical team and information about major adverse events were recorded on the patient's chart. There were no deaths and no cases of respiratory failure or re-intubation among the 746 patients who were documented to be at high risk for OSA. One patient was transferred to hospital because of severe nausea presumably caused by gastric obstruction due to swelling around the gastric band which resolved over 48 h. Four patients required hospital admission within 30 days of surgery, three for transient dysphagia, and one due to an infectious complication.

There were also no deaths and no cases of respiratory failure or re-intubation among the remaining 1,624 patients. A total of 15 of those patients experienced complications which resolved in all cases without long-term sequelae, and all those events except for two were surgery related. One patient had postoperative respiratory distress and was transferred to the hospital to be released the same day and another patient could not tolerate fluids the next day and required temporary admission for medical management, including IV fluids.

**Discussion**

Advances in clinical care have led clinicians to migrate away from tertiary care hospitals into smaller ambulatory care centers and ultimately free-standing clinics. This has been fueled by demand from both patients and health care providers alike [11]. As the incidence of obesity (and OSA) increases, anesthesiologists and surgeons are looking for clinical practice guidelines to assist in the management of

**Table 4** Selected outcome variables

| | All patients | Patients with documented OSA or at high risk for OSA (subgroup of all patients) |
|---|---|---|
| Number | $n$=2,370 | $n$=746 |
| Anesthetic time | 83±23 min (mean±SD) | 85±22 min (mean±SD) |
| Time in PACU (phase I and II) | 127±31 min (mean±SD) | 126±31 min (mean±SD) |
| Incidence of SpO$_2$<93% | 29.8% (95%CI 27.0–31.7%) | 39.5% (95%CI 35.9–43.1%) |
| Deaths | 0 | 0 |
| Respiratory failure or re-intubation | 0 | 0 |
| Readmission or transfer within 30 days | 20 | 5 |

 Springer

OBES SURG

patients at high risk for OSA. Unfortunately, the current recommendations, including the ASA's Practice Guidelines, lack scientific support for their recommendations and thus are not evidence-based.

In our study, we found that the incidence of clinically significant morbidity and mortality among a patient population at high risk for OSA presenting for LAGB appears to be very low. The incidence of hypoxia in the OR (after extubation) or PACU (defined as $SpO_2$ less than 93%) in our study was high (39.5%) but consistent with other similar studies [3]. A higher incidence of desaturations occurred immediately after extubation (and despite oxygen administration), but this seemed to decrease with the patients' arrival to the PACU. Desaturations did not lead to any delay in discharge and do not seem to have been associated with any significant morbidity: the 30-day mortality was zero and the 30-day anesthesia related morbidity was less than 0.5% (one case of hospital transfer with nausea that was probably related to swelling around the gastric band).

There are limitations to our retrospective observational study. The charts recorded only the diagnosis of OSA (but not the severity). Therefore, it is theoretically possible that a large fraction of the patients in our sample could have had mild OSA and minimal implications for perioperative care. However, all these patients had been advised to use CPAP and thus it is likely their OSA was at least moderate in severity. Also, not all the items on the STOP-BANG questionnaire were documented in the chart (information about snoring, tiredness, and observed apnea). However, the STOP-BANG questionnaire has been validated and classifies patients with three or more items at high risk of OSA, so that regardless of the findings for the other criteria, the risk classification for these patients would not change. The lack of information about the other items did not allow us to draw conclusions about the remainder of the patients, as they may or may not meet the STOP-BANG criteria for being at high risk of OSA.

Since the STOP-BANG questionnaire has high sensitivity, but only limited specificity [12], it is possible that the majority of the patients in this study who were deemed at high risk for OSA based solely on their STOP-BANG score, did not have significant OSA. However this is unlikely, as other studies have shown the prevalence of OSA in morbidly obese patients alone, scheduled to undergo bariatric surgery, to be as high as 68% (mean BMI 49, with a mean AHI 31 [13].

Due to the sample size, this study may lack the power to detect rare, but catastrophic adverse events and also the findings in this study may not be applicable to other patient populations with OSA, as this patient cohort may represent a sub-population of unusually motivated patients.

We conclude that the incidence of clinically significant morbidity and mortality among a patient population at high risk for OSA presenting for LAGB appears to be very low. The long-term significance of transient oxygen desaturation in patients at high risk for OSA after LAGB and the implication for developing monitoring and admission standards for this patient population remains to be determined.

Further studies utilizing clinical data rather than expert opinion are required to identify factors that must be considered when developing perioperative guidelines for patients at risk for OSA.

Acknowledgements  We acknowledge the assistance of the following individuals during data collection, analysis, and document preparation: Dr. Bob Babak and Mrs. Rubina Jan.

Disclosure  Dr. Cobourn is a consultant with Allergan and has received an unrestricted research grant and speaking honoraria. The authors declare that they have no conflict of interest.

## References

1. Young T, Hutton R, Finn L, et al. The gender bias in sleep apnea diagnosis. Are women missed because they have different symptoms? Arch Intern Med. 1996;156(21):2445–51.
2. Young T, Finn L, Peppard PE, et al. Sleep disordered breathing and mortality: eighteen-year follow-up of the Wisconsin sleep cohort. Sleep. 2008;31(8):1071–8.
3. Liao P, Yegneswaran B, Vairavanathan S, et al. Postoperative complications in patients with obstructive sleep apnea: a retrospective matched cohort study. Can J Anaesth. 2009;56(11):819–28. Reviewer#3 comment#15.
4. The American Society of Anesthesiologists Task Force on Perioperative Management of Patients with Obstructive Sleep Apnea. Practice guidelines for the perioperative management of patients with obstructive sleep apnea. Anesthesiology. 2006;104 (5):1081–93.
5. Robinson MK. Surgical treatment of obesity—weighing the facts (editorial). NEJM. 2009;361(5):520–1.
6. Bergland A, Gislason H, Raeder J. Fast-track surgery for bariatric laparoscopic gastric bypass with focus on anaesthesia and perioperative care. Experience with 500 cases. Acta Anaesthesiol Scand. 2008;52(10):1394–9.
7. McCarty TM, Arnold DT, Lamont JP, et al. Optimizing outcomes in bariatric surgery: outpatient laparoscopic gastric bypass. Ann Surg. 2005;242(4):494–8.
8. Watkins BM, Montgomery KF, Ahroni JH, et al. Adjustable gastric banding in an ambulatory surgery center. Obes Surg. 2005;15(5):1045–9.
9. Peiser J, Lavie P, Ovnat A, et al. Sleep apnea syndrome in the morbidly obese as an indication for weight reduction surgery. Ann Surg. 1984;199(1):112–5.
10. Abrishami A, Khajehdehi A, Chung F. A systematic review of screening questionnaires for obstructive sleep apnea. Can J Anaesth. 2010;57(5):423–38.
11. Kurrek MM, Twersky RS. Office-based anesthesia: how to start an office-based practice. Anesthesiol Clin. 2010;28(2):353–67.
12. Seet E, Chung F. Obstructive sleep apnea—preoperative assessment. Anesthesiol Clin. 2010;28(2):199–215.
13. Neligan PJ, Porter S, Max B, et al. Obstructive sleep apnea is not a risk factor for difficult intubation in morbidly obese patients. Anesth Analg. 2009;109(4):1182–6.

Springer

# EXHIBIT "2"

# EXHIBIT "2"

12/02/11  17:04 FAX                                                    ☎001



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL
### 648 KENNETH HAHN HALL OF ADMINISTRATION
### 500 WEST TEMPLE STREET
### LOS ANGELES. CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1928
FACSIMILE
(213) 680-2165
TDD
(213) 633-0901
E-MAIL
rragland@counsel.lacounty.gov

ANDREA SHERIDAN ORDIN
County Counsel

December 2, 2011

## FACSIMILE COVER SHEET

|  | Name / Company | Telephone | Facsimile |
|---|---|---|---|
| TO: | **Robert B. Silverman, Esq.** <br> **Silverman & Associates** | 626-529-4202 | **626-298-6630** |

FROM:     ROBERT E. RAGLAND
          Principal Deputy County Counsel
          Health Services Division

RE:       **Paula Marie Rojeski – Coroner Case No. 2011-05916**

PAGES:    (including cover sheet)  3

MESSAGE:

**CONFIDENTIALITY NOTICE:** This message, including any attachments, from the Office of the County Counsel is intended for the official use of the recipients to whom it is addressed. It contains information that may be confidential, privileged, attorney work product, or otherwise exempted from disclosure under applicable law. If you have received this message in error, be advised that any review, disclosure, use, dissemination, distribution or reproduction of this message or any of the attachments is strictly prohibited. Please notify us immediately at the above telephone number that you have received this message in error, and destroy this message, including any attachments.

12/02/11  17:04 FAX                                                    ☑002



# COUNTY OF LOS ANGELES
## OFFICE OF THE COUNTY COUNSEL
648 KENNETH HAHN HALL OF ADMINISTRATION
500 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012-2713

TELEPHONE
(213) 974-1928
FACSIMILE
(213) 680-2165
TDD
(213) 633-0901

ANDREA SHERIDAN ORDIN
County Counsel

December 2, 2011

VIA FAX & U.S. MAIL

Robert B. Silverman, Esq.
Silverman & Associates
25 South Oak Knoll Avenue, Suite 504
Pasadena, California 91101

Re:    Paula Marie Rojeski - Coroner Case No.: 2011-05916

Dear Mr. Silverman:

This is in response to your December 1 letter to Captain John Kades of the
County of Los Angeles Department of Coroner.  This is to inform you that on
Monday, December 5, at 9:30 a.m., Captain Kades will appear at the Valley Surgical
Center, LLC with Dr. Marinovich and Dr. Calmes, the Coroner's anesthesiology
consultant, to conduct an on-site inspection of the Center's anesthesia machine as
part of the Coroner's ongoing investigation into the cause of death of Paula Rojeski.

As you know from the Coroner's enclosed April 6, 2011 letter to you, the
Department of Coroner has determined that your claims of bias against Dr. Calmes
are without merit.

Should the Coroner investigators not be admitted voluntarily to inspect the
anesthesia machine, then the Coroner shall use its authority under the Government
Code to obtain this inspection.

Very truly yours,

ANDREA SHERIDAN ORDIN
County Counsel

By

ROBERT E. RAGLAND
Principal Deputy County Counsel
Health Services Division

RER:if

Enclosure

c:    Lakshmanan Sathyavagiswaran, M.D., Chief Medical Examiner-Coroner
      Captain John Kades, Department of Coroner

HOA.844656.1

056

12/02/11  17:05 FAX                                                                    Ⓩ 003



"Enriching Lives"

**Anthony T. Hernandez**
Director

# COUNTY OF LOS ANGELES

## DEPARTMENT OF CORONER
1104 N. MISSION RD., LOS ANGELES, CALIFORNIA 90033



**Lakshmanan Sathyavagiswaran, MD**
Chief Medical Examiner-Coroner

April 6, 2011

Robert B. Silverman, Esq.
Silverman & Associates
25 S. Oak Knoll Ave., Suite 504
Pasadena, California 91101

### WALTER, TAMARA
### CORONER CASE NO 2010-08560

Dear Mr. Silverman:

This is in response to your March 24 letter. In that letter you made specific demands, on behalf of the New Life Surgery Center, LLC, regarding the Tamara Walter Autopsy Report. Specifically, you demanded that the Department of Coroner ("Coroner") remove the Anesthesiology Consult report performed by Dr. Calmes from the Walter Autopsy Report because of Dr. Calmes' reliance on the 2006 Sleep Apnea Guidelines and her alleged bias against your client.

I have reviewed the Walter Autopsy Report and the Anesthesiology Consult report authored by Dr. Calmes. I agree with the report's cause and manner of death determination regarding the December 23, 2010 death of Tamara Walter.

I have reviewed your allegations and found them to be without merit. The anesthesiology consult report by Dr. Calmes was both thorough and accurate. The use of the 2006 Sleep Apnea Guidelines was appropriate, and in compliance with Government Code § 27491.5. There will be no change to Dr. Calmes report.

Last, the Walter Autopsy Report is complete and, as such, is a public document. The Coroner will remain in compliance with the law and continue to release this document upon request of members of the public.

Sincerely yours,

Lakshmanan Sathyavagiswaran, M.D.
Chief Medical Examiner-Coroner

c:       Anthony T. Hernandez

**Accreditations:**

*National Association of Medical Examiners*                *American Society of Crime Laboratory Directors/LAB*
*California Medical Association-Continuing Medical Education*     *Peace Officer Standards and Training Certified*
*Accreditation Council for Graduate Medical Education*

*Law and Science Serving the Community*

# EXHIBIT "3"

# EXHIBIT "3"

DEPARTMENT OF CORONER
COUNT OF LOS ANGELES
1104 N. MISSION ROAD
LOS ANGELES, CA  90033

STATE OF CALIFORNIA    )          **CORONER'S SUBPOENA**

**Decedent:**   **Paula Marie ROJESKI**

**Case No.:**   **2011-05916**

THE PEOPLE OF THE STATE OF CALIFORNIA to:

West Valley Surgical Center
7320 Woodlake Ave., #320, West Hills, CA  91367

      YOU ARE COMMANDED TO ALLOW THE ABOVE entitled office and it's

duly appointed deputies of the Coroner of Los Angeles County, State of California access

to any and all anesthesia equipment and related apparatus used on the above named

decedent, pursuant to an inquisition now pending before the said Coroner regarding the

death of the above named decedent on the following date and place:

**DATE:**          December 5 2011          **TIME:**  0930 hours

AND YOU ARE ORDERED, also, to provide the following:

**Any and all records pertaining to the above-named decedent, including, but not limited**

**to, a list of the names of all surgical staff who might have had access to the decedent.**

CRAIG R. HARVEY, Chief

OPERATIONS BUREAU, DEPARTMENT OF CORONER, COUNTY OF LOS

ANGELES.

BY:    John Kades (Captain)          Deputy Coroner

Given under by hand this date:    12/05/2011          (323)343-0715

Disobedience to this subpoena may be punishable as contempt.
(Penal Code Sec. 1331)

# EXHIBIT "4"

# EXHIBIT "4"

# Janney & Janney
## Attorney Service, Inc.

**COURT SERVICE INSTRUCTION FORM**   Please submit in duplicate (2 copies)

Print Form

INV. #   2-09-07 14:01:36

| ACCT # 14914 | RT# | DATE SUBMITTED | Sep 7, 2012 | For J&J use only |
|---|---|---|---|---|

Date:

To:

**FIRM NAME: & ADDRESS:**

Konrad L. Trope, Esq.
CENTURION LAW GROUP, P.C.
9107 Wilshire Blvd., Ste. 450
Beverly Hills, CA 90210

PH: 888-942-9997   FAX: 888-942-9997

COURT / DESTINATION:   1104 N. Mission Rd. Los Angeles, CA 90033

CASE #:

CASE TITLE:

CONTACT  Cathleen R. Atkinson

EMAIL:  catkinson@centurionlawgroup.com

ATTORNEY:  Konrad L. Trope

BILLING/ FILE #:  Rojeski

DOCUMENTS:

Memo to Los Angeles County Coroners Office re: Rojeski

| ☐ FILE | ☐ RECORD | ☒ DELIVER | LAST DAY TO FILE | |
|---|---|---|---|---|
| ☐ CONFORM | ☐ COPY | SERVE PER ATTACHED INSTRUCTIONS | | ☒ RUSH / DO TODAY |
| ☐ ISSUE | ☐ CERTIFY | | | |

**FILING FEES**    Authorized by:

| ☐ ADVANCE FEES | |
| ☐ CHECK ATTACHED: $ | |
| ☐ DO NOT ADVANCE | |

APPEARANCE FEES PAID ON:

**Additional / Special Instructions**
**PLEASE NOTE ANY SPECIFIC OR TIMELY FILING REQUIREMENTS**

Please deliver to:
Captain John Cades
Los Angeles County Coroners Office
1104 N. Mission Rd.
Los Angeles, CA 90033
Please obtain signed receipt.

PLEASE NOTE ANY UPCOMING HEARING DATES:   DATE:   DEPT/DIV

| REPORTS / COMMENTS: | BILLING ITEM | CHARGE |
|---|---|---|
| | RUSH FILING | |
| *09/07/2012* | OUT OF AREA | |
| | COPY WORK | |
| | COURT SERVICE | |
| ☒ ASSIGNMENT COMPLETED BY:   ☐ COURTESY COPY DELIVERED TO DEPARTMENT: | RECORDING | |
| ☐ CONFORMED COPY TO FOLLOW   ☐ REJECTED/ REASON | | |
| ☒ CLIENT CALLED SPOKE TO: 1-1   DATE:   ☒ BILLING TO FOLLOW | FAX | |

| Los Angeles | 1545 Wilshire Blvd., Suite 311 | Los Angeles, CA 90017 | 213-628-6338 | FEE ADVANCE |
| Orange Co. | 840 N. Birch Street | Santa Ana, CA 92701 | 714-953-9451 | |
| Inland Empire | 455 W. La Cadena, Suite 17 | Riverside, CA 92501 | 951-369-8369 | |
| San Diego | 4891 Pacific Hwy., Ste. 102 | SanDiego, CA 92110 | 619-231-9811 | |
| Ventura | 801 S. Victoria Ave. Suite 304 | Ventura, CA. 93003 | 805-650-9077 | |

# MEMORANDUM

## To

## Los Angeles County Coroner

## RE:Paula Rojeski

## TABLE OF CONTENTS

1.   Rojeski's history of heart defects would have been a material and significant factor to evaluate before Lap-Band Surgery............................................................ 1
2.   Paula Rojeski concealed critical information from her doctors............................. 2

## TABLE OF EXHIBITS

Exhibit "A" ........................................................................................................ 5

Exhibit "B" ........................................................................................................ 15

Exhibit "C" ........................................................................................................ 34

Exhibit "D" ........................................................................................................ 36

Exhibit "E" ........................................................................................................ 38

Exhibit "F" ........................................................................................................ 40

Exhibit "G" ........................................................................................................ 42

Exhibit "H" ........................................................................................................ 44

Exhibit "I" ........................................................................................................ 46

Exhibit "J" ........................................................................................................ 49

Exhibit "K" ........................................................................................................ 51

Exhibit "L" ........................................................................................................ 55

Exhibit "M" ........................................................................................................ 57

Exhibit "N" ........................................................................................................ 59

Exhibit "O" ........................................................................................................ 66

Exhibit "P" ........................................................................................................ 69

Exhibit "Q" ........................................................................................................ 76

We understand that you are reviewing the circumstances surrounding the unfortunate death of Paula Rojeski on September 8, 2011. It has recently come to our attention that Ms. Rojeski suffered from a previously undisclosed, but serious, heart condition (for which she filed a lawsuit) that very well may have contributed to her death. The facts surrounding this issue are set forth below and in the attached exhibits.

### 1. Rojeski's History of Heart Defects Would Have Been a Material and Significant Factor to Evaluate Before Lap-Band Surgery.

On December 23, 2003, Ms. Rojeski filed a lawsuit entitled Rojeski v. Wyeth in the Orange County Superior Court bearing Case No. 03 CC 00687 (Exhibit "A"). In that lawsuit, Rojeski complained that she had "sustained personal injuries and damages as a result of consumption of Pondimin [also known as fenfluramine/phentermine, usually called "Fen-Phen"] prescribed by Dr. Robert Skversky. Based on an echocardiogram, plaintiff was diagnosed as suffering from the following injuries (general description): Moderate Aortic valve damage." (Rojeski Complaint, p. 2, lines 8-11).

The echocardiogram medical report from Dr. Marcus Brann, dated December 20, 2002, was attached to Ms. Rojeski's complaint and found:

> "1. Mild left atrial enlargement.
>
> "2. Normal left ventricular size and function.
>
> "3. Mild mitral regurgitation.
>
> "4. Moderate aortic regurgitation." (Exhibit "A,: p. 7").

A review of Rojeski's medical records from Valley Surgical Center in connection with her September 8, 2011 Lap-Band surgery reveals that Ms. Rojeski never disclosed this material and significant medical condition and history. No one at Valley Surgical had any idea that she had this significant heart problem and/or that she filed a lawsuit claiming damages for her injury. Unfortunately, it appears that Ms. Rojeski misrepresented that she had no past medical history of any heart condition to all of the doctors who examined her in connection with her Lap Band surgery.

To the contrary, as demonstrated by her lawsuit, Ms. Rojeski had significant cardiopulmonary disease (acquired organic heart disease), namely cardiac valvular disease secondary to the long-term use of Fen-Phen for which she requested significant compensation. This was extremely important for her doctors to know, especially because during her pre-Lap Band evaluation (which included a cardiac stress test), it was discovered that Ms. Rojeski also suffered from cardiac ischemia; i.e., lack of adequate blood supply to the heart

000001

under exertion.  The contraindications of Lap Band surgery per the manufacturer, Allergan, include "Patients with severe cardiopulmonary diseases or other serious organic disease which may make them poor surgical candidates." (Exhibit "B")  In this case, the combination of the unusual cardiac valve damage secondary to Fen-Phen and the cardiac ischemia found during the evaluation made her a poor surgical candidate and the option of not performing the surgery could have been considered by her doctors had they known her true history.

At a minimum, given this significant history, additional cardiac evaluations would have been performed.  Further, even if Ms. Rojeski was ultimately deemed a candidate after appropriate testing, the Lap Band procedure would have been performed in a hospital setting, rather than the surgery center, which does not have the capacity for the required extensive intra-operative cardiac monitoring, nor the extended post-operative monitoring in a telemetry or ICU setting, that would have been required.  Moreover, an overnight stay or longer for monitoring would also have been indicated.

## 2.  Paula Rojeski concealed critical information from her doctors.

Ms. Rojeski had numerous opportunities to disclose her significant cardiac damage history to the medical professionals providing care and treatment to her prior to the Lap-Band procedure:

A.  On May 18, 2011, Rojeski filled out a Past-History Questionnaire (Exhibit "C").  She stated that she had no history of hypertension or heart murmur.  She did not disclose the history of heart injury secondary to Fen-Phen use.

B.  On May 20, 2011, she met with Dr. Herve Dumont and the history and physical evaluation from Dr. Dumont does not indicate any history of heart disease (Exhibit "D").

C.  Also on May 20, 2012, on a New Patient Information Form, Rojeski stated she had taken Fen-Phen in 2001 for approximately 1-year and that she had spent $1,000 in taking the drug.  (Exhibit "E").  She stated that she had lost 76-pounds as a result, but that she had regained the same 76-pounds.  She did not state that she had sustained heart damage from the drug.[1]

---

[1] Of interest, the FDA withdrew Fen-Phen from the market on September 15, 1997 (Exhibit "O"). However, Ms. Rojeski states she took the drug for 1 year in 2001 and she alleges that Dr. Robert Skversky prescribed it to her in her lawsuit (Exhibit "A").  The FDA stated that 30% of Fen-Phen users experienced abnormal echocardiogram, heart valve damage, and lung damage.  "The FDA recommends that patients using either of these products stop taking them."  The Centers for Disease Control reported Valvulopathy, heart damage, electoral conduction, and a host of lung

000002

D. On June 4, 2011, Ms. Rojeski underwent an Anesthesia Evaluation by Dr. Steven Mandel, before she underwent an endoscopy procedure (Exhibit "F"). When asked if she had any cardiovascular problems, she answered none.

E. On June 4, 2011, Ms. Rojeski saw Dr. Armand Karapetyan for initial preoperative medical clearance evaluation (Exhibit "G"). Ms. Rojeski again denied any past medical history ("Denies PMH") and concealed her heart damage.

F. On June 4, 2011, Ms. Rojeski saw Dr. Lee Au who performed an upper endoscopy (Exhibit "H"). Again, she denied any cardiac damage when asked about her past medical history.

G. On June 25, 2011, Ms. Rojeski followed up with Dr. Karapetyan and again did not disclose her history of Fen-Phen cardiac damage (Exhibit "I").

H. On August 9, 2011, subsequent to a stress test, Dr. Karapetyan referred Ms. Rojeski for a Cardiac PET Scan for the reason of "Pt had an ischemic stress test" (Exhibit "J"). Conspicuously absent from the referral prescription is Ms. Rojeski's cardiomyopathy secondary to Fen-Phen. This document further illustrates Ms. Rojeski still concealed her history of cardiac valvulopathy due to Fen Phen even when she was being referred for evaluation for another heart problem, namely ischemia.

I. On September 6, 2001, Ms. Rojeski was cleared for surgery by her own doctor, Dr. Michael Miyamoto, who had no relationship to Valley Surgical Center. Dr. Miyamoto is a cardiologist from Mission Internal Medical Group in Mission Viejo, California. (Exhibit "K"). Dr. Miyamoto sent a report addressed to Dr. Julius Gee, the Lap-Band surgeon. In the report Dr. Miyamoto stated: "The above patient is cleared for surgery, from cardiac perspective." Dr. Miyamoto did not make reference to any history of Fen Phen cardiac damage in his report.

J. On September 8, 2011, Dr. Gee performed a pre-surgical physical examination on Ms. Rojeski. Again, Ms. Rojeski did not disclose her history of cardiac damage due to Fen-Phen (Exhibit "L").

---

problems associated with the use of Fen-Phen. (Exhibit "P"). The US Department of Health and Human Services and others reported similar severe health injuries, heart problems, and lung problems from the use of Fen-Fen. (Exhibit "Q").

000003

K. On September 8, 2011, Dr. Deming Chau, the anesthetist, performed an anesthesia preoperative history and physical examination (Exhibit "M"). Ms. Rojeski did not disclose her history of cardiac damage secondary to Fen-Phen.

Allergan Booklet (Exhibit "N"), which Ms. Rojeski signed acknowledging she had read and understood the Booklet, states:

"You will discuss your entire medical history with your surgeon and anesthetist. This includes current and past medical conditions, illnesses or injuries, as well as allergies to medications. You will also have the chance to get answers to all of your specific questions regarding the LAP-BAND® System and your surgery. It is important for you to disclose all of your health conditions and to answer all the surgeon's questions thoroughly and to the best of your ability. Your surgeon can make the best decisions for you when he or she knows your complete health profile."

Ultimately, the fact that Ms. Rojeski failed to disclose her "entire medical history" and to "disclose all of" her "health conditions" with her doctors made it impossible for her surgeon to properly assess her condition and make the best decisions for her. We believe that the above information is material and critical to any review of the circumstances surrounding Ms. Rojeski's unfortunate death and should be shared with anyone involved in such an investigation.

000004

Exhibit "A"

000005

**WILLIAMS BAILEY LAW FIRM**
John Eddie Williams (Tex. Bar No. 21600300)
John T. Boundas (Tex. Bar No. 00793367)
G. Erick Rosemond (Cal. Bar No. 226389)
Avram J. Blair (Tex. Bar No. 24033585)
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200

**KIESEL BOUCHER & LARSON**
Raymond P. Boucher, CBN 115364
8648 Wilshire Blvd.
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444

**BLIZZARD, McCARTHY & NABERS**
J. Scott Nabers (Tex. Bar No. 14769250)
Edward F. Blizzard (Tex. Bar No. 02495000)
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750

Attorneys for Plaintiff(s)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 26 2003

ALAN SLATER, Clerk of the Court

BY: MARGARET DeMARIA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF ORANGE

**03CC00687**

PAULA ROJESKI

        Plaintiff(s),

    v.

WYETH;
ROBERT SKVERSKY, MD;
WEIGHT NO MORE AND DOES 1-100,
INCLUSIVE

        Defendant(s).

Case No.

COMPLAINT FOR DAMAGES

NOTICE RE: DIET DRUG LITIGATION COORDINATION

NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE OR BACK-END OPT-OUT CASE[59]

C. ROBERT JAMESON

[59] Note: This form is for use only by persons who are filing a claim under the Intermediate Opt-Out or Back-End Opt-Out provisions of the Nationwide Class Action Settlement Agreement between American Home Products Corporation (now known as Wyeth) and a class of persons who used Pondimin and/or Redux (the "Settlement"). Persons claiming that these products caused Primary

(Footnote Cont'd on Following Page)

NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE
OR BACK-END OPT-OUT CASE

000006

PLAINTIFF(S) COMPLAIN(S) OF THE DEFENDANTS AND EACH OF THEM AS

FOLLOWS:

1.      Plaintiff(s) refers to and incorporates herein by reference the Amended Master Complaint filed IN RE: DIET DRUGS LITIGATION, JCCP 4032, as though fully set forth herein. Plaintiff(s) adopts the Amended Master Complaint and agrees to be bound by any rulings with respect to the pleadings.  Plaintiff is a resident of the State of California, County of Orange.

2.      Plaintiff(s) brings this action in the following capacities:

__X__  Plaintiff Paula Rojeski is an individual who sustained personal injuries and damages as a result of consumption of Pondimin . Based on an echocardiogram, plaintiff was diagnosed as suffering from the following injuries (general description):

Moderate Aortic valve damage

 A copy of the report from the echocardiogram is attached.

Plaintiff _____ is the spouse of

_____ who sustained personal injuries and damages as a result of consumption of the subject diet drugs.

Other _____

_____

_____

3.      Plaintiff brings this action as:

__X__  an Intermediate Opt-Out ("IOO").

_____  a Back-End Opt-Out ("BEOO")..

_____

(Footnote Cont'd From Previous Page)

Pulmonary Hypertension ("PPH"), and/or persons who exercised an "Initial Opt-Out" from the Settlement, should use the Adoption of Master Complaint form for such claims, which is available on the Court's website (www.lasuperiorcourt.org/dietdrug).

- 2 -

NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE
OR BACK-END OPT-OUT CASE

I:\FENPHEN\Phase IV\Petitions\CA\December 2, 2003\Complaint\GER\jv

1       In so doing, Plaintiff has properly opted-out of the Settlement, and has submitted the

2   requisite Orange Form #2 to the Settlement Trust. A copy of the form is attached.

3   4.       The prescribing physician was Robert Skversky, MD

4   5.       Plaintiff has previously received the following benefits or payments under the Class

5   Settlement :  None

6   6.       Plaintiff(s)' action is a new Diet Drug case.

7       NOTICE IS HEREBY GIVEN that Plaintiff(s) is asserting a claim or claims for damages

8   which generally involve drug products and the component parts thereof, and that, accordingly, this

9   case is eligible for statewide coordination pursuant to C.C.P. §404, et seq. and inclusion in Judicial

10  Council Coordination Proceeding No. 4032, now pending before the Honorable Daniel S. Pratt,

11  Judge Presiding of the Superior Court of the State of California for the County of Los Angeles.

12  Plaintiff(s) does not oppose coordination of this action.

13      NOTICE IS ALSO GIVEN that pursuant to C.C.P. §404.4, and by order of the Coordination

14  Court, this action is ordered stayed, except for proceedings relating to coordination, until such time

15  as the Coordination Court orders otherwise.

16  7.       Because of the injuries Plaintiff(s) sustained, as outlined above, and having properly

17  opted-out of the Settlement, Plaintiff allege(s) that the Defendants listed below, whose names are

18  checked, are liable to Plaintiff(s) as set forth below:

19      A.       PHARMACEUTICAL COMPANY DEFENDANTS:

20   X.   Wyeth

21   ____ OTHER: _____

22  _____

23  _____

24  _____

25      B.       NON-PHARMACEUTICAL COMPANY DEFENDANTS:

26

27                                      - 3 -

28      NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE
            OR BACK-END OPT-OUT CASE

I:\FENPHEN\Phase II\Petitions\CA\December 2, 2003Complaint\GER\jv

000008

1    **X**   Diet Centers: <u>WEIGHT NO MORE, 320 SUPERIOR AVE., SUITE 210, NEWPORT</u>

2    <u>BEACH, CA 92663</u>

3

4    **X**   Physicians: <u>ROBERT SKVERSKY, MD, 320 N. SUPERIOR AVE., #210, NEWPORT</u>

5    <u>BEACH, CA 92663</u>

6    _____  Other: _____

7

8

9    8.    As to each cause of action checked below, Plaintiff(s) sue(s) the above-named Defendant for

10  the causes of action which are applicable to that defendant, as specified in the Amended Master

11  Complaint (Plaintiff acknowledges that he/she is not asserting any claim for punitive,

12  exemplary, and/or multiple damages):

13       **X**  Strict Liability – Failure to Warn

14       **X**  Negligence

15       **X**  Negligence Per Se

16       **X**  Breach of Implied Warranty

17       **X**  Breach of Express Warranty

18       **X**  Deceit by Concealment – <u>Cal. Civ. Code</u> §1709-1710

19       **X**  Negligent Misrepresentation

20       _____  Loss of Consortium

21       **X**  Medical Negligence[60] – Health Care Provider Defendants Only.

22       _____  Other(s): _____

23

24

25

26  [60] Compliance with C.C.P. §364 remains a condition precedent.

27                           - 4 -

28       NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE
                       OR BACK-END OPT-OUT CASE

I:\FENPHEN\Phase II\Petitions\CA\December 2, 2003\Complaint\GER\jv

000009

1    WHEREFORE, PLAINTIFF(S) PRAY(S) FOR JUDGMENT AS FOLLOWS (Any and all

2    recovery is only to the extent that such recovery is permitted by the Settlement. *Plaintiff further*

3    *acknowledges that he/she is not asserting any claim for punitive, exemplary, and/or multiple*

4    *damages.*):

5    __X__ For past and future general damages, according to proof.

6    __X__ For past and future medical and incidental expenses, according to proof.

7    __X__ For past and future loss of earnings and/or earning capacity, according to proof.

8    __X__ For prejudgment interest on all damages as is allowed by the laws of the State of

9        California.

10    __X__ For past and future mental and emotional distress, according to proof.

11    _____ For past and future loss of consortium, according to proof.

12    __X__ For past and future costs of suit incurred herein.

13    __X__ For such other and further relief as the Court deems proper.

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                -5-

28    NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE
                    OR BACK-END OPT-OUT CASE
     I:\FENPHEN\Phase II\Petitions\CA\December 2, 2003Complaint\GER\jv

000010

Dated: 12/3/03

By: _____
WILLIAMS BAILEY LAW FIRM
John Eddie Williams (Tex. Bar No. 21600300)
John T. Boundas (Tex. Bar No. 00793367)
G. Erick Rosemond (Cal. Bar No. 226389)
Avram J. Blair (Tex. Bar No. 24033585)
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone: (713) 230-2200

KIESEL, BOUCHER & LARSON
Raymond P. Boucher, CBN 115364
8648 Wilshire Blvd.
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444

BLIZZARD, McCARTHY & NABERS
J. Scott Nabers (Tex. Bar No. 14769250)
Edward F. Blizzard (Tex. Bar No. 02495000)
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-3750

Attorneys for Plaintiff(s)

NOTE:

This Adoption Form shall be filed in both the home jurisdiction and the Coordination Court for new cases filed on or after the date of entry of General Order No. 15.

- 6 -

NOTICE RE: ADOPTION OF MASTER COMPLAINT FOR AN INTERMEDIATE OR BACK-END OPT-OUT CASE.
I:\FENPHEN\Phase II\Petitions\CA\December 2, 2003Complaint\GER\jv

000011

# ECHOCARDIOGRAM REPORT
Houston

PATIENT NAME: ROJBECK, PAULA

DOB: 12/15/1968

DATE OF PROCEDURE: 12/07/2002

SSN: 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

DATE OF INTERPRETATION: 12/30/2002

REASON FOR REQUEST:   Fen-Phen screening.

MEASUREMENTS (2-D/M-MODE)

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | Rhythm | Normal sinus rhythm | | I. | LA Sup-Inf | 48 mm |
| B. | RVID | 24 mm | | J. | LAA | 23 cm2 |
| C. | LVID | 51 mm | | K. | RAA | --- |
| D. | LVIDS | 25 | | L. | IVC | -- |
| E. | IV Septum | 11 mm | | M. | LVEF | >60% |
| F. | LVPW | 10 mm | | N. | PA Prsr | -- |
| G. | Ao | 28 mm | | O. | RJA/LAA | 15% |
| H. | LA A-P | 41 mm | | P. | JH/LVOT | 33% |

OBSERVATIONS:  This is a technically adequate quality study.  There is mild left atrial enlargement.  The right atrium is normal.  Both ventricles are normal in size, thickness and function.  The mitral valve is anatomically normal but demonstrates mild regurgitation.  The aortic valve is anatomically normal but demonstrates moderate regurgitation.  The tricuspid and pulmonic valves are normal.  The aortic root is normal.  There is no pericardial effusion.

CONCLUSION:

1.  Mild left atrial enlargement.
2.  Normal left ventricular size and function.
3.  Mild mitral regurgitation.
4.  Moderate aortic regurgitation.

Mitral and Aortic regurgitation, if present, are graded in severity as described in J.F. Singh, et al., Prevalence and Clinical Determinants of Mitral Tricuspid and Aortic Regurgitation (The Framingham Heart Study), 83 American Journal of Cardiology 897-902, (1999).

NOTE:  The results of the study should be discussed with the individual's personal physician to determine the need for additional medical evaluation.

Marcus Brann, M.D. F.A.C.C, F.A.C.P

000012

## ORANGE FORM #2

# INTERMEDIATE OPT-OUT FORM

# Diet Drug Settlement With
# American Home Products Corporation

If you qualify for an Intermediate Opt-Out right under Section IV.D.3 of the Nationwide Settlement Agreement and you wish to exercise that right, you must use this ORANGE FORM #2. You must be a Diet Drug Recipient or a Representative Claimant of a Diet Drug Recipient to exercise an Intermediate Opt-Out.

To register your intent to opt out as an Intermediate Opt-Out, complete fully all sections of this form, sign it, date it, and mail the original to the AHP Settlement Trust and a copy to American Home Products Corporation at the addresses shown on page 2. To be timely, your mailings must be postmarked no later than May 3, 2003.

The Diet-Drug Recipient or authorized Representative Claimant who wishes to opt out must sign this form personally. Attorneys may not sign this form on -behalf of a client, unless the attorney qualifies as a Representative Claimant under Question 2 of this form.

1. State the name, address, Social Security Number, date of birth, telephone number, and Claim Number assigned by the AHP Settlement Trust, if any, for the relevant Diet Drug Recipient upon whom this opt-out is based.

   Paula Rojeski

   28 Avalon

   Irvine CA 92602

   SSN 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   DOB 12/15/1955      (State)      (Zip Code)

   Daytime 714/366-3763   Evening 714/573-2132

   (Date of Birth MM/DD/YYYY)

   (Evening Area Code & Phone Number)

2. If you are completing this form as the Representative Claimant (i.e., estate, administrator, or other legal representative, heir, or beneficiary of a Diet Drug Recipient) complete all of the following. You also must attach a copy of the order or document authorizing you to act as the Representative Claimant of the Diet Drug Recipient identified above.

   (First Name)                          (Middle Initial)   (Last Name)

   (Street Address)

   (City)                                               (State)      (Zip Code)

   (Social Security Number)      18300      (Claim Number)         (Date of Birth MM/DD/YYYY)

   (Daytime Area Code & Phone Number)                    (Evening Area Code & Phone Number)

   (Your relationship to the Diet Drug Recipient)

000013

077

Postmarket Drug Safety Information for Patients and Providers > Fen-Phen Safety Update...   Page 1 of 1

Home Drugs Drug Safety and Availability Postmarket Drug Safety Information for Patients and Providers

**Drugs**

**Fen-Phen Safety Update Information**

### (fenfluramine, phentermine, dexfenfluramine)

The statements included in the background documents below reflect FDA's perspective on fenfluramine and dexfenfluramine based on the information available in November 1997. As fenfluramine and dexfenfluramine are no longer marketed in the U.S. and have no current FDA labels, we refer you to the medical literature on this topic in PubMed[1].

### Fen-Phen Interim Safety Recommendations
[11/13/1997]

With the withdrawal of fenfluramine and dexfenfluramine from the US market, many people have asked what they should do if they have taken these drugs. In order to try to provide guidance, based on the best information known at present, the Centers for Disease Control and Prevention, the Food and Drug Administration, and the National Institutes of Health (all components of Department of Health and Human Services) collaborated with experts within the medical community to develop interim recommendations for patients. The interim recommendations were published in the November 14th issue of the Morbidity and Mortality Weekly Report (MMWR). This Fen/Phen information page includes these interim recommendations[2] [11/13/1997] and a series of questions and answers about the recommendations[3] [11/13/1997].

**Fen-Phen Interim Safety Recommendations**

- MMWR: Cardiac Valvulopathy Associated with Exposure to Fenfluramine or Dexfenfluramine: U.S. Department of Health and Human Services Interim Public Health Recommendations, November 1997 (PDF - 116KB)[4]
- Questions and Answers - Fenfluramine or Dexfenfluramine[5]
  November 13, 1997; Updated: July 7, 2005
- Information Requested for MedWatch Reports of Valvular Dysfunction[6]

**Other Fen-Phen Background Information**

- FDA Announces Withdrawal Fenfluramine and Dexfenfluramine (Fen-Phen)[7]
  9/15/97
- Questions and Answers about Withdrawal of Fenfluramine (Pondimin) and Dexfenfluramine (Redux)[8]
  9/18/97
- "Fen-Phen" Update (Fenfluramine, Phentermine, Dexfenfluramine)[9]
  8/28/97
- Public Health Advisory: Reports Of Valvular Heart Disease In Patients Receiving Concomitant Fenfluramine And Phentermine[10]
  7/8/97

**Contact FDA**
1-800-332-1088
1-800-FDA-0178 Fax
Report a Serious Problem
MedWatch Online[11]
Regular Mail: Use postage-paid FDA Form 3500[12]
Mail to: MedWatch 5600 Fishers Lane
Rockville, MD 20857

Page Last Updated: 07/17/2012
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals

U.S. Department of Health & Human Services

**Links on this page:**

1. http://www.ncbi.nlm.nih.gov/pubmed/
2. /downloads/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/UCM179857.pdf
3. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm179858.htm
4. /downloads/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/UCM179857.pdf
5. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm179858.htm
6. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm179865.htm
7. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm179871.htm
8. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm180076.htm
9. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm180082.htm
10. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/DrugSafetyInformationforHeathcareProfessionals/PublicHealthAdvisories/ucr
11. https://www.accessdata.fda.gov/scripts/medwatch/medwatch-online.htm
12. http://www.fda.gov/downloads/Safety/MedWatch/DownloadForms/UCM082725.pdf

000077

http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandPro...

3.   If you have a lawyer who represents you in connection with the Diet Drug Litigation, list his/her name, office address, telephone number, fax number, and E-mail address, if any. If you do not have a lawyer, leave Question #3 blank.

W I L L I A M S   B A I L E Y   L A W   F I R M
(Law Firm Name)

J O H N                              E                 W I L L I A M S   J R
(Attorney's First Name)              (Middle Initial)  (Last Name)

8 4 4 1   G U L F   F R E E W A Y   S U I T E   6 0 0
(Street Address)

H O U S T O N                                              T X          7 7 0 1 7
(City)                                                     (State)     (Zip Code)

( 7 1 3 ) 2 3 0 . 2 2 0 0                                  ( 7 1 3 ) 6 4 3 . 6 2 2 6
(Daytime Area Code & Phone Number)                        (Fax Area Code & Number)

D o s . m a s . t e r @ w i l l i a m s b a i l e y . c o m
(E-mail Address, if any)

4.   CERTIFICATION: I have had an opportunity to read the Official Notice authorized by the Court in connection with the Final Judicial Approval of the Nationwide Class Action Settlement with American Home Products Corporation and to consult with physicians and attorneys concerning the terms and conditions of the Class Action Settlement. I HEREBY CERTIFY, SUBJECT TO PENALTIES OF PERJURY, THAT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, MY CIRCUMSTANCES QUALIFY ME TO EXERCISE AN INTERMEDIATE OPT-OUT RIGHT UNDER THE SETTLEMENT AGREEMENT. I HEREBY KNOWINGLY AND PERMANENTLY RELINQUISH, WAIVE AND GIVE UP ALL OF THE RIGHTS, WHICH I WOULD OTHERWISE HAVE HAD AS A CLASS MEMBER UNDER THE SETTLEMENT AGREEMENT WITH AMERICAN HOME PRODUCTS CORPORATION, AND I AFFIRMATIVELY AND FOREVER OPT OUT OF THE CLASS WITH FULL KNOWLEDGE OF THE LEGAL, FACTUAL AND MEDICAL CONSEQUENCES OF MY ACTIONS.

This form is an official Court document sanctioned by the Court that presides over the Diet Drug Settlement and submitting it to the AHP Settlement Trust is equivalent to filing it with a Court. I declare under penalty of perjury that the information provided in this form is true and correct to the best of my knowledge, information and belief.

_____                          0 6 . 0 5 . 0 3
(Signature of Diet Drug Recipient or Representative Claimant)          (Date MM/DD/YYYY)

You must mail the original of this form to the AHP Settlement Trust and a copy of this form to American Home Products Corporation at the following addresses:

AHP Settlement Trust                     American Home Products Corporation
P.O. Box 7939                            c/o Orran L. Brown
Philadelphia, PA 19101                   Counsel for AHP
                                         Bowman and Brooke LLP
                                         Riverfront Plaza, West Tower
                                         901 East Byrd Street
                                         Suite 1500
                                         Richmond, VA 23219

For assistance call 1-800-386-2070 or access the AHP Settlement Trust website at http://www.settlementdietdrugs.com

000014

Exhibit "B"

000015



# LAP-BAND AP® Adjustable Gastric Banding System with OMNIFORM® Design

### DIRECTIONS FOR USE (DFU)

A detailed booklet called "The LAP-BAND® System, Surgical Aid in the Treatment of Obesity, A decision guide for Adults" is available from Allergan. This booklet should be provided to all patients considering LAP-BAND® System surgery. The booklet includes a patient acknowledgment/consent form which should be completed prior to surgery.

Rx Only



000016

000017

Description.................................................................................................1

Intended Use / Indications.........................................................1

Contraindications.....................................................................1

Warnings....................................................................................1

Precautions...............................................................................1

Adverse Events.........................................................................2

Clinical Experience...................................................................4

Individualization of Treatment................................................7

Patient Counseling Information...............................................7

How Supplied............................................................................7

Operator's Manual....................................................................9

LAP-BAND AP® System Surgical Procedure........................9

Instructions for Use: Band Adjustment...............................11

Authorized Training Program and Product Ordering Information......................12

000018

000019

# LAP-BAND AP³ Adjustable Gastric Banding System with OMNIFORM® Design

## DESCRIPTION

**Cat. No. B-2240**
**LAP-BAND AP® System Standard w/Access Port I**

**Cat. No. B-2245**
**LAP-BAND AP® System Large w/Access Port I**

**Cat. No. B-2260**
**LAP-BAND AP® System Standard w/Access Port II**

**Cat. No. B-2265**
**LAP-BAND AP® System Large w/Access Port II**

The LAP-BAND AP® Adjustable Gastric Banding System is designed to induce weight loss in severely obese patients by limiting food consumption. The band's slip-through buckle design makes laparoscopic placement around the stomach easier, allowing the formation of a small gastric pouch and stoma. No cutting or stapling of the stomach is required, and there is no bypassing of portions of the stomach or intestines.

The LAP-BAND AP® Adjustable Gastric Banding System with OMNIFORM® Design is the latest advance in laparoscopic adjustable gastric banding for the treatment of morbid obesity. The initial pouch and stoma sizes are established through the use of the calibration tube. The inner surface of the band is inflatable and connected by kink-resistant tubing to the Access Port, which is included in the LAP-BAND AP® System. This permits post-operative, percutaneous, stoma-size adjustment. Dietary and behavior modification counseling and frequent, long-term follow-up are required for all patients after weight-loss surgery.

Surgeons planning laparoscopic placement must have extensive advanced laparoscopic experience, i.e., fundoplications as well as previous experience in treating obese patients, and have the staff and commitment to comply with the long-term follow-up requirements of obesity procedures. They should comply with the American Society for Metabolic and Bariatric Surgeons (ASMBS) and the Society of American Gastrointestinal Endoscopic Surgeons (SAGES) joint "Guidelines for Surgical Treatment of Morbid Obesity" and the SAGES "Guidelines for Framework for Post-Residency Surgical Education and Training". Surgeon participation in a training program authorized by Allergan or by an authorized Allergan distributor is required prior to use of the LAP-BAND AP® System. Please see the last page for directions on obtaining additional information.

## Brief Description of Procedure

During the surgical procedure, the inflatable band is flushed with sterile saline. The band is placed around the stomach and inflated with sterile saline to create the proper stoma diameter and pouch size using the calibration tube. The tubing is connected to the Access Port placed on the rectus muscle or fixed in an accessible subcutaneous space. Arrows pointing in the direction of the Access Port are printed on the tubing. These arrows assist the surgeon in identifying the correct tubing orientation. The tubing may be shortened to tailor the position of the port to the patient. The two components (tubing and Access Port) are joined with the stainless steel tubing connector. Ligatures may be placed on both tubing ends over the connector. The Access Port may then be sutured in place utilizing the suture holes in the port base. Postoperatively, the surgeon may adjust the stoma size percutaneously by injecting or aspirating saline with the Access Port needle.

Please refer to the Surgical Procedure section for more information.

## INTENDED USE/INDICATIONS

The LAP-BAND AP® System is indicated for weight reduction for patients with obesity, with a Body Mass Index (BMI) of at least 40 kg/m² or a BMI of at least 30 kg/m² with one or more obesity related comorbid conditions.

It is indicated for use only in adult patients who have failed more conservative weight reduction alternatives, such as supervised diet, exercise and behavior modification programs. Patients who elect to have this surgery must make the commitment to accept significant changes in their eating habits for the rest of their lives.

## CONTRAINDICATIONS

The LAP-BAND AP® System is contraindicated in:

1. Patients with inflammatory diseases of the gastrointestinal tract, including severe intractable esophagitis, gastric ulceration, duodenal ulceration, or specific inflammation such as Crohn's disease.

2. Patients with severe cardiopulmonary disease or other serious organic disease which may make them poor surgical candidates.

3. Patients with potential upper gastrointestinal bleeding conditions such as esophageal or gastric varices or congenital or acquired intestinal telangiectasias.

4. Patients with portal hypertension.

5. Patients with congenital or acquired anomalies of the GI tract such as atresias or stenoses.

6. Patients who have/experience an intra-operative gastric injury during the implantation procedure, such as a gastric perforation at or near the location of the intended band placement.

7. Patients with cirrhosis.

8. Patients with chronic pancreatitis.

9. Patients who are addicted to alcohol and/or drugs.

10. Non-adult patients (patients under 18 years of age).

11. Patients who have an infection anywhere in their body or where the possibility of contamination prior to or during the surgery exists.

12. Patients on chronic, long-term steroid treatment.

13. Patients who are unable or unwilling to comply with dietary restrictions that are required by this procedure.

14. Patients who are known to have, or suspected to have, an allergic reaction to materials contained in the system or who have exhibited pain intolerance to implanted devices.

15. Patients or family members with a known diagnosis or pre-existing symptoms of autoimmune connective-tissue disease such as systemic lupus erythematosus or scleroderma.

16. Pregnancy: Placement of the LAP-BAND AP® System is contraindicated for patients who currently are or may be pregnant. Patients who become pregnant after band placement may require deflation of their bands.

## WARNINGS

1. Laparoscopic or laparotomic placement of the LAP-BAND AP® System is major surgery and death can occur.

2. Failure to secure the band properly may result in its subsequent displacement and necessitate a second operation.

3. A large hiatal hernia may prevent accurate positioning of the device. Placement of the band should be considered on a case-by-case basis depending on the severity of the hernia.

4. The band should not be sutured to the stomach. Suturing the band directly to the stomach may result in erosion.

5. Patients' emotional and psychological stability should be evaluated prior to surgery. Gastric banding may be

determined by physician to be inappropriate for select patients.

6. Patients should be advised that the LAP-BAND AP® System is a long-term implant. Explant (removal) and replacement surgery may be indicated at any time. Medical management of adverse reactions may include explantation. Revision surgery for explantation and replacement may also be indicated to achieve patient satisfaction.

7. Esophageal distension or dilatation has been reported to result from stoma obstruction from over-restriction by excessive band inflation. Patients should not expect to lose weight as fast as gastric bypass patients, and band inflation should proceed in small increments. Deflation of the band is recommended if esophageal dilatation develops.

8. Some types of esophageal dysmotility may result in inadequate weight loss or in esophageal dilatation with the band is inflated and may require removal of the band. On the basis of each patient's medical history and symptoms, surgeons should determine whether esophageal motility function studies are necessary. If these studies indicate that the patient has esophageal dysmotility, the increased risks associated with band placement must be considered.

9. Patients with Barrett's esophagus may have problems associated with their esophageal pathology that could compromise their post-surgical course. Use of the band in these patients should be considered on the basis of each patient's medical history and severity of symptoms.

10. Patient self-adjustment of superficially placed access ports has been reported. This can result in inappropriate band tightness, infection and other complications.

## PRECAUTIONS

1. Laparoscopic band placement is an advanced laparoscopic procedure. Surgeons planning laparoscopic placement must:

   a. Have extensive advanced laparoscopic experience, i.e., fundoplications.

   b. Have previous experience treating obese patients and have the staff and commitment to comply with the long-term follow-up requirements of obesity procedures.

   c. Participate in a training program for the LAP-BAND® System authorized by Allergan or an authorized Allergan distributor (this is a requirement).

   d. Be assisted by qualified personnel during their first band placements.

   e. Have the equipment and experience necessary to complete the procedure via laparotomy if required.

   f. Be willing to report the results of their experience to further improve the surgical treatment of severe obesity.

2. It is the responsibility of the surgeon to advise the patient of the known risks and complications associated with the surgical procedure and implant.

3. As with gastroplasty surgeries, particular care must be taken during dissection and during implantation of the device to avoid damage to the gastrointestinal tract. Any damage to the stomach during the procedure may result in erosion of the device into the GI tract.

4. During insertion of the calibration tube, care must be taken to prevent perforation of the esophagus or stomach.

5. Revision procedures may require the existing staple line to be partially disrupted to avoid having a second point

1

000020

of obstruction below the band. As with any revision procedure, the possibility of complications such as erosion and infection is increased. Any damage to the stomach during the procedure may result in peritonitis and death or in late erosion of the device into the GI tract.

6. Care must be taken to place the Access Port in a stable position away from areas that may be affected by significant weight loss, physical activity or subsequent surgery. Failure to do so may result in the inability to perform percutaneous band adjustments.

7. Care must be taken during band adjustment to avoid puncturing the tubing that connects the Access Port and band, as this will cause leakage and deflation of the inflatable section.

8. Failure to create a stable, smooth path for the Access Port tubing, without sharp turns or bends, can result in tubing breaks and leakage. In order to avoid incorrect placement, the port should be placed lateral to the trocar opening. A pocket must be created for the port so that it is placed far enough from the trocar path to avoid abrupt kinking of the tubing. The tubing path should point in the direction of the Access Port connector so that the tubing will form a straight line with a gentle arching transition into the abdomen. (See Figure 1. Port Placement Options).



Figure 1. Port Placement Options

9. The LAP-BAND AP® System is for single use only. Do not use a band, Access Port, needle or calibration tube that appears damaged (cut, torn, etc.) in any way. Do not use any of the above components if the package has been opened or damaged or if there is any evidence of tampering. If packaging has been damaged, the product may not be sterile and may cause an infection.

10. Do not attempt to clean or re-sterilize any part of the LAP-BAND AP® System. The product may be damaged or distorted if re-sterilized.

11. Special care must be used when handling the device because contaminants such as lint, fingerprints and talc may lead to a foreign-body reaction.

12. Care must be taken to avoid damaging the band, its inflatable section or tubing, the Access Port or the calibra-tion tube. Use only rubber-shod clamps to clamp tubing.

13. The band, Access Port and calibration tube may be damaged by sharp objects and manipulation with instruments. A damaged device must not be implanted. For this reason, a stand-by device should be available at the time of surgery.

14. Failure to use the tubing and plug during placement of the band may result in damage to the band tubing during band placement.

15. Do not push the tip of any instrument against the stomach wall or use excessive electrocautery. Stomach perforation or damage may result. Stomach perforation may result in peritonitis and death.

16. Over-dissection of the stomach during placement may result in slippage or erosion of the band and require reoperation.

17. Failure to use an appropriate atraumatic instrument to lock the band may result in damage to the band or injury to surrounding tissues.

18. When adjusting band volume, take care to ensure the radiographic screen is perpendicular to the needle shaft (the needle will appear as a dot on the screen). This will facilitate adjustment of needle position as needed while moving through the tissue to the port.

19. When adjusting band volume, use of an inappropriate needle may cause Access Port leakage and require re-operation to replace the port. Use only LAP-BAND AP® System Access Port Needles. Do not use standard hypodermic needles, as these may cause leaks.

20. When adjusting band volume, the needle must be inserted perpendicular to the Access Port septum. Failure to do so may cause damage to the port and result in leaks.

21. When adjusting band volume never enter the Access Port with a "syringeless" needle. The fluid in the device is under pressure and will be released through the needle.

22. When adjusting band volume after the septum is punctured, do not tilt or rock the needle, as this may cause fluid leakage or damage to the septum.

23. If fluid has been added, it is important to establish that the stoma is not too small before discharge. Care must be taken to not add too much saline, thereby closing the stoma. Check the adjustment by having the patient drink water. If the patient is unable to swallow, remove some fluid from the port, then re-check. A physician familiar with the adjustment procedure must be available for several days post-adjustment to deflate the band in case of an obstruction.

24. It is the responsibility of the surgeon to advise the patient of the dietary restrictions that follow this procedure and to provide diet and behavior modification support. Failure to adhere to the dietary restrictions may result in obstruction and/or failure to lose weight.

25. Patients must be carefully counseled on the need for proper dietary habits. They should be evaluated for nutritional (including caloric) needs and advised on the proper diet selection. The physician may choose to prescribe appropriate dietary supplements. Appropriate physical monitoring and dietary counseling should take place regularly.

26. Patients must be cautioned to chew their food thoroughly. Patients with dentures must be cautioned to be particularly careful to cut their food into small pieces. Failure to follow these precautions may result in vomiting, stomal irritation and edema, possibly even obstruction.

27. Patients must be seen regularly during periods of rapid weight loss for signs of malnutrition, anemia or other related complications.

28. Anti-inflammatory agents, such as aspirin and non-steroidal anti-inflammatory drugs (NSAIDs), that irritate the stomach and should be used with caution. The use

of such medications may be associated with an increased risk of erosion.

29. Patients who become pregnant, severely ill, or who require more extensive nutrition may require deflation of their bands.

30. All patients should have their reproductive areas shielded during radiography.

31. Insufficient weight loss may be caused by pouch enlargement or, more infrequently, band erosion in which case further inflation of the band would not be appropriate.

32. Elevated homocysteine levels have been found in patients actively losing weight after obesity surgery. Supplemental folate and vitamin B12 may be necessary to maintain normal homocysteine levels. Elevated homocysteine levels may increase cardiovascular risk and the risk of neural tube abnormalities.

33. Although there have been no reports of autoimmune disease with the use of LAP-BAND AP® System, autoimmune diseases/connective tissue disorders (i.e., systemic lupus erythematosus, scleroderma) have been reported following long-term implantation of other silicone implants. However, there is no conclusive evidence to substantiate a relationship between connective-tissue disorders and silicone implants.

## ADVERSE EVENTS

It is important to discuss all possible complications and adverse events with your patient. Complications which may result from the use of this product include the risks associated with the medications and methods utilized in the surgical procedure, the risks associated with any surgical procedure and the patient's degree of intolerance to any foreign object implanted in the body.

Perforation of the stomach can occur. Death can also occur. Specific complications of laparoscopic surgery can include spleen damage (sometimes requiring splenectomy) or liver damage, bleeding from major blood vessels, lung problems, thrombosis, and rupture of the wound.

Ulceration, gastritis, gastroesophageal reflux, heartburn, gas bloat, dysphagia, dehydration, constipation, and weight regain have been reported after gastric restriction procedures.

Band slippage and/or pouch dilatation can occur. Gastroesophageal reflux, nausea and/or vomiting with early or minor slippage may be successfully resolved by band deflation in some cases. More serious slippage may require surgery to reposition and/or remove the band. Immediate re-operation to remove the band is indicated if there is total stoma-outlet obstruction that does not respond to band deflation or if there is abdominal pain.

Gastric banding done as a revision procedure has a greater risk of complications. Prior abdominal surgery is commonly associated with adhesions involving the stomach. In the US pivotal study of severely obese adults, 42% of the subjects undergoing revision surgery were reported to have adhesions involving the stomach. Care and time must be taken to adequately release the adhesions to provide access, exposure and mobilization of the stomach for a revision procedure.

There is a risk of band erosion into stomach tissue. Erosion of the band into stomach tissue has been associated with revision surgery after the use of gastric-irritating medications, after stomach damage and after extensive dissection or use of electrocautery, and during early experience. Symptoms of band erosion may include reduced weight loss, weight gain, Access Port infection or abdominal pain. Reoperation to remove the device is required.

Reoperation for band erosions may result in a gastrectomy of the affected area. Eroded bands have been removed gastroscopically in a very few cases. Consultation with other experienced LAP-BAND® System surgeons is strongly advised in these cases.

Esophageal distension or dilatation has been infrequently reported. This is most likely a consequence of incorrect band

2

placement, over-restriction or stoma obstruction. It can also be due to excessive vomiting or patient noncompliance, and may be more likely in cases of pre-existing esophageal dysmotility. Deflation of the band is recommended if esophageal dilatation develops. A revision procedure may be necessary to reposition or remove the band if deflation does not resolve the dilatation.

Obstruction of stomas has been reported as both an early and a late complication of this procedure. This can be caused by edema, food, improper initial calibration, band slippage, pouch torsion or patient non-compliance regarding sticks and chewing of food.

Infection can occur in the immediate post-operative period or years after insertion of the device. In the presence of infection or contamination, removal of the device is indicated.

Unplanned deflation of the band may occur due to leakage from the band, the port or the connecting tubing.

Nausea and vomiting may occur, particularly in the first few days after surgery and when the patient eats more than recommended. Nausea and vomiting may also be symptoms of stoma obstruction or a band/ stomach slippage. Frequent, severe vomiting can result in pouch dilatation, stomach slippage or esophageal dilatation. Deflation of the band is immediately indicated in all of these situations. Deflation of the band may alleviate excessively rapid weight loss and nausea and vomiting. Reoperation to reposition or remove the device may be required.

Rapid weight loss may result in symptoms of malnutrition, anemia and related complications (i.e., polyneuropathies). Deflation of the band may alleviate excessively rapid weight loss.

### Table 1:  Serious Adverse Events Considered Related to the LAP-BAND® System for the US Pivotal Study in Severely Obese Adults

| Adverse Event | % of 299 subjects |
|---|---|
| Band Slippage, Pouch Dilatation | 11 |
| Stoma Obstruction | 8 |
| Gastroesophageal Reflux | 3 |
| Esophageal Dilatation | 2 |
| Cholelithiasis | 2 |
| Incisional Infection | 2 |
| Abdominal Pain | 2 |
| Gastroenteritis | 2 |
| Nausea and/or Vomiting | 2 |
| Port Leak | 2 |
| Delayed Esophageal Emptying | 1 |
| GI Perforation | 1 |
| Hernia | 1 |
| Band Erosion | 1 |
| Chest Pain | 1 |
| Dysphagia | 1 |
| Infection | 1 |
| Asthma | 1 |
| Atelectasis | 1 |
| Dehydration | 1 |
| Headache | 1 |
| Abnormal Healing | 1 |
| Hiatal Hernia | 1 |
| Improper Band Placement | 1 |
| Respiratory Disorder | 1 |
| Thrombosis | 1 |
| Thyroid Disorder | 1 |
| Death | 0 |

Rapid weight loss may result in development of cholelithiasis which may require cholecystectomy.

Table 1 summarizes serious adverse events (SAEs) that were reported to have occurred during the 3-year US pivotal clinical trial in severely obese adults, initiated in 1995. A total of 299 subjects were studied with a total of 833 subject years.

There were additional occurrences of these events that were considered to be non-serious.

Table 2 shows occurrence of all adverse events reported at a rate of 5% or more.

### Table 2:  All Adverse Events that Occurred at a Rate of 5% or More for the US Pivotal Study in Severely Obese Adults

| Adverse Event | # of subjects | % of 299 subjects |
|---|---|---|
| **Digestive** | | |
| Nausea and/or Vomiting | 182 | 61 |
| Gastroesophageal Reflux | 103 | 34 |
| Stoma Obstruction | 41 | 14 |
| Constipation | 27 | 9 |
| Dysphagia | 26 | 9 |
| Diarrhea | 22 | 7 |
| Abnormal Stools | 18 | 6 |
| **Body as a Whole** | | |
| Abdominal Pain | 80 | 27 |
| Asthenia | 25 | 8 |
| Incisional Infection | 21 | 7 |
| Infection | 20 | 7 |
| Fever | 18 | 6 |
| Hernia | 18 | 6 |
| Pain | 18 | 6 |
| Chest Pain | 15 | 5 |
| Pain Incision | 14 | 5 |
| **Band-Specific** | | |
| Band Slippage/Pouch Dilation | 72 | 24 |
| **Metabolic and Nutritional** | | |
| Healing Abnormal | 23 | 8 |
| **Port-Specific** | | |
| Port Site Pain | 26 | 9 |
| Port Displacement | 18 | 6 |
| **Skin and Appendages** | | |
| Alopecia | 23 | 8 |

Other adverse events considered related to the LAP-BAND® System that occurred in fewer than 1% of subjects included: esophagitis, gastritis, hiatal hernia, pancreatitis, abdominal pain, hernia, incisional infection, infection, redundant skin, dehydration, GI perforation, diarrhea, abnormal stools, constipation, flatulence, dyspepsia, eructation, cardiospasm, hematemesis, asthenia, fever, chest pain, incision pain, contact dermatitis, abnormal healing, edema, paresthesia, dysmenorrhea, hypochromic anemia, band leak, cholecystitis, esophageal dysmotility, esophageal ulcer, esophagitis, port displacement, port site pain, spleen injury and wound infection.

Twenty-four subjects (8%, 26/299) had a total of 27 reoperations. Thirteen of these 27 (48%) revision procedures were completed laparoscopically. In 6 of the 27 procedures (33%), the band was removed and replaced with a new band in the same procedure. There were due to 3 initially incorrect placements, 5 stoma obstructions or band slippage/pouch dilatation, and 1 band system leakage. Two subjects had new band replacements at separate interventions. Sixteen of 27 revision procedures (60%)

did not require removal of bands. All of these revisions were performed to correct band slippage/pouch dilatation. Six of these (37.5%) were completed laparoscopically. There were no deaths associated with LAP-BAND® System revisions.

Seventy-five subjects had their entire LAP-BAND® Systems explanted. Fifty-one of the 75 explants (68%, 51/75) were counter measures to adverse events. Band slippage/pouch dilatation and/or stoma obstruction was the most common adverse event associated with these explants (32%, 24/75). Other events associated with these explants were: erosion (9%, 6/75), infection (4%, 3/75), GI disorders such as gastroesophageal reflux and/ or dysphagia (11%, 8/75), LAP-BAND® System leak (4%, 3/75); one needle damage to shell and 2 access-port tubing leaks; esophageal disorders, such as dilatation and delayed emptying (7%, 5/75); gastric perforation (3%, 2/75); one abdominal pain; and 1 respiratory disorder. Insufficient weight loss was also reported as a contributor to the decision to explant in 24 of the 75 explants (32%, 24/75). Data from a post-approval study showed an estimated explant rate of 6.5% per year over the first 5 years following implantation.

One-year data are available for 148 obese subjects with BMI ≥30 and <40 who underwent LAP-BAND® System placement surgery in a Lower BMI study, initiated in 2007. This study will continue to follow subjects for an additional 4 years (5 years in total). The following table summarizes the SAEs that were reported to have occurred in the US Lower BMI clinical trial.

### Table 3:  Serious Adverse Events Considered Related to the LAP-BAND® System for the US Lower BMI Study

| Adverse Event | # of subjects | % of 149 subjects |
|---|---|---|
| Abdominal Pain | 2 | 1.3 |
| Shoulder Pain | 1 | 0.7 |
| Dysphagia | 1 | 0.7 |
| Medical Device Complication (Band Erosion) | 1 | 0.7 |
| Gastric Outlet Obstruction | 1 | 0.7 |
| Vomiting | 1 | 0.7 |

These seven device-related SAEs occurred in three subjects (2%, 3/149). They were hospitalized for 7 days or less and discharged following band removal. There were no deaths in the Lower BMI Study.

There were additional occurrences of these events that were considered to be non-serious. Table 4 shows occurrences of all device-related events reported at a rate of 2% or more.

Other adverse events considered related to the LAP-BAND® System that occurred in fewer than 2% of subjects included: diarrhea (n=3), gastric pouch dilatation (n=3), gastritis (n=3), esophageal dilatation (n=2), syncope (n=2), anemia (n=1). Other events reported to occur in only one patient per event included: abdominal discomfort, alopecia, anemia, arthralgia, decrease blood folate, flatulence, gastrointestinal motility disorder, bronchitis, chills, implant site infection, implant site irritation, implant site hemorrhage, night sweats, hypothyroidosis, headache, nail infection, pyrexia, skin irritation, esophageal obstruction, esophageal spasm, postoperative infection, urinary tract infection, muscle spasms, depression, back pain, and hypertension.

Seven subjects (4.6%, 7/149) each required one reoperation, and there were no intraoperative complications. Four of these (57.1%, 4/7) were LAP-BAND® System explantations due to dysphagia (in 3 subjects), erosion of the band, or abdominal pain. Two reoperations were access port revisions due to port flip or port site pain; the original ports were retained. One reoperation was for repositioning of the original band to correct for band slippage.

3

| TABLE 4: DEVICE-RELATED ADVERSE EVENTS THAT OCCURRED IN 2% OF SUBJECTS IN THE US LOWER BMI STUDY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Adverse Event | Subjects | | Events | | Mild | Moderate | Severe | |
| | N | (%)[a] | N | (%)[b] | n (%) | n (%) | n (%) | |
| Vomiting | 43 | (28.9%) | 43 | (20.0%) | 29 (67.4%) | 13 (30.2%) | 1 (2.3%) | |
| Dysphagia | 33 | (22.1%) | 33 | (15.3%) | 20 (60.6%) | 12 (36.4%) | 1 (3.0%) | |
| Post procedural pain | 28 | (18.8%) | 28 | (13.0%) | 1 (3.6%) | 27 (96.4%) | 0 (0.0%) | |
| Gastroesophageal reflux disease | 22 | (14.8%) | 22 | (10.2%) | 15 (68.2%) | 7 (31.8%) | 0 (0.0%) | |
| Abdominal pain | 8 | (5.4%) | 8 | (3.7%) | 2 (25.0%) | 6 (75.0%) | 0 (0.0%) | |
| Nausea | 8 | (5.4%) | 8 | (3.7%) | 5 (62.5%) | 3 (37.5%) | 0 (0.0%) | |
| Dyspepsia | 7 | (4.7%) | 7 | (3.3%) | 4 (57.1%) | 3 (42.9%) | 0 (0.0%) | |
| Implant Site Pain | 7 | (4.7%) | 7 | (3.3%) | 6 (85.7%) | 1 (14.3%) | 0 (0.0%) | |
| Abdominal pain upper | 4 | (2.7%) | 4 | (1.9%) | 3 (75.0%) | 1 (25.0%) | 0 (0.0%) | |
| Constipation | 4 | (2.7%) | 4 | (1.9%) | 3 (75.0%) | 1 (25.0%) | 0 (0.0%) | |
| Medical device complication[c] | 4 | (2.7%) | 4 | (1.9%) | 2 (50.0%) | 1 (25.0%) | 1 (25.0%) | |
| Dehydration | 3 | (2.0%) | 3 | (1.4%) | 1 (33.3%) | 2 (66.7%) | 0 (0.0%) | |
| Device malfunction[d] | 3 | (2.0%) | 3 | (1.4%) | 0 (0.0%) | 2 (66.7%) | 1 (33.3%) | |
| Shoulder pain | 3 | (2.0%) | 3 | (1.4%) | 1 (33.3%) | 2 (66.7%) | 0 (0.0%) | |

[a] Percentage is based on 149 subjects
[b] Percentage is based on 215 device-related adverse events
[c] Complications included band erosion, tubing palpated in umbilical hernia, and band slippage
[d] Malfunctions included partial slip, flipped port, and band slippage.

## CLINICAL EXPERIENCE

The LAP-BAND® System is indicated for use only in patients who have failed more conservative weight-reduction alternatives, such as supervised diet, exercise and behavior modification programs. Patients who elect to have this surgery must make the commitment to accept significant changes in their eating habits for the rest of their lives.

The effects of the LAP-BAND® System have been studied in severely obese subjects (BMI ≥ 40 or those who are 100 lbs. or more over their estimated ideal weight) as well as in mild to moderately obese subjects (BMI ≥30 and <40) in the US, in the pivotal study and Lower BMI study, respectively.

### Clinical Experience in Severely Obese Adults (initiated in 1995)

#### Purpose of the Trial:

This study evaluated the safety and effectiveness of the device for use in weight reduction of obese patients with a Body Mass Index (BMI) of at least 40, or those who are 100 lbs. or more over their estimated ideal weight, as determined using the 1983 Metropolitan Life Insurance Height and Weight Table (using the midpoint for medium frame).

#### Study Design:

A 3-year, single-arm, multi-center study was initiated in June 1995 with 299 subjects enrolled at 8 centers under the care of 12 surgeons. All procedures were completed utilizing a perigastric dissection technique with pouches of 25 ml or (later in the study) 15 ml, using the 9.75cm (B-3210) and 10.0cm (B-3220) LAP-BAND® Systems. Of the procedures, 259 were completed laparoscopically and 33 via laparotomy, including 13 intraoperative conversions (4.7% conversion rate).

The primary effectiveness measure was the percent Excess Weight Loss (%EWL) at 1, 2, and 3 years following the LAP-BAND® implantation. The secondary effectiveness measures used in the study determined the differences between the weight loss (at years 1, 2 and 3) and the weight loss/gain experienced by the subject in the year(s) prior to the placement of the LAP-BAND® System. In addition, changes in a subject's quality of life were also determined as part of the secondary effectiveness measures.

The %EWL is defined as weight loss (operative weight minus selected weight) divided by excess weight (operative weight minus ideal weight) multiplied by 100. Study subjects were weighed immediately before surgery, at 3 weeks postoperatively, and then again at regular intervals over the next 3 years (3, 6, 9, 12, 18, 24, 30, and 36 months). The 1983 Metropolitan Life Height and Weight Table was used to determine ideal weight.

The primary safety parameters included incidence and severity of complications. Safety measurements were based on subjects' reported adverse events before surgery (< 3 weeks) and postoperatively (> 3 weeks), either during scheduled visits or as called to the attention of the study nurse or investigator to report urgent problems. Any noted complications were divided into device-related and non-device-related events.

#### Subjects Studied:

A total of 299 subjects participated in the U.S. study, with 82% of participants being female and 18% being male. Distribution by race was 91% Caucasian, 19% African-American and 4% Hispanic. The average age at which subjects became obese was 18.4 and the average age at the time of surgery was 38.8 years.

The mean weight at entry into the trial was 293 pounds, with mean excess weight of 156 pounds and mean BMI of 47.4. Thirty percent (30%) of subjects had BMI ≥ 50 and were classified as "superobese." During the five years prior to surgery, subjects on average gained 54 pounds, with the average BMI increasing from 39 to 47.4. These subjects had significant comorbidities that included: hypertension (42%), gallstones/gallbladder disease (26%), gastrointestinal diseases (24%), asthma (16%), non-insulin dependent diabetes (11%), and insulin dependent diabetes (9%).

## Subject Inclusion Criteria:

- Age 18 to 55.

- BMI ≥ 40, or at least 100 pounds above estimated ideal weight.

- Willingness to comply with the substantial lifelong dietary restrictions required by the procedure.

- History of obesity for at least 5 years.

- History of failure with non-surgical, weight-loss methods.

- Willingness to follow protocol requirements, including signed informed consent, routine follow-up schedule, completing quality-of-life questionnaires, completing laboratory tests, completing diet and behavior modification counseling.

- Reside within a reasonable distance from the investigator's office and be able to travel to the office to complete all routine follow-up visits.

## Subject Exclusion Criteria:

- Surgery or treatment representing an unreasonable risk to the subject.

- Family or subject history of inflammatory disease of the gastrointestinal tract, including gastric ulceration, duodenal ulceration, Grade 3-4 esophagitis, or specific inflammation such as Crohn's disease or ulcerative colitis.

- Severe cardiopulmonary disease or other serious organic disease.

- Severe coagulopathy, upper gastrointestinal bleeding conditions, such as esophageal or gastric varices, congenital or acquired intestinal telangiectasia.

- Congenital or acquired anomalies of the GI tract such as atresias or stenoses.

- Severe hiatal hernia.

- Pregnancy or the intention of becoming pregnant in the next 12 months.

- Alcohol or drug addiction.

- Mentally retarded, emotionally unstable, or exhibited psychological characteristics.

- Previous bariatric surgery (except Adjustable Silicone Gastric Band), intestinal obstruction or adhesive peritonitis.

- Infection anywhere in the body at the time of surgery.

- Family or subject history of a known diagnosis or pre-existing symptoms of systemic lupus erythematosus, scleroderma, or other autoimmune disease

- Participating in another ongoing clinical trial in which concomitant diagnostic or therapeutic intervention would adversely affect the integrity of the LAP-BAND® System U.S. Clinical Trial.

## Effectiveness Results:

Study subjects achieved significant improvement in %EWL, weight loss, excess weight and BMI at 12, 24 and 36 months following placement of the LAP-BAND® System. Although most improvement was seen in the first 12 months, statistically significant improvement continued through month 36. The effectiveness of the LAP-BAND® System at month 36 (after surgery, endpoint data) is summarized in Table 5.

*Primary Effectiveness Results*

*Percent Excess Weight Loss (%EWL):* In the study, the mean EWL increased steadily from 9.9% at 3 weeks to 37.9% at 24 months following the placement of the LAP-BAND® System. Improvements in %EWL through 36 months were significant (p<0.0001) when compared with baseline. This level of improvement has been demonstrated in the medical literature to improve comorbidities.[1]

4

000023

#### Table 5:  Summary of weight loss results at 36 Months

| | Baseline Mean (N=292 at surgery) | 36-Month Mean (N=178) |
|---|---|---|
| %EWL | N/A | 36.20% |
| Weight (lbs) | 293 | 240.6 |
| Range | 103-479 | 113-408 |
| Mean Excess Wt (lbs) | 156 | 104 |
| Range | 74-339 | -16-299 |
| Mean BMI (kg/m²) | 47.4 | 38.7 |
| Range | 35.0-74.3 | 19.8-63.6 |

N=Number of Subjects

#### Table 6:  Mean %EWL by Visit

| Visit | N | %EWL |
|---|---|---|
| 6 months | 233 | 28.5 |
| 12 months | 233 | 34.5 |
| 18 months | 190 | 38.4 |
| 24 months | 189 | 37.8 |
| 30 months | 148 | 37.8 |
| 36 months | 175 | 36.2 |

N = Number of Subjects

**Secondary Effectiveness Results**

*Weight and Excess Weight Loss*. The study showed that the subjects' mean weight decreased steadily from 293 pounds at baseline to 235 pounds at 30 months post-surgery. Weight loss through 36 months was significant when compared to baseline. The study also showed that mean excess weight was reduced from 156 pounds to 88.2 pounds. The weight changes from baseline were statistically significant at each visit (paired t-test p<0.0001).

The observed level of weight loss at 12 months and beyond is equivalent to almost 20% total weight loss. This 20% total weight loss is substantially greater than the 10% weight loss that has been shown in the literature to improve or resolve comorbid conditions associated with obesity.[1]

#### Table 7:  Mean Weight by Visit

| Visit | N | Weight (lbs) |
|---|---|---|
| Baseline | 288 | 293.6 |
| 6 months | 233 | 254.5 |
| 12 months | 233 | 241.9 |
| 18 months | 190 | 240.6 |
| 24 months | 189 | 234.5 |
| 30 months | 148 | 235.4 |
| 36 months | 175 | 240.6 |

N = Number of Subjects

*Body Mass Index (BMI) Decrease*. The study showed that mean BMI decreased steadily from 47.5 at baseline to 38.1 at 24 months post-surgery. The improvements in BMI from baseline were statistically significant at each visit (paired t-test p<0.0001).

At baseline, 5% of subjects were not morbidly obese (they had a BMI < 40). By 12 months following the placement of the LAP-BAND® System, 60% of subjects were no longer morbidly obese, and one-third were no longer severely obese (they had a BMI < 35). At the start of the study, almost 30% of subjects were super obese (they had a BMI > 50); by 12 months post-surgery only 7% of the subjects were still super obese.

#### Table 8:  Mean BMI by Visit

| Visit | N | BMI |
|---|---|---|
| Baseline | 288 | 47.5 |
| 6 months | 233 | 41.2 |
| 12 months | 233 | 39.0 |
| 18 months | 190 | 38.7 |
| 24 months | 189 | 38.1 |
| 30 months | 148 | 38.1 |
| 36 months | 175 | 38.7 |

N = Number of Subjects

*Quality of Life Improvement*. Quality of life was evaluated using several validated assessments, including the Beck Depression Index, the MBSR Appearance Evaluation, the RAND SF-36 Mental Health Composite and the RAND SF-36 Physical Health Composite. There were significant (p<0.0001) improvements in the subjects' physical functioning, social functioning, emotional well-being, and physical and mental health at 12 months and at 36 months following LAP-BAND® System placement, demonstrating a significant improvement in the subjects' quality of life.

**Safety:**

Safety endpoints are provided in the Adverse Events section.

**Site-to-site variations:**

Site-to-site variations were observed in both effectiveness and safety in the US pivotal clinical study. Experience with advanced laparoscopic procedures, attitudes regarding bariatric procedures, and patient management and support practices were factors found to be related to the variations. No center performed more than two to three procedures, on average, a month. This limited and infrequent experience with both laparoscopic placement and patient management was expected to affect, and did affect, the learning curve in each center.

**Clinical Experience in Lower BMI Adults (Initiated in 2007)**

**Purpose of the Trial:**

This study evaluated the safety and effectiveness of the device for use in weight reduction for obese patients with a lower Body Mass Index, BMI ≥ 30 kg/m² and < 35 kg/m² without comorbid conditions or with a BMI ≥ 35 kg/m² and < 40 kg/m² without any severe comorbid conditions.

**Study Design:**

A single-arm, multi-center study was initiated in November 2007, and 160 subjects enrolled at 7 sites. Subjects completed one-year follow-up in July 2009. Of those enrolled, 149 received LAP-BAND® implantation following screening. Some subjects were placed on pre-surgical liquid diets as advised by study investigation.

The primary effectiveness measure was percent of subjects who achieved clinically successful weight loss at one year following LAP-BAND® implantation, where success was defined as ≥30% Excess Weight Loss (EWL). Secondary effectiveness measures included changes from baseline to 12 months for: percent total weight loss (%WL); comorbid conditions of type 2 diabetes, dyslipidemia, and hypertension; and health-related quality of life as measured by the Impact of Weight on Quality of Life-Lite (IWQOL-Lite) questionnaire.

The %EWL is defined as weight loss (baseline weight minus follow-up weight) divided by excess weight (baseline weight minus ideal weight) multiplied by 100. The %WL is defined as weight loss (baseline weight minus follow-up weight) divided by baseline weight. Ideal weight was determined based on a BMI of 25 kg/m². Study subjects were weighed prior to surgery (screening visit and 7 days before surgery), at surgery, at 1 week postoperatively, and at regular intervals over the next year (1, 2, 4, 6, 8, 10, 12 months).

Baseline weight is the weight at screening for subjects placed on the pre-surgical diet and at surgery for subjects who were not placed on the diet. Post-surgical follow-up consists of 18 scheduled visits (Week 1 and Months 1, 2, 4, 6, 8, 10, 12, 15, 16, 21, 24, 30, 33, 42, 48, 54, and 60) plus additional unscheduled visits as needed.

The primary safety parameters included incidence and severity of adverse events related to treatment.

**Subjects Studied:**

A total of 160 subjects were enrolled in the US Lower BMI study. Following screening, 149 subjects received LAP-BAND® implantation, of which 91% were female and 9% were male. Distribution by race was 77% Caucasian, 8% African-American, 11% Hispanic, 1.3% Asian, and 1.3% other. The average age at the time of surgery was 39.3 years. All 149 procedures were completed utilizing a pars flaccida technique, using the LAP-BAND AP® (Standard and Large) Systems, and were completed laparoscopically.

The mean weight at baseline was 218 pounds, with mean excess weight of 83 pounds and mean BMI of 35.4. Fifty-seven percent (57%) of subjects had BMI ≥ 35 and < 40, and the remainder had BMI < 35. These subjects had significant obesity related comorbidities which included: osteoarthritis (39%), back pain (35%), gastroesophageal reflux (28%), depression (28%), respiratory abnormality (20%), dyslipidemia (20%), hypertension (16%), urinary incontinence (11%), venous stasis (7%), sleep apnea (7%), and type 2 diabetes (4%).

**Key inclusion criteria:**

*   Age 18 to 65.
*   BMI ≥ 30 kg/m² and <35 kg/m² with or without obesity related comorbid conditions or BMI ≥ 35 kg/m² and < 40 kg/m² without any severe comorbid conditions.
*   History of obesity for at least 2 years.
*   History of failure with non-surgical and more conservative weight-reduction alternatives.
*   Physically and mentally able to comply with the visit schedule and behavior modification required for the LAP-BAND®.
*   Successful completion of pre-operative screening, educational programs and psychological assessment supporting that the subject is an appropriate bariatric surgical candidate.

**Key exclusion criteria:**

*   History of congenital or acquired anomalies of the gastrointestinal (GI) tract, such as intestinal telangiectasia, intestinal malrotation, duodenal ulceration, previously diagnosed Grade 3-4 esophagitis, congenital abdominal wall defects, or inflammatory bowel disease (i.e. Crohn's disease).
*   Severe cardiopulmonary or other serious or uncontrolled organic disease (e.g. thyroid disease).
*   Severe coagulopathy, hepatic insufficiency or cirrhosis.
*   History of bariatric, gastric, or esophageal surgery.
*   History of intestinal obstruction or adhesive peritonitis.
*   History of esophageal dysmotility disorders.
*   Type I diabetes.
*   Pregnancy or intention of becoming pregnant during the study (if female of childbearing potential).
*   Uncontrolled psychiatric disorders (including untreated major depression, schizophrenia, substance abuse, bulimia nervosa, immaturity, or lack of family support which would potentially compromise the subject's ability to fully comprehend and/or cooperate with the study protocol.

---

[1] National Institutes of Health. "Summary of recommendations," Clinical guidelines on identification, evaluation, and treatment of overweight and obesity in adults. The evidence report. 1998

5

**Table 9:  Summary of Weight, BMI, and Body Changes at 12 Months**

| Parameter | Baseline Mean (SD) n[a] = 149 | Month 12 Mean (SD) n = 143[b] | Mean Change from Baseline at Month 12 | 95% CI (Lower, Upper) | P-value[c,d] |
|---|---|---|---|---|---|
| Weight (lbs) | 214.9 (24.3) | 174.7 (24.5) | -39.7 | -36.4, -43.0 | <0.0001 |
| %WL | N/A | 18.3 (8.5) | 18.3 | 16.9, 19.7 | <0.0001 |
| Excess Weight (lbs) | 62.6 (16.1) | 22.8 (18.4) | -39.7 | -36.4, -43.0 | <0.0001 |
| %EWL | N/A | 64.6 (30.3) | 64.6 | 59.5, 69.5 | <0.0001 |
| BMI (kg/m²) | 35.4 (2.6) | 28.8 (3.2) | -6.5 | -6.0, -7.1 | <0.0001 |
| % BMI Loss | N/A | 18.3 (8.5) | 18.3 | 16.9, 19.7 | <0.0001 |
| Waist Circumference (inches) | 41.6 (3.6) | 35.4 (4.4) | -5.9 | -5.4, -6.5 | <0.0001 |
| Hip Circumference (inches) | 47.7 (3.0) | 41.6 (3.5) | -3.6 | -3.2, -8.4 | <0.0001 |

[a] n is the actual number of patients at visit
[b] n=149 for waist circumference and hip circumference
[c] P-value is for the evaluation of mean change from baseline by paired t-test or Wilcoxon signed-rank test based on P-value of normality test at 0.25.
[d] P-values test hypotheses pre-specified in the study protocol, but have not been adjusted for multiplicity.

- Chronic use of aspirin and/or non-steroidal anti-inflammatory medications and unwillingness to discontinue the use of these concomitant medications.
- Concurrent use of weight loss medications.
- Any condition that would be a contraindication in the LAP-BAND® System Directions for Use.

**Effectiveness Results:**

Study subjects achieved significant improvement in %EWL, excess weight, weight loss, %WL, BMI, waist circumference and hip circumference at 12 months after placement of the LAP-BAND® System. The effectiveness of the LAP-BAND® System at month 12 (after surgery) is summarized in Table 9 (shown above).

Figure 2 shows the average %EWL over time in the first year.



Average Excess Weight Loss in Year 1

**Figure 2: Mean Percent Excess Weight Loss (%EWL) over 12 Months**

At baseline, over half (57.0%, 85/149) of subjects had BMI ≥ 35. By 12 months, only two subjects (1.4%, 2/143) had BMI ≥ 35. Over half of subjects (65.7%, 94/143) were no longer obese at 12 months. Furthermore, 13.3% (19/143) of subjects were at normal weight (BMI < 25) at 12 months.

**Primary Effectiveness Results**

Percent of subjects with a 30%EWL at one year following LAP-BAND® System surgery: At one year following LAP-BAND® surgery, 83.9% of subjects (p<0.0001) achieved EWL of at least 30%. The percentages of subjects achieving different levels of %EWL are shown in Tables 10 and 11.

**Table 10:  Percent of Subjects Achieving at Least 30% EWL by Visit**

| Follow-up Visit | N | % of Subjects with a 30% EWL (without imputation)[a] | % of Subjects with a 30% EWL (with imputation)[b] |
|---|---|---|---|
| Month 1 | 149 | 18.1% | 18.1% |
| Month 2 | 146 | 41.2% | 40.9% |
| Month 4 | 146 | 70.6% | 69.1% |
| Month 6 | 146 | 63.2% | 63.2% |
| Month 8 | 147 | 66.4% | 65.2% |
| Month 10 | 142 | 55.9% | 51.9% |
| Month 12 | 143 | 83.9% | 80.5% |

[a] N = Number of subjects at follow-up visit
[b] Percentage based on observed cases
[c] Percentage with unobserved cases imputed as %EWL < 30% (N=149)

**Table 11:  Distribution of Subjects by %EWL at 12 Months**

| %EWL | N | % of Subjects[a] |
|---|---|---|
| ≥10% | 141 | 98.6% |
| ≥30% | 120 | 83.9% |
| ≥50% | 98 | 68.5% |
| ≥70% | 62 | 43.4% |
| ≥90% | 29 | 20.3% |

N = 143 subject at 12 months.
[a] Rows are cumulative frequencies

**Secondary Effectiveness Results**

*Percent Total Weight Loss (%WL).* The study showed that mean weight decreased steadily from 214.9 pounds at baseline to 174.7 pounds, resulting in an average 18.3%WL at 12 months. Percent total weight loss through 12 months was significant when compared to baseline (p<0.0001). The percentage of subjects achieving various levels of %WL is shown in Table 12.

**Table 12:  Distribution of Subjects by %WL at 12 Months**

| %WL | N | % of Subjects[a] |
|---|---|---|
| ≥5% | 135 | 94.4% |
| ≥10% | 116 | 80.4% |
| ≥15% | 94 | 65.7% |
| ≥20% | 64 | 44.8% |
| ≥25% | 29 | 20.3% |

N = 143 subject at 12 months.
[a] Rows are cumulative frequencies

*Change in Comorbid Conditions (Type 2 Diabetes, Dyslipidemia, and Hypertension):* In the study, changes in obesity related comorbid conditions were based on investigator assessments of the severity of the conditions at each timepoint. At 12 months post-surgery, improvement was noted in type 2 diabetes, dyslipidemia, and hypertension. The number of subjects with each comorbid condition is small; therefore, it is difficult to make definitive statements regarding improvement in the conditions. Table 13 shows the change in these three comorbidities at 12 months following LAP-BAND® placement. These reported changes in comorbid conditions were consistent with changes in associated laboratory values, as shown in Tables 14-16.

*IWQOL-Lite:* Quality of life significantly improved as measured by the Impact of Weight on Quality of Life-Lite assessment. The mean IWQOL-Lite score was 62.8 at baseline, and improved to 80.6 at 12 months (p<0.0001). Significant improvements were observed in all five scale domains (p<0.0001), as shown in Table 17.

**Additional Effectiveness Results**

*Change in Other Obesity Related Comorbid Conditions:* In addition to the comorbidities of dyslipidemia, Type 2 diabetes, and hypertension, additional comorbidities were assessed by the investigator for severity at baseline and Month 12. All comorbid conditions demonstrated improvement or resolution at Month 12 with the LAP-BAND® System, as shown in Table 18.

**Table 13:  Change in Comorbid Conditions at 12 Months**

| Comorbid Condition | Surgery Status N (%)[a] | Resolved n (%)[b] | Improved n (%)[b] | No Change n (%)[b] | Worsened n (%)[b] |
|---|---|---|---|---|---|
| Diabetes Type II | 6 (4.0%) | 2 (33.3%) | 0 (0.0%) | 4 (66.7%) | 0 (0.0%) |
| Dyslipidemia | 29 (19.5%) | 8 (27.6%) | 0 (0.0%) | 21 (72.4%) | 0 (0.0%) |
| Hypertension | 27 (18.1%) | 6 (22.2%) | 2 (7.4%) | 19 (70.4%) | 0 (0.0%) |

N is number of subjects having comorbid condition at surgery.
[a] % is of total population (149).
[b] % is of N for each comorbid condition.

6

000025

| TABLE 14: CHANGES IN FASTING PLASMA GLUCOSE AND GLYCOSYLATED HEMOGLOBIN (HBA1C) | | | | | | |
|---|---|---|---|---|---|---|
| | | | Screening | | Month 12 Change from Screening (Month 12-Screening) | |
| Lab Test | Subject Group | n[a] | Mean | SD | Mean | 95% CI |
| Fasting Plasma Glucose (mg/dL) | All Subjects | 145 | 93.4 | 14.1 | -3.6 | -5.6, -1.6 |
| | Subjects with Abnormal baseline values[b] | 5 | 149.2 | 15.4 | -40.4 | -74.1, -6.7 |
| HbA1c (%) | All Subjects | 145 | 5.4 | 0.5 | -0.1 | -0.1, -0.03 |
| | Subjects with Abnormal baseline values[c] | 2 | 7.6 | 0.5 | -0.6 | -13.6, 11.9 |

[a] n is the number of patients with values at Screening and Month 12
[b] Abnormal Fasting Plasma Glucose is defined as ≥ 126 mg/dL
[c] Abnormal HbA1c is defined as ≥ 7%

| TABLE 15: CHANGES IN LIPIDS (TOTAL CHOLESTEROL, HIGH DENSITY LIPOPROTEINS (HDL), LOW DENSITY LIPOPROTEINS (LDL), AND TRIGLYCERIDES) | | | | | | |
|---|---|---|---|---|---|---|
| | | | Screening | | Month 12 Change from Screening (Month 12-Screening) | |
| Lab Test | Subject Group | n[a] | Mean | SD | Mean | 95% CI |
| Cholesterol (mg/dL) | All Subjects | 143 | 204.5 | 38.1 | -13.7 | -18.6, -8.9 |
| | Subjects with Abnormal baseline values[b] | 24 | 258.6 | 20.7 | -39.4 | -52.9, -26.0 |
| HDL (mg/dL) | All Subjects | 143 | 55.7 | 13.7 | 5.9 | 4.0, 7.6 |
| | Subjects with Abnormal baseline values[c] | 15 | 36.7 | 2.5 | 7.7 | 4.2, 11.3 |
| LDL (mg/dL) | All Subjects | 143 | 121.3 | 30.4 | -13.4 | -17.6, -9.1 |
| | Subjects with Abnormal baseline values[d] | 16 | 171.3 | 14.6 | -46.6 | -56.3, -36.3 |
| Triglycerides (mg/dL) | All Subjects | 143 | 137.2 | 57.5 | -30.7 | -40.5, -21.3 |
| | Subjects with Abnormal baseline values[e] | 22 | 261.4 | 51.5 | -99.7 | -135.9, -61.5 |

[a] n is the number of patients with values at Screening and Month 12
[b] Abnormal Cholesterol is defined as ≥ 240 mg/dL
[c] Abnormal HDL is defined as ≤ 40 mg/dL
[d] Abnormal LDL is defined as ≥ 160 mg/dL
[e] Abnormal Triglycerides are defined as ≥ 200 mg/dL

*Other Patient Reported Outcomes:* Consistent with improvements seen in IWQOL-Lite, significant improvements from baseline were seen at Month 12 in other patient reported outcomes including the SF-36, Beck Depression Inventory-II, Three Factor Eating Questionnaire, and Questionnaire on Eating and Weight Patterns – Revised.

*Safety:*

Safety endpoints are provided in the Adverse Events section.

*Site-to-site variations:*

All sites in the study had the majority (76%-100%) of subjects achieving ≥30%EWL.

### INDIVIDUALIZATION OF TREATMENT

Placement of the LAP-BAND® System is contraindicated for patients who currently are or may be pregnant. Patients who become pregnant or severely ill after implantation of the LAP-BAND® System or who require more extensive nutrition, may require deflation of their bands. In rare cases, removal may be needed.

International data suggests that hyper-insulinemic, insulin resistance and diseases(s) associated with insulin resistance, poor physical activity, pain and poor general health responses to the SF-36 Health Survey are associated with a lower weight loss.

Older, less physically able, and insulin resistant patients are likely to lose weight at a slower rate than younger physically able persons.

Patients who are super-obese can achieve weight reduction sufficient to improve health and quality of life with the LAP-BAND® System but may remain severely obese. They may lose more weight with a malabsorptive procedure or a procedure with a malabsorptive component. The patient's weight loss needs and expectations should be considered when selecting an obesity procedure.

### PATIENT COUNSELING INFORMATION

A detailed booklet called "The LAP-BAND® System, Surgical Aid in the Treatment of Obesity, A decision guide for Adults" is available from Allergan. This booklet should be provided to all patients considering LAP-BAND® System surgery. This booklet includes a patient acknowledgment/consent form which should be completed prior to surgery.

### HOW SUPPLIED

All components of the LAP-BAND AP® Adjustable Gastric Banding System are for single use only.

The band, Access Port, and stainless steel connector are provided sterile in double packaging with a protective outer container. The Access Port needle is provided sterile in separate packaging.

CAUTION: If the package has been damaged or if the inner package is opened outside the sterile field, the product must be considered non-sterile and may cause infection of the patient.

The calibration tube is provided clean and non-sterile and does not require sterilization.

LAP-BAND® System boxes should be stored in a clean, dry location (standard hospital supply storage).

The LAP-BAND® System has a two-year shelf life.

#### Required Equipment and Materials (Included)

System Components

1. LAP-BAND AP® Adjustable Gastric Banding System (sterile), one each
2. Access Port with Stainless Steel Connector (sterile), one each
3. Access Port Needle, 89 mm (3.5 inch), (sterile), one each
4. Blunt flushing needle, 16 gauge, 40.5 mm (1.6 inch) (sterile), one each
5. Blunt flushing needle, 22 gauge, 127 mm (5 inch) (sterile), one each
6. End plug with Stainless Steel Connector (sterile), one each

The LAP-BAND AP® System is available in two sizes, Standard and Large. The physician should choose the appropriate size depending upon the patient's individual anatomy. Most patients with correctly fitted bands report minimal, if any, restriction following resolution post-operative edema until saline is added to the band, regardless of band size. The Large band is normally used for re-operations (particularly conversion from other procedures) and the pars flaccida dissection. Surgeons are advised to evaluate the amount of tissue within the band prior to band locking and suturing in place, and, if it appears excessive, to remove some omental tissue or move the dissection closer to the stomach wall or higher on the stomach. Additional information regarding size selection is provided in the training program.

### LAP-BAND AP® Adjustable Gastric Banding System

#### Features:

The LAP-BAND AP® System is made of silicone elastomer that forms a ring around the proximal stomach when fastened. The band transitions to a radiopaque 60 cm-long silicone tube. Its kink resistance and arrows printed on the tube aid the surgeon in placing it toward the Access Port. An end plug seals the system while the band is passed around the stomach.

7

000026

091

**TABLE 16: CHANGES IN BLOOD PRESSURE [SYSTOLIC BLOOD PRESSURE (SBP) AND DIASTOLIC BLOOD PRESSURE (DBP)]**

| Lab Test | Subject Group | n[a] | Screening | | Month 12 Change from Screening (Month 12-Screening) | |
|---|---|---|---|---|---|---|
| | | | Mean | SD | Mean | 95% CI |
| SBP (mm Hg) | All Subjects | 142 | 127.8 | 14.8 | -8.1 | -10.6, -6.3 |
| | Subjects with Abnormal baseline values[b] | 27 | 150.9 | 10.0 | -21.0 | -28.2, -13.9 |
| DBP (mm Hg) | All Subjects | 142 | 78.1 | 8.3 | -3.1 | -4.6, -1.3 |
| | Subjects with Abnormal baseline values[c] | 18 | 94.3 | 4.6 | -9.4 | -15.2, -3.7 |

[a] n is the number of patients with values at Screening and Month 12
[b] Abnormal SBP is defined as ≥ 140 mm Hg
[c] Abnormal DBP is defined as ≥ 90 mm Hg

**TABLE 17: CHANGE IN IWQOL-LITE SCORE AT 12 MONTHS**

| Domains | N | Baseline Mean | Month 12 Mean | Mean Change | P-value[a] |
|---|---|---|---|---|---|
| Physical Function | 142 | 50.8 | 82.7 | 31.8 | <0.0001 |
| Self-Esteem | 141 | 43.8 | 80.4 | 36.6 | <0.0001 |
| Sexual Life | 139 | 66.3 | 89.0 | 22.7 | <0.0001 |
| Public Distress | 143 | 79.0 | 96.6 | 17.6 | <0.0001 |
| Work | 143 | 75.8 | 95.7 | 19.9 | <0.0001 |
| Total Score | 142 | 62.6 | 90.6 | 28.0 | <0.0001 |

N = Number of Subjects with scores at both baseline and 12 months
[a] P-values test hypotheses pre-specified in the study protocol, but have not been adjusted for multiplicity.

**Table 18: Month 12 Change in Status of Other Comorbid Conditions**

| Comorbid Condition | Present at Baseline n (%)[a] | Resolved[b] n (%)[e] | Improved[c] n (%)[e] | Unchanged n (%)[e] | Worsened[d] n (%)[e] |
|---|---|---|---|---|---|
| Back Pain | 52 (34.9%) | 18 (34.6%) | 2 (3.8%) | 31 (59.6%) | 1 (1.9%) |
| Depression | 41 (27.5%) | 9 (22.0%) | 1 (2.4%) | 30 (73.2%) | 0 (0.0%) |
| Gastroesophageal Reflux | 42 (28.2%) | 30 (71.4%) | 0 (0.0%) | 9 (21.4%) | 0 (0.0%) |
| Metabolic Syndrome | 1 (0.7%) | 1 (100.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Osteoarthritis | 57 (38.3%) | 18 (31.6%) | 0 (0.0%) | 38 (66.7%) | 1 (1.8%) |
| Respiratory Abnormality | 38 (25.5%) | 18 (47.4%) | 1 (2.6%) | 19 (50.0%) | 0 (0.0%) |
| Sleep Apnea | 11 (7.4%) | 4 (36.4%) | 1 (9.1%) | 6 (54.5%) | 0 (0.0%) |
| Urinary Incontinence | 16 (10.7%) | 8 (50.0%) | 0 (0.0%) | 8 (50.0%) | 0 (0.0%) |
| Venous Stasis | 11 (7.4%) | 6 (54.5%) | 0 (0.0%) | 5 (45.5%) | 0 (0.0%) |

[a] n is the number of patients having comorbid conditions at Surgery; percent is of total population;
[b] Resolved is defined as patients moving to the None category
[c] Improved is defined as patients improving by at least one category but not Resolved
[d] Worsened is defined as patients worsening by at least one category
[e] n is the number of patients with status Resolved/Improved/Unchanged/Worsened at Month 12; percent is of patients who had condition at Surgery; sum of change in status (Resolved + Improved + Unchanged + Worsened) may not equal Baseline status due to missing data at Month 12.



**Figure 3. Access Port I**



**Figure 4. Access Port II**

**Access Port Needle Features:**

The Access Port needle is a non-coring, deflected-tip ("Huber tip") needle designed to penetrate the Access Port during post-operative adjustment of the LAP-BAND AP® System (see Instructions for Use).

**Required Equipment and Materials (Not Included)**

- Atraumatic Graspers
- Sterile Saline (non-pyrogenic, isotonic, 0.9% NaCl)
- Syringe, 5 or 10 cc
- 2-0 Ethibond, intestinal needle
- 2-0 Dexon, cutting needle
- Rubber-shod clamps (mosquito with tubing sleeves)
- Calibration Tube (non-sterile), part number 9-2017

**Calibration Tube:**

The calibration tube is provided clean and non-sterile and does not require sterilization. The calibration tube (Figure 5) is a dual-lumen translucent silicone tube, 157 cm long with a 13 mm diameter sensor tip at its distal end. A 16 cc to 25 cc balloon for controlled sizing and positioning of the gastric pouch is located 3.5 cm from the distal end of the catheter. The balloon is inflated via an inflation port that remains external during the procedure. The calibration tube is for single use only.

**Access Port:**

The Access Port (Figures 3 and 4) is for percutaneous adjustment of the stoma diameter and is self-sealing when penetrated by the Access Port needle.

**Features include:**

1. High-compression septum tested to over 200 punctures with a 20 gauge non-coring needle.
2. Port reservoir with positive tactile feedback designed for long-term durability; resists gouging and retains integrity throughout repeated needle contact.
3. Radiopaque and compatible with diagnostic imaging including MRI and CT scanning, although a minimal "halo" effect has been reported due to the stainless-steel tubing connector.
4. Contoured housing; light-weight smooth and rounded.
5. A stainless steel connector which is used with ligatures to join the tubing of the band to the access port.



**Figure 5. Calibration Tube**

**Features include:**

1. Integral inflatable gastric pouch sizer balloon
2. Inflation tubing and stopcock attached for ease in filling the calibration balloon
3. Drainage, suction and irrigation

**Additional Equipment Recommended for Laparoscopic Placement:**

- Articulating dissector (long shaft) or Retriculating grasper (long shaft)
- 15 mm or 18 mm trocar
- 5.5 mm reducer for 15 or 18 mm trocar
- 0° and 30° laparoscopes
- Trocars; extra-long trocars sometimes needed
- Extra-long cautery hook and suction irrigation

8

000027

- A set of long laparoscopic atraumatic graspers, dissectors, scissors, clip appliers, Babcock grasper and fan-type liver retractor

**Additional Equipment Recommended for Placement via Laparotomy**

Surgeons electing laparoscopic placement should also be prepared with the equipment necessary for placement via laparotomy.

- Penrose Drain
- Abdominal Retractor System for Obesity
- Liver Retractor for Obesity
- Standard set of abdominal surgical retractor instruments as required for laparotomy in the open placement of the LAP-BAND AP® System.

**Special Equipment and Materials Required for Band Adjustment**

- X-ray equipment with monitor
- Local anesthetic with a 1 cc syringe and 30 gauge needle
- Sterile 20 gauge 89 mm (3.5 in.) Access Port needle (supplied with LAP-BAND® System and available as 18 pack; catalog number B-32301-10) or a sterile 20 gauge 61 mm (2 in.) Access Port needle (available as 18 pack B-20302-10) or a sterile 22 gauge 38 mm (1.5 inch) Access Port needle (available as 10 pack; B-30311-10) or other 20 or 22 gauge non-coring, deflected tip ("Huber tip") needle ONLY. Some non-Allergan 'Huber-tipped' needles have been reported to core the Access Port septum. Allergan cannot guarantee that non-Allergan 'Huber-tipped' needles are non-coring to the Access Port septum, therefore the use of Allergan Access Port Adjustment Needles is recommended.
- Sterile, non-pyrogenic isotonic saline solution in a 1 cc syringe for normal adjustments or a larger syringe when the total amount of band fluid is being measured.
- A washer or coin for localizing the port.

**OPERATOR'S MANUAL**

**Prophylactic Antibiotics**

The perioperative administration of prophylactic antibiotics, which would cover the skin and gut flora, is recommended.

**Pre-operative Upper GI**

All LAP-BAND AP® System patients should have a pre-operative upper GI.

**Access Port Preparation**

1. Remove Access Port along with the 22 gauge blunt flushing needle from the sterile container
2. The blunt flushing needle fits loosely inside the fill tubing of the Access Port. Do not attempt to insert it into port
3. Hold the Access Port with the fill tubing in an upright position with the port on the bottom
4. Attach a 5 cc saline-filled syringe to the blunt flushing needle
5. Inject sterile saline to irrigate the Access Port. As it fills, all air and excess fluid will be forced out of the tubing past the blunt flushing needle
6. Keep the port tubing upright until it is attached to the band fill tubing
7. The Access Port and tubing are now full of saline, mostly free of air and ready to be attached to the implanted band tubing

**Band Preparation**

*For the Circulator:*

1. Give Scrub Tech/RN 15 cc of sterile, nonpyrogenic isotonic 0.9% NaCl saline solution and a 10 cc syringe (w/o needle).
2. Prior to opening the box, confirm the size and type of LAP-BAND® System with the surgeon.
3. Do not open or throw away the sterile Access Port Needle unless it is requested by the surgeon. If the needle is not used, label with patient's name and give to the surgeon for future LAP-BAND® System adjustments.
4. Give anesthesiologist the Calibration Tube (packaged separately).

*For the Anesthesiologist:*

1. The Calibration Tube is an oral suction tube that requires a lubricant and 30 cc syringe for inflation.
2. Surgeon will instruct anesthesiologist to remove patient's N/G tube (if one has been inserted). Insert the Calibration Tube orally until it passes below the gastro-esophageal (GE) junction.
3. Surgeon will ask anesthesiologist to inflate balloon with 25 cc of air (or saline) and to pull back on tube until resistance is met – this determines precisely where the GE junction is located.
4. Once the junction is clearly marked, the surgeon will then instruct anesthesiologist to deflate the Calibration Tube and either retract it into the esophagus or remove it entirely.
5. Discard the Calibration Tube after use only when surgeon has completed surgery. During insertion of the calibration balloon, care must be taken to prevent perforation of the esophagus or stomach.

*For the Scrub Tech/RN:*

1. After the Circulator opens outer LAP-BAND® System package, pick up inner sterile container by the tab and put on back table in a secure location.
2. Peel outer wrapping at the yellow indicator on the bottom side of the Tyvek® and remove LAP-BAND® System and priming needle.
3. Connect priming needle to the LAP-BAND® System tubing and.
4. Fill a 20 cc syringe with at least 15 cc of saline and connect syringe to the priming needle. Flush the band and inflatable shelf area several times, each time drawing out air bubbles. A residual amount of saline will stay in the LAP-BAND® System.
5. View the inflatable portion of the band for leaks or uneven inflation.
6. Inject about 5 cc saline and disconnect the syringe. The excess saline will be forced out of the band, leaving



Figure 6. Insertion of Band Tubing End Plug

about 4 cc of saline in the LAP-BAND AP® System Standard and 6 cc in the LAP-BAND AP® System Large.

7. At this point, you have replaced most of the air in the LAP-BAND AP® System with saline.
8. Insert the end plug into the tubing and until the stainless steel tubing connector disappears into the open end of the band fill tube – this will facilitate pulling the tube around the stomach (see Figure 6). The tubing can be slippery. Using 4x4 gauze sponges will help grasp the tubing.
9. Place the band in a saline bowl or set aside until ready for insertion – it is now ready for implantation.
10. If your patient's anatomy requires a larger initial circumference, the LAP-BAND AP® System's perimeter can be made larger by removing saline from the band via the Access Port. It is important to remove any additional saline via the Access Port so no air will enter the LAP-BAND® System, compromising later adjustments.

| MAXIMUM FILL CAPACITY VOLUMES | |
| --- | --- |
| LAP-BAND AP® System Standard | 10 cc |
| LAP-BAND AP® System Large | 14 cc |

**Procedure Basics**

As with other surgical decisions, it is the surgeon's responsibility to judge his or her skill and experience as well as the procedure best suited to the patient's needs. Detailed presentations of specific procedures have been published. These publications and additional information regarding procedures are provided in Allergan authorized LAP-BAND System Training Programs.

It has been reported that a liquid diet prior to surgery may reduce the patient's liver size, providing a clearer view and easier access to the stomach when placing the LAP-BAND® System.

The following information regarding the surgical procedure, adjustments, and band removal is intended to supplement, not replace, information provided in these workshops.

**LAP-BAND AP® SYSTEM SURGICAL PROCEDURE**

Anesthesia: The anesthesiologist typically avoids mask ventilation prior to intubation in order to prevent aspiration of gastric contents into the respiratory tract. Crash induction of anesthesia (injection of anesthetic drugs followed immediately by intubation under cricoid compression) is common in obesity surgery. A nasogastric tube is typically placed after intubation in order to empty the stomach.

Position of the Patient and the Surgeon: The patient is most commonly placed in a lithotomy position, in a moderate anti-Trendelenburg tilt. The hips and the knees are slightly flexed in order to prevent the patient from slipping down the table. This position helps displace the intra-abdominal viscera and the fatty omentum downward so that the upper part of the stomach may be better visualized. The surgeon stands between the patient's legs, the first assistant on the patient's left side and the second assistant on the patient's right.

Pneumoperitoneum: The laparoscopic procedure is performed under carbon dioxide pneumoperitoneum. Pressure is monitored constantly.

Position of the Trocars: Four, five or six trocars are initially placed for this procedure. The trocars need to be positioned high on the patient's abdomen, and they must be inserted so that they angle toward the gastric hiatus. This is important for better instrument access in the severely obese abdomen. A trocar is needed for introduction of the atraumatic grasper, usually in the right upper quadrant or below the right costal margin. A 15 or 18 mm port is required for introduction of the gastric band, usually in the left paramedial position or on the left anterior axillary line below the costal margin (Access Port site).

Exposure of the Subcardial Area: A liver retractor is placed to hold the left lobe of the liver anteriorly and to the patient's right

000028

to expose the esophageal hiatus, the anterior stomach, and lesser omentum.

**Measurement of the Pouch:** The anesthesiologist passes the calibration tube down into the stomach and inflates its balloon with 25 cc of air (some surgeons prefer saline). The balloon is withdrawn upward until it is against the gastroesophageal junction (Figure 7).



**Figure 7. Calibration Tube balloon withdrawn upward against the gastroesophageal junction**

This permits correct selection of the location along the lesser curvature and into the phrenogastric ligament to perform the blunt dissection (Figure 8).



**Figure 8. Calibration Tube balloon and dissection point selected**

### Lesser Curve Dissection Options

**Recommended Technique**

**PARS FLACCIDA:** Dissection begins directly lateral to the equator of the calibration balloon in the avascular space of the Pars Flaccida. After seeing the caudate lobe of the liver, blunt dissection is continued under direct visualization until the right crus is seen, followed immediately by the left crus over to the Angle of His.

The PARS FLACCIDA technique is recommended as it is the most widely used method for laparoscopic adjustable gastric banding and results in a reduced incidence of gastric prolapse and pouch dilatation compared to the PERI-GASTRIC technique (described below).

**Alternate Techniques**

**PERI-GASTRIC:** Dissection starts directly on the lesser curve at the midpoint (equator) of the calibration balloon. Dissection is completed behind the stomach toward the Angle of His under direct visualization, taking care to avoid the lesser sac. Retro-gastric suturing is an option (Figure 9).

**PARS FLACCIDA TO PERI-GASTRIC:** Dissection begins with the pars flaccida technique (above).

A second dissection is made at the midpoint (equator) of the balloon near the stomach until the peri-gastric dissection intercepts the pars flaccida dissection. The band is then placed from the Angle of His through to the peri-gastric opening.



**Figure 9. Dissection of the lesser curvature**

Under direct vision, the full thickness of the hepatogastric ligament is dissected from the gastric wall to make a narrow opening. The posterior gastric wall should be clearly recognizable. The dissection should be the same size as the band or even smaller to reduce the possibility of band and/or stomach slippage.

**Dissection of the Greater Curvature:** A very small opening is created in the avascular phrenogastric ligament, close to the gastric wall at the Angle of His.

**Retrogastric Tunnel:** Always under direct vision, blunt dissection is continued toward the Angle of His until the passage is completed (Figure 10).



**Figure 10. Posterior instrument passage**

**WARNING:** Do not push the tip of any instrument against the stomach wall or use excessive electrocautery. Stomach perforation or damage may result. Stomach perforation may result in peritonitis and death.

**WARNING:** Any damage to the stomach during the procedure may result in erosion of the device into the GI tract.

**CAUTION:** Do not over-dissect the opening. Excessive dissection may result in movement or erosion of the band. A blunt instrument is gently passed through the retrogastric tunnel.



**Figure 11. Placement of the band**

**Introduction and Placement of the Band:** The inflatable band and Access Port are flushed with sterile saline (see "Band Preparation" and "Access Port Preparation"). The band is introduced into the abdomen via a 15 mm or 18 mm trocar. The band is pulled, end plug first, into place around the stomach with the instrument previously placed through the retrogastric tunnel (Figure 11).

The tubing is inserted into the band's buckle. The band is locked in place using atraumatic graspers.

**CAUTION:** Failure to use an appropriate atraumatic instrument to lock the band may result in damage to the band or injury to surrounding tissue.

**Opening or Unlocking the LAP-BAND AP® System:** The LAP-BAND AP® System provides for the re-opening of the band in the case of slippage or malposition. With atraumatic graspers, stabilize the band by grasping the ridge on the back of the band.



**Figure 12. Unlocking the LAP-BAND AP® System**

With the other grasper, pull the buckle tab up (see Figure 12) and slide the tubing through the buckle until there is ample area to adjust the position of the band.

**CAUTION:** Failure to create a new tunnel for the band during repositioning may lead to further slipping.

**Retention Gastro-gastric Sutures:** Multiple non-absorbable sutures are placed between the seromuscular layer of the stomach just proximal and distal to the band. Sutures should be placed from below the band to above the band, pulling the stomach up over the band until the smooth surface of the band is almost completely covered. The tubing and buckle area should not be included in the gastro-gastric interactions (Figure 13).



**Figure 13. Suturing the greater curvature over the LAP-BAND® System and pouch**

**Access Port Placement and Closure:** The band tubing is brought outside the abdomen and is connected to the Access Port. The port is then placed on the rectus muscle or in an accessible subcutaneous site. The tubing may be shortened to tailor the position of the port to the patient while avoiding tension between the port and the band. The two components are joined with the stainless steel tubing connector. Ligatures may be

000029

placed on both tubing ends over the connector. The Access Port is then fixed in place, using suturing or other fixation method. The trocar holes are closed.

## INSTRUCTIONS FOR USE: BAND ADJUSTMENT

The following are general guidelines for LAP-BAND® System adjustments:

1. The initial postoperative adjustment should occur at six weeks or more after placement, when usually 3-4 cc of normal saline would be added.

2. The patient should be reviewed regularly (every 4-6 weeks), depending on patient need, with weight and clinical status measured. If the weight loss has averaged less than 1 lb per week over the period and the patient indicates there is no excessive restriction to eating, a further increment of fluid would be added.

3. Normally, additional fluid would not be added if average weight loss has been greater than 2 lbs per week between visits.

4. If the weight loss averaged between 1 and 2 lbs per week, additional fluid would be indicated if the patient felt he/she could eat too freely or found it difficult to comply with the dietary rules.

5. Fluid would be removed from the system if there were symptoms of excessive restriction or obstruction, including excessive sense of fullness, heartburn, regurgitation and vomiting. If symptoms are not relieved by removal of the fluid, barium meal should be used to evaluate the anatomy.

Prior to doing an adjustment to decrease the stoma, review the patient's chart for total band volume and recent adjustments. If recent adjustments have not been effective in increasing restriction and the patient has been compliant with nutritional guidelines, the patient may have a leaking band system, pouch enlargement or esophageal dilatation due to stomal obstruction, band slippage or over-restriction.

LAP-BAND® System patency can be confirmed by injecting saline into the band system, then immediately withdrawing it. An absence or decrease in fluid volume indicates that a leak in the system may exist. The band may be evaluated for a leak using a radiopaque solution, such as Hypaque or Conray-43, flushing it from the band system after the evaluation. If pouch enlargement or band/stomach slippage is suspected, a limited upper GI with a small amount of barium or gastrografin can be used to evaluate the size of the pouch, the gastric stoma and the position of the band.

CAUTION: Insufficient weight loss may be a symptom of inadequate restriction (band too loose), pouch or esophageal enlargement, and may be accompanied by other symptoms, such as heartburn, regurgitation or vomiting. If this is the case, inflation of the band would not be appropriate.

Excessive restriction may result in a closed stoma. Because of the possible complications that can occur with excessive restriction, a doctor familiar with the adjustment procedure must be available for several days post-adjustment to adjust the stoma in case of an emergency. (See CAUTION after step 10).

Deflation (an increase in stoma size) is considered if the patient experiences frequent episodes of vomiting, is unable to swallow liquids or appropriate foods, or if there are medical indications for increasing nutrient intake. Elective deflation of the band is advisable in the following situations:

• Pregnancy

• Significant concurrent illness

• General anesthesia

• Remote Travel

• Travel to areas where food or water contamination is endemic

WARNING: Esophageal distension or dilatation has been reported and may be associated with stoma obstruction due to incorrect band placement or over-restriction from excessive band inflation. Patients should not expect to lose weight as fast as gastric bypass patients, and band inflation should proceed in small increments. Deflation of the band is recommended if esophageal dilatation develops.

If esophageal dilatation is present, then steps should be taken to identify and resolve the cause(s). Deflation of the band may resolve dilatations that are entirely due to over-restriction. Dietary evaluation and appropriate nutritional counseling regarding correct eating behavior should follow band deflation and precede subsequent gradual re-inflations. Re-inflation of the band should be conducted gradually in small increments over several months. Dietary counseling should be ongoing, and repeat upper GI exams should be done at each band adjustment.

Band deflation may not resolve the dilatation if the stoma obstruction is due to a significant gastric slippage or if the band is incorrectly placed around the esophagus. Band repositioning or removal may be necessary if band deflation does not resolve the dilatation.

### Adjustment of Port Located Within Rectus Sheath and/or Deep Below Adipose Tissue

Access Port Radiographic Profile: The Access Port's white plastic housing is not radiopaque. An ideal overhead view (0°) of the Access Port shows two concentric rings. The Access Port for the LAP-BAND AP® System Standard is identified by a single radiopaque marker, which signifies a fill range of 0 - 10 cc (Figure 14).



Figure 14. Top or bottom x-ray image of the LAP-BAND AP® System Standard Access Port I (left) and Access Port II (right)

The Access Port for the LAP-BAND AP® System Large is identified by two radiopaque markers which signifies a fill range of 0 - 14 cc (Figure 15).



Figure 15. Top or bottom view x-ray image of the LAP-BAND AP® System Large Access Port I (left) and Access Port II (right)

Access ports have been reported to be "flipped" or inverted. If you initially see an oblique or side view (Figures 16 and 17) on x-ray, then either reposition the patient or the x-ray equipment until you obtain a perpendicular, overhead (0°) view. Targeting the port for needle penetration can be difficult if this orientation is not controlled. Be aware that an upside-down (180°) port shows the same image. Figure 18 provides a cross-section view of the LAP-BAND Access Port.



Figure 16. Oblique x-ray (left) and Side x-ray (right) view of Access Port I



Figure 17. Oblique x-ray (left) and Side x-ray (right) view of Access Port II



Figure 18. Cross Section View of the LAP-BAND Access Port

### Steps for Performing an Adjustment

1. Shield the reproductive organs of all patients if using radiology to locate the Access Port.

2. Wash your hands with a germicidal solution. Sterile gloves are advised. Always penetrate the Access Port using aseptic technique.

3. Complete a skin-prep with an antiseptic solution.

4. Locate the Access Port radiologically or by manual palpation.

5. Local anesthesia may be used to eliminate pain during injection.

6. Position the needle perpendicularly to the septum of the Access Port (Figure 19).



Figure 19. Needle and Access Port I (left) and Access Port II (right)

11

000030

CAUTION: When adjusting band volume, the needle must be inserted perpendicular to the Access Port septum. Failure to do so may cause damage to the port and result in leaks.

CAUTION: Use of an inappropriate needle may cause Access Port leakage and require reoperation to replace the port. Do not use standard hypodermic needles as these may cause leaks. Use only LAP-BAND® System Access Port Needles or other 20 or 22 gauge non-coring (only), deflected tip ("Huber tip") needle. Some non-Allergan 'Huber-tipped' needles have been reported to core the Access Port septum. Allergan cannot guarantee that non-Allergan 'Huber-tipped' needles are non-coring to the Access Port septum, therefore the use of Allergan Access Port Adjustment Needles is recommended.

CAUTION: Take care to ensure that the radiographic screen is perpendicular to the needle shaft (the needle will appear as a dot on the screen). This will facilitate adjustment of needle position as needed while moving through the tissue to the port.

7.  When the Access Port is felt, and just prior to penetrating it, you may confirm radiographically that the needle is properly positioned. Attach a syringe to the needle before penetrating the port. A one-way stopcock can be connected to the needle to prevent fluid loss.

CAUTION: Never enter the Access Port with a "syringeless" needle. The fluid in the device is under pressure and could be released through the needle.

8.  Penetrate the Access Port. The port must be penetrated until the needle is stopped by the bottom of the portal chamber. Withdraw some saline to confirm that the bevel of the needle is within the port. If, after penetration, the saline solution cannot be withdrawn or injected, the bevel of the needle may be occluded by the port septum. Try to advance the needle further into the port to the bottom of the portal chamber. If you cannot advance, then re-enter the port with another sterile needle.

CAUTION: Once the septum is punctured, do not tilt or rock the needle, as this may cause fluid leakage or damage to the septum.

9.  To increase stoma size: Taking into account any fluid withdrawn to confirm port penetration, remove fluid to deflate the band and increase the stoma size. Take care to remove only enough fluid to deflate the band; avoid creating a vacuum.

10. To decrease stoma size: Taking into account any fluid withdrawn to confirm port penetration, inject additional saline to further inflate the band and decrease the stoma size.

CAUTION: Important: If fluid has been added to decrease the stoma size, it is important to establish that the stoma is not too small, before discharge. Check the adjustment by having the patient drink water. If the patient is unable to swallow, remove some fluid from the port, then recheck. A physician familiar with the adjustment procedure must be available for several days post-adjustment to deflate the band in case of an obstruction.

## Adjustment Following Significant Weight Loss

Once significant weight has been lost, it may become possible to palpate and locate the Access Port without the use of x-ray. If this is the case, complete all the other steps, skin prep, aseptic technique, etc. An evaluation of the stoma and pouch size is recommended via a gastrografin or limited barium swallow prior to and following adjustments. This is important to avoid inadvertent overinflation of the band and possible stoma obstruction.

## Band Removal/Repositioning

The band can be unlocked, removed and/or repositioned if necessary. The band is usually surrounded by a thin, clear capsule. After entering the abdomen via laparotomy or a laparoscopic approach, cut open the capsule and unlock the band as described previously, reposition the band, and complete the band placement as previously described.

## Medical Imaging

The LAP-BAND® System has been proven to be MRI safe per testing conducted by Allergan when exposed to 3T or lower MRI scans. (Please refer to MRISafety.com for more information).

## No Latex

The LAP-BAND AP® Adjustable Gastric Banding System contains no latex or natural rubber materials.

## Returned Goods Policy

Authorization must be received from your Allergan Account Manager prior to return of the merchandise. Merchandise returned must have all the manufacturer's seals intact to be eligible for credit or replacement. Returned products are subject to restocking charges.

No credit will be issued on marked or damaged boxes with stickers.

## Special Notice

The manufacturer of the LAP-BAND AP® Adjustable Gastric Banding System has designed, tested and manufactured it to be reasonably fit for its intended use. However, the LAP-BAND AP® System is not a lifetime product and it may break or fail, in whole or in part, at any time after implantation and notwithstanding the absence of any defect. Causes of partial or complete failure include, without limitation, expected or unexpected bodily reactions to the presence and position of the implanted device, rare or atypical medical complications, component failure and normal wear and tear.  In addition, the LAP-BAND AP® System may be easily damaged by improper handling or use. Please refer to the adverse events section in this document and to the information for Patients booklet for a presentation of the warnings, precautions, and the possible adverse events associated with the use of the LAP-BAND AP® Adjustable Gastric Banding System.

## Reporting and Return of Explanted Devices

The reason for explantation should be reported and the explanted device returned to Allergan. In the event of such an explanation, please contact Product Support at 800.624.4261 for an explant kit and explant return instructions.

## AUTHORIZED TRAINING PROGRAM AND PRODUCT ORDERING INFORMATION

LAP-BAND® System Placement is an advanced laparoscopic procedure. Surgeons planning LAP-BAND® System placement must participate in a LAP-BAND® System training program authorized by Allergan or an authorized Allergan distributor. This required training program is specific to the Allergan LAP-BAND® System and does not qualify for use with other gastric bands.

For additional information please contact:

Manufacturer
Allergan
Santa Barbara, CA 93111, USA
Tel:  (805) 683-6761
Fax  (714) 796-9308

CAUTION: This device restricted to sale by or on the order of a physician.

U.S. Patents: 5,601,604; 5,658,298.

12

| Symbol | Description |
|---|---|
| STERILE | Sterile, Dry Heat Sterilized, Date of Sterilization, Year & Month |
| ⚠ | Attention! See Instructions for use. |
| ②⃠ | Single Use Only. Do Not Reuse. |
| ⧗ | Use By Year & Month |
| 🏭 | Manufacturer |
| 🏭 | Date of Manufacture, Year & Month |
| SN | Serial Number |
| REF | Catalog Number |
| LATEX⃠ | Contains no latex |
| Rx Only | This device restricted to sale by or on the order of a physician. |

000032



ALLERGAN



Manufacturer

Allergan
Santa Barbara, CA 93111  USA

Tel: (805) 683-6761
Fax: (714) 796-9308

www.allergan.com
www.lapbandcentral.com

L013 Rev.08   11/2011

ALLERGAN and the Allergan Corporate Signature logo are trademarks of Allergan, Inc.
® marks owned by Allergan, Inc.  All rights reserved. © 2011 Allergan, Inc., Irvine, CA

404

000033

Exhibit "C"

000034

# PAST HISTORY QUESTIONAIRE
***PLEASE ANSWER ALL QUESTIONS***

## MEDICAL/SURGICAL HISTORY

| Do you have now or have you had: | YES | NO |
|---|---|---|
| High Blood Pressure | ☐ | ☑ |
| Diabetes/High Blood Sugar | ☐ | ☑ |
| Sleep Apnea | ☐ | ☑ |
| If YES, Are you using CPAP | ☐ | ☐ |
| Asthma | ☐ | ☑ |
| Seizures | ☐ | ☑ |
| Stroke or Mini Stroke | ☐ | ☑ |
| Heart Attack/Angina | ☐ | ☑ |
| Pacemaker | ☐ | ☑ |
| Heart Murmur/Palpitations | ☐ | ☑ |
| Kidney or Bladder Problems | ☐ | ☑ |
| Hepatitis or Liver Disease | ☐ | ☑ |
| Bowl Disease or Colitis | ☐ | ☑ |
| Artificial Heart Valve | ☐ | ☑ |
| Allergic reaction to Local Anesthesia | ☐ | ☑ |
| Cancer | ☐ | ☑ |
| If YES, please specify: | | |

### WOMEN

| | | |
|---|---|---|
| Any children, If YES, then how many | ☐ | ☐ |
| Method of delivery | Natural | C-section |
| Did you breast feed | ☐ | ☐ |
| Are you planning to have more children | ☐ | ☐ |

## PLASTIC / RECONSTRUCTIVE SURGERY

| | | |
|---|---|---|
| Are you interested in breast lift/reduction* | ☑ | ☐ |
| Are you interested in removal of excess skin in the abdomen* | ☑ | ☐ |

*Often covered by your Insurance

## CHIROPRACTIC / ORTHOPEDIC

Do you have pain in years: (Please circle)
Neck   Shoulders   Upper Back   Wrists   Head Region
Mid Back   Low Back   Hips   Knees   Ankles   Feet

Do you have pain when: (Please circle)
Standing   Walking   Sitting   Lifting   Carrying
Bending   Twisting   Stooping   coughing   Sneezing

Does it interfere in your life activities _____

| | | |
|---|---|---|
| Have you ever received chiropractic therapy | ☐ | ☐ |
| Have you ever been diagnosed with a particular condition? | | |
| If YES, please specify: | ☐ | ☐ |

## DERMATOLOGIC HISTORY (Skin)

| Do you have now or have you had: | YES | NO |
|---|---|---|
| Keloids (Hypertrophic Scars) | ☐ | ☑ |
| Cold Sores/Herpes/Infections | ☐ | ☑ |
| Abnormal Moles | ☐ | ☑ |
| Precancerous Spots | ☐ | ☑ |

## FAMILY HISTORY

Do you have a family history of:

| | YES | NO |
|---|---|---|
| Heart Disease | ☑ | ☐ |
| Diabetes | ☐ | ☑ |
| Allergic reaction to Local Anesthesia | ☐ | ☑ |
| Cancer | ☑ | ☐ |

If YES, please specify: father had heart disease

## PODIATRY

| | | |
|---|---|---|
| Do you have flat feet | ☐ | ☑ |
| Do you pain in your feet or ankles | ☐ | ☑ |
| Do you have pain when walking | ☐ | ☑ |
| Do you have bunions | ☐ | ☑ |
| Do you have hammer toes | ☐ | ☑ |
| Do you have bone spurs | ☐ | ☑ |
| Do you have ingrown toe nails | ☐ | ☑ |
| Do you have fungal / thick toe nails | ☐ | ☑ |

## UROLOGIST / GYNECOLOGIST

| | | |
|---|---|---|
| Do you have urinary incontinence | ☐ | ☑ |
| Do you have bladder control problems | ☐ | ☑ |
| Do you take irregular monthly bleeding | ☐ | ☑ |
| Do you feel pelvic looseness/laxity after childbirth | ☐ | ☑ |
| Do you have any pelvic pain | ☐ | ☑ |
| Do you desire permanent sterilization | ☐ | ☐ |

## HEALTH RISKS

| | | |
|---|---|---|
| Do you smoke? | ☐ | ☑ |
| How long have you smoked? _____ | | |
| Are you still smoking? | ☐ | ☐ |
| Have you ever been a smoker? | ☐ | ☑ |
| Do you drink alcohol (any)? | ☐ | ☑ |
| How Often? _____ | | |
| Do you take any drugs? | ☐ | ☑ |
| Have you taken any drugs? | ☐ | ☐ |
| If YES, what kind/type? | | |

| ALLERGIES | MEDICATIONS | PREVIOUS SURGERIES |
|---|---|---|
| Are you sensitive/allergic to any oral medications? Please list | List all medications you are taking including any over the counter herbals or vitamins | (Please list all surgeries and date performed) |
| None | None | hysterectomy 5/08 |

000039

2

100

Exhibit "D"

000036

# BARIATRIC SURGERY
### History & Physical Examination Form

Date: 5/20/11   Facility: ☐ BH ☐ MB ☐ VLEM ☒ OC ☐ VN ☐ SB ☐ LB ☐ AV ☐ BK ☐ BD

Treating Surgeon: ☐ Geg ☐ Maden ☐ Samonha ☒ Dumont ☐ Azizi

Patient Name: Popeski, Paula   55   DOB: 12/15/55
Med. Hx:
Surg. Hx: Hysterectomy, TA
Meds:
Smoke: ∅   ETOH: ∅   Drugs: ∅   Allergies: NKDA
History of Present Illness:
Obesity for 10 years

Height: 5'4"   Weight: 185   lbs   BMI:

Blood Pressure: 205/119   Pulse: 93   Respiration: 13   Temp: 98

### Physical Examination
| | | |
|---|---|---|
| HEENT | N ABN DF | |
| HEART | N ABN DF | |
| LUNGS | N ABN DF | |
| BREASTS | N ABN DF | |
| ABDOMEN | N ABN DF | |
| GU | N ABN DF | |
| EXT | N ABN DF | |
| MENTAL | N ABN DF | |
| NEURO | N ABN DF | |

Physical Exam: Soft, Obese
Results Imaging Studies:
US: Gallstones   Yes   No
UGI: Hiatal Hernia   Yes   No
Laboratory Data: Normal   Abnormal (specify) _____
EKG:   NSR   Other (specify) _____
CXR:   Normal   Other (specify) _____
Plan: Proceed with Laparoscopic Adjustable Gastric Banding.

PREOPERATIVE DIAGNOSIS:   Morbid Obesity   ICD-9   27801
PROPOSED PROCEDURE: Laparoscopic Adj Gastric Banding   CPT   43770
☐ Alternatives, risks & benefits of surgical procedure have been explained to the patient.

Physician Signature: _____   Date: 5/30/11

ROS
#### HEAD
☐ Headache
☑ Visual Field Defect
☐ Other
#### CARDIAC
☐ Chest Pain
☐ History of MI
☑ Arrhythmia, palpitations
☐ History of PTCA
☐ Other
#### RESPIRATORY
☐ Cough
☐ Asthma
☑ Hemoptysis
#### GI
☐ Hernia
☐ Heartburn
☑ Constipation
☐ Diarrhea
☐ Other
#### GU
☐ Frequency
☐ Dysuria
☑ BPH
☐ Other
#### Hematology
☐ Easy bruising
☐ Aspirin
☑ Anticoagulation
☐ Other
#### Endocrine
☐ Cold/Hot intolerance
☐ Diabetes
☑ Hypothyroidism
☐ Other
#### Integument System
☐ Arthritis
☑ Back pain
☐ Hx of fractures
☐ Other
#### Psychiatric
☐ Depression
☑ Anxiety
☐ Other

000025

Exhibit "E"

000038

**Weight Loss Centers** — **New Patient Information**
Laparoscopic Bariatric & General Surg.

Today's Date: _5 01 11_  Name: _PAULA Rojeski_  Age: _55_  DOB:_12/18/55_

Insurance companies request the period you have been engaged in attempts to lose weight and professionals you may consult.

| Programs | Year | Wt. lost | Weight Regained | Length of Program | Est. Cost |
|---|---|---|---|---|---|
| Weight Watchers | | | | | |
| Slim Fast | | | | | |
| Atkins / Low Carb Diet | | | | | |
| The Zone | | | | | |
| Nutrisystem | 2000 | 8 | all | 2mo | $400 |
| South Beach Diet | | | | | |
| Calorie Cutting | | | | | |
| Gym/Exercise program | | | | | |
| Lindora | | | | | |
| Herbal Life | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Xenical / Alli | | | | | |
| Meridia | | | | | |
| Optifast | | | | | |
| Phen-Fen | 2001 | 76 | 76 | 1yr | $1,000 |
| Phentermine/Adipex | | | | | |
| Other: | | | | | |

| Life Event | Age | Weight (in lbs) |
|---|---|---|
| Start of High School | 13 | 80 ? |
| Weight at Age 18 | 18 2 | 145 |
| Lowest Weight in Past 5 Years | | 135 |
| Highest Weight in Past 5 Years | | 185 |
| Largest Weight Loss | | $ 76 lbs |

Exhibit "F"

000040

## ANESTHESIA PRE AND POST OPERATIVE EVALUATION

DATE: _Oct 4/y_   TIME: _0820_   AGE: _55_   HT: _5'4_   WT: _182_   SEX: M (F)

DOB: _12/15/55_     DX:

OPERATION: [X] UPPER ENDOSCOPY
[ ] COLONOSCOPY

### MEDICAL HISTORY

| | |
|---|---|
| ALLERGIES: NKDA | NEURO: Ø |
| EGGS/SOY/LATEX ALLERGY: Ø | CARDIOVASCULAR: Ø |
| TOBACCO: Ø | RESPIRATORY: Ø |
| ETOH: Ø | RENAL: Ø |
| DRUG USE: Ø | HEPATIC: Ø |
| CURRENT MEDICATIONS: Ø | DIABETES [80-120 reference]: Ø |
| (include vitamins & non-rx) | MUSCULO-SKELETAL: Ø |
| | BLOOD CLOTS / BLEEDING DISORDERS: Ø |
| Aspirin consumption: Ø | CANCERS: Ø |
| | OTHER: |

### PREVIOUS ANESTHETICS

_Hysterectomy_

### PHYSICAL EXAMINATION

BP (1) 165/112   (2) 156/86   P 79   R 16   T 97.4   O2 94 %RA

HEART: WNL / Other _____
LUNGS: WNL / Other _____   MENTAL STATUS: WNL / Other: _____
AIRWAY: WNL / Other _____   TEETH: WNL / Other _____
ABD: WNL / Other _____   PAIN ASSESSMENT: Ø   Functional Pain Level: _____   Aldrette Score PREOP: _____

### PLAN:   GENERAL T.I.V.A. (Total Intravenous Anesthesia)   LOCAL

NPO SINCE: _0603/11 12pm_   NURSE SIGNATURE: _____

ASA: I  II  III   _MP I_

Plan of Anesthesia Explained to Pt:   NO [X]  _____

Discussion of Risks / Alternatives & Complications of Anesthesia to Pt:

NO [X]

Date/Time: _6/4/11_   _816_   Anesthesia Providers Signature: _____

### POST OPERATIVE EVALUATION

Satisfactory: YES   NO   Complications – specify: Ø

Comments / Follow-up: _____

[X] The patient has fully recovered from the effects of anesthesia. He/she has been seen and evaluated by the anesthesia provider, and has noted the absence of any anesthesia related complications. The patient is clear for discharge.

Date/Time: _6/4/11_   _1000_   Anesthesia Providers Signature: _____

PT NAME:   ROJESKI, PAULA #236560
DOB:   DOB:12/15/1955
PHYSICIAN:   DR.AU
DOS:   DOS:06/04/2011
LOCATION:   MODERN INSTITUTE-DOHENY

000061
52

Exhibit "G"

000042

## INITIAL PREOPERATIVE EVALUATION

| Rojeski,Paula #23656D | | | Sex:Female | | Age: 55 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DOB: | Date: | HR:79 | RR:16 | OS:97% | T :98 | | **WEIGHT IN LBS. :** | | 182 |
| 12/15/1955 | 6/4/2011 | | | | | | **HEIGHT IN FT. :** | | 5 |
| BP(Previous) | BP(Current ) | | | | | | **HEIGHT IN INCH. :** | | 4 |
| 180/111 | 165/112 | | | | | | **BMI :** | | 31.24 |

**SUBJECTIVE / HPI**
Last physical done: 3mo

**PAST MEDICAL HISTORY:** Denies PMH
**PAST SURGICAL HISTORY:** Hysterectomy
    **COLONOSCOPY:**

**MEDICATIONS:** Denies Meds.

**ALLERGIES:** NKDA  Drug Allergy:  Seasonal Allergy:
**SOCIAL HISTORY:** Smoke: Denies  Drinking: Denies  ILLICIT DRUGS: Denies
**SOCIAL OCCUPATION :**
**SLEEP PATTERN:** Loud Snoring  SLEEPING PILLS :
**FAMILY HISTORY: MOTHER :** Non Contributory  CANCER : Other
    **FATHER :** Non Contributory  CANCER : other
**REVIEW OF SYSTEMS:**
**NEURO:** Denies
**CARDIOVASCULAR/LUNG:** Denies and (Able to walk 2 block or climb 2 flight of stairs with out chest pain or SOB)
**GI/GU/LIVER:** Denies
**ENDOCRINE:** Denies
**MUSCULAR / SKELETAL :** Denies
**PHYSICAL EXAMINATION:**
**GENERAL: NAD**
**SKIN : SKIN :** Moist , Intact and No rash   **SKIN BRUISING :   SKIN RASH:   SKIN LESION:   SKIN SCAR:**
**HEENT: NC/AT, PERRLA, EOMI,** Anicteric Sclera. No Change in vision and Onithpharynx normal
**BREAST:** Defered
**HEART:** Regular rate and Rhythm and S1 S2
**LUNG:** Clear to auscultation b/l
**ABDOMEN :** Soft, Non Tender to palpation and NABS(Normal active bowel sounds)
**EXTREMITY:** No Cyanosis, No Edema, No Clubbing and Pulses Normal (DP/AT, BR/RA)
**ROM: UE / LE:** Normal ROM  **CERVICAL:** Normal ROM  **LUMBAR:** Normal ROM
**NEUROLOGICAL EXAM:**
**MENTAL STATUS:** Awake, Alert, Oriented X3 and Normal mood and affect
**CRANIAL NERVES: II - XI1** Grossly Intact
**MOTOR: 5/5** Bilateral UE  & LE, No Abnormal Movements and Normal Tone
**SENSORY: 5/5** Bilateral UE & LE, Intact to light touch and Gait Normal   DTR : UE : +2   LE: +2
**EDUCATION:** Exhaular, Alcohol / illicit drugs, Therapeutic Exercises, Smoking, Weight Control, Safety driving and Nutrition / Supplements
**SUMMARY CHECKLIST OF RISK FACTORS**
Age female >55, Male >45, Morbid Obesity and HTN
**RECOMMENDATIONS**
**MEDICATION to cont on the day of surgery :**

**MEDICATION to hold before the surgery :** Ismopril/hctz
**TEST / STUDIES TO ORDER : Stress/Echo test**

**COMMENTS :**
ECG Sinus bradic@65BPM
Pt started on Lisinopril HCTZ 10/12.5 PO OD for HTN, flu in 2w
Stress echo is recom
Pt risks, stress studies and stress echo for final recommendation/clearance.

Physician: _____   Date _____ 6/4/11

Armen Kempegian, MD

108

Exhibit "H"

000044

## HISTORY & PHYSICAL EXAMINATION FORM

Date: _____

Facility: _____
Treating Surgeon: _____

Patient Name: _____     DOB: _____
History of Present Illness: _____

Medical HX: _____

Surgical HX: _____

Dental: _____
Current Meds: _____
Smoke: _____     ETOH: _____     Drugs: _____     Allergies: _____
Family History: _____

General Exam:

| | | | |
|---|---|---|---|
| HEENT | N | ABN | DF |
| HEART | N | ABN | DF |
| LUNGS | N | ABN | DF |
| BREASTS | N | ABN | DF |
| ABDOMEN | N | ABN | DF |
| GU | N | ABN | DF |
| EXT | N | ABN | DF |
| MENTAL | N | ABN | DF |
| NEURO | N | ABN | DF |

PREOPERATIVE DIAGNOSIS: _____ R/O. GLK _____

ICD – 9: _____

PROPOSED PROCEDURE: _____ EGD _____

CPT: _____

☐ Alternatives, risks (including death) & benefits of the surgical procedure have been explained to the patient.

Physician Signature: _____     Date: 6/4/1

| ROS |
|---|
| **HEAD** |
| ○ Drooping of Forehead |
| ○ Drooping of Upper Eyelid |
| ○ Visual Field Defect |
| ○ Hx of Facial Fracture |
| ○ Difficulty Breathing |
| ○ Deviated Septum |
| ○ Recurrent Sinus Infection |
| ○ Other: |
| **MUSCULOSKELETAL** |
| ○ Neck Pain |
| ○ Shoulder Pain |
| ○ Shoulder Grooving |
| ○ Upper Back Pain |
| ○ Lower Back Pain |
| ○ Other: |
| **BREAST** |
| ○ Tender to Palpation |
| ○ Glandular Breast Tissue |
| ○ Breast Pain |
| ○ Breast firmness or asymmetry |
| ○ Inverted Nipple |
| ○ Capsular |
| ○ Skin Fold Infection / Irritation |
| ○ Last Mammogram |
| **ABDOMEN** |
| ○ Hernia |
| ○ Skin Fold Irritation |
| ○ Skin Fold Infection |
| ○ Redundant/Excessive Skin |
| ○ Panniculitis |
| ○ Other: |
| **INTEGUMENT SYSTEM** |
| ○ Painful Scar |
| ○ Lipoma |
| ○ Skin Lesions |
| ○ Skin Tags or Moles |
| ○ Other: |
| **OTHER** |

PT NAME: ROJESKI, PAULA #236560
DOB: DOB:12/15/1955
PHYSICIAN: DR.AU
DOS: DOS:06/04/2011
LOCATION: MODERN INSTITUTE-DOHENY

000045
60

Exhibit "I"

000046

**FOLLOW UP VISIT**

| Patient Name | | | | OM ✓ | Age | DOB | | Date |
|---|---|---|---|---|---|---|---|---|
| Kujeski  Paula | | | | | 55 | 12 15 55 | | 6 25 11 |
| BP 149 | HR 103 | RR 76 | Temp 90 | O2% | T  P | Ht 5'4 | Wt 107. | BMI 32.09. |

Reason of visit: ___ 45N

CC ___

**SUBJECTIVE/HPI:** Pt 59 y/o SS40 ♀ with Headache, Obesity
presented for as improvement
Pt was started on lisinopril BCO2 10/12.5
2 weeks ago.
This AM Pt did not take her meds.

**HEALTH MAINTENANCE**   Colonoscopy ___   PAP smear ___   Mammogram ___

**ALLERGIES:** NKDA   Drug allergy ( PCN, Sulfa, Codeine, ___ ), Seasonal allergy ___

**MEDICATIONS:**

| | | | | |
|---|---|---|---|---|
| Lisinopril HCTZ | | 10/12.5 PO daily | | |

Vit ___   Herbal ___   unknown med   ☐ Denies Meds

**REVIEW OF SYSTEMS:**
**NEURO:** Headache, : Anxiety,  Memory difficulty,   Weakness, : ___
**CARDIOVASCULAR/LUNG:** : Chest pain, _ Palpitation, ' SOB,  Cough, _
[ Able . Unable to walk 2 blocks or climb 2 flights of stairs with out chest pain  or SOB] [   SOB with Exercise ]
**GI/GU LIVER:** : N/V, . Diarrhea : Constipation, : Incontinence, ' : Blood in stool/urine, . Urinary problems, ___
**ENDOCRINE:** Change in appetite, . Hot or ' Cold intolerance, ___
**MUSCULAR / SKELETAL:** : Back pain, . : Knee pain, . Neck pain, . Hip pain, : Joint Swelling,   Joint pain, ___

**PHYSICAL EXAMINATION:**
**GENERAL:** : NAD, : : mild distress, . : Confusion, ' Abn Posture, . ___
**SKIN:** Moist, intact, : No Rash . : Bruising _____ : Rash _____
**HEENT:** PERRLA,  EOMI, : Anisteria Sclera, No change in vision,   Double vision   Blurry vision . , Oral/pharynx normal
**BREAST:** Deferred . Denies nipple discharge   symmetrical   Breast Pain   mass
**HEART:** Regular rate and rhythm . : S1/S2,  Tachycardia, : Bradycardia, ___
**LUNG:** Clear to auscultation bil  . Wheezing,   Rales,  Ronchi,  Decreased BS
**ABDOMEN:** Soft, : Non tender to palpation, sound BS, : Obese,  Tender,  Guarding, . Rebound, ' Mass   Scars ___
**EXTREMITY:** No cyanosis, : No Edema, : Edema___ : No clubbing, : Pulses normal ( DP/ AT, BR/RA)   Pulses decreased ___
**ROM: UE / LE:** Normal ROM    Decreased ROM , CERVICAL:  Normal ROM    Decreased ROM,  LUMBAR:  Normal ROM . , Decreased ROM

**NEUROLOGICAL EXAM:**
**MENTAL STATUS:** Awake,  Alert,  Oriented x3,  Normal mood and affect, . Lethargic,  Slurred speech,   Hallucination  . Flat affect
**CRANIAL NERVES:** II- XII grossly intact, ___
**MOTOR:** 5/5 bilateral UE & LE , . No abnormal movements,  Normal tone
**SENSORY:** 5/5 bilateral UE & LE , intact to light touch, . abnormal on ___
Gait normal,  Gait abnormal     DTR: UE: 2+ ___   LE: 2+ ___

000095

112

ASSESSMENT & TREATMENT PLAN

① HTN - acceptable control, Pt is checking
DR daily at home in 120-125/80-85 range
- Cont Lisinopril HCOZ
- f/u in 2 months

② U/S finding - 2cm echogenic calcified
lesion
- CT abd/spleen

EDUCATION: . Behavior, . Alcohol / Illicit Drug,  Therapeutic Exercises,  Smoking, , Weight Control,  Safety driving,  : Nutrition/ Supplements

DIAGNOSTIC WORK UP

CBC   ·CMP   PT/PTT   ( : Lipid profile   HCV   HIV   , EKG   CXR   US   TSH   CT spleen

CONSULTATIONS

RETURN VISIT  after  CT report

COMMENTS _____

_____

_____

_____

Physician Signature: Armen Karapetyan, MD _____

DATE  6/25/11

000095

113

Exhibit "J"

000049

DEA # FK1541110                                    LIC # A107131

Arman F. Karapetyan, MD
WEIGHT LOSS CENTERS
9001 Wilshire Blvd., Suite 106
Beverly Hills, CA 90211

\*\*\*

Phone:(310)927-2371                          Fax:(310)388-3193

Name: Pauer Rojerki          Age: 55

Date: 8/9/11

Cardiac PET scan.

Pt had a ischemic
stress test.

Preop eval for
Bariatric surgery.

A. Karaf

000059

115

Exhibit "K"

000051

SEP-07-2011(WED) 15:28                                                    P. 001/003

# MISSION INTERNAL MEDICAL GROUP, INC.

MISSION INTERNAL MEDICAL GROUP, INC.

**CHIEF EXECUTIVE OFFICER**
Dennis A. Weln, MBA

**CHIEF OPERATING OFFICER**
Teresa A. Wheat, MHA

**CHIEF FINANCIAL OFFICER**
Wing Choi, CPA

**INTERNAL MEDICINE**
[names illegible]

**UROLOGY**
[names illegible]

**CARDIOLOGY**
[names illegible]

**PULMONARY/CRITICAL CARE**
[names illegible]

**GASTROENTEROLOGY**
[names illegible]

**INTERNAL MEDICINE/NEPHROLOGY**
[names illegible]

**ARTHRITIS & RHEUMATOLOGY**
[names illegible]

**NEUROLOGY**
[names illegible]

**RHEUMATOLOGY**
[names illegible]

Date: 9-7-11

Attn: Dr. Lee / Erica   F-866-584-3074

From: Maya - Dr. Miyamoto

Pages faxed (including cover page): 3

Message:

re: Paula Dajeski
DOB 12-15-55

Thank you.

Please deliver these pages to the individual names above.
If you do not receive all the pages or have difficulty reading the transmission, please telephone (949) 364-3388 assistance. If a return transmission is necessary, our FAX number is (949) 364-5026.
The medical information in this FAX message is confidential and privileged. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or intended recipient's agent, you are hereby notified that you have received this FAX message in error and that the review or further disclosure of the information contained therein is strictly prohibited. If you have received this FAX in error, please notify us immediately at the telephone number indicated above.

26800 CROWN VALLEY PARKWAY • SUITE 120 • MISSION VIEJO, CA 92691 • Telephone: 949/364-3388 • FAX: 949/364-5026

000062
106

SEP-07-2011(WED) 15:28

P 002/003



**MISSION INTERNAL MEDICAL GROUP, INC.**

Date: 9-6-11

To: Dr. Lee

Armando
(310) 497-2494

Re: Paula Rojeski   DOB 10-15-55

The above patient IS / IS NOT cleared for surgery, from a cardiac perspective.

The following are recommended ONLY IF CHECKED:

☐ Cardiac anesthesia

☐ Postoperative telemetry monitoring

☐ May discontinue antiplatelet/anticoagulant medications preoperatively

    Notes:

☐ Prophylactic antibiotic therapy

    Notes:

Additional Notes:

Michael Miyamoto, M.D.



Exhibit "L"

000055

## BARIATRIC SURGERY
## History & Physical Examination Form

Date: 09/08/11     Facility: ☐ BH ☐ WH ☐ VL/PM ☐ OC ☐ WE ☐ SR ☐ LB ☐ AV ☐ BK

Treating Surgeon: ☐ Madan   ☐ Gee   ☐ Tashjian

Patient Name: _____   DOB _____

Med. Hx: HTN
Surg. Hx:
Meds: Systems Tbh
Smoke: _____ ETOH: _____ Drugs: _____ Allergies: A.K.A
History of Present Illness: _____

Height _____ lbs  Weight _____ lbs  BMI _____

**Physical Examination:**

| | | |
|---|---|---|
| HEENT | (N) ABN | DF |
| HEART | (N) ABN | DF |
| LUNGS | (N) ABN | DF |
| BREASTS | N  ABN | DF |
| ABDOMEN | N  (ABN) | DF |
| GU | (N) ABN | (DF) |
| EXT | (N) ABN | DF |
| MENTAL | (N) ABN | DF |

Physical Exam:

**Results Imaging Studies:**
US:  Gallstones       Yes   No
UGI: Hiatal Hernia    Yes   No
Laboratory Data: Normal  Abnormal (specify) _____
EKG:   NSR        Other (specify) _____
CXR:   Normal     Other (specify) _____

Plan: Proceed with Laparoscopic Adjustable Gastric Banding.

PREOPERATIVE DIAGNOSIS: Morbid Obesity                    ICD-9   278.01
PROPOSED PROCEDURE: Laparoscopic Adj Gastric Banding      CPT     43770
☐ Alternatives; risks (including death) & benefits of the surgical procedure have been explained to the patient.
Physician Signature: _____  Date: 9/8/11

**ROS**

**HEAD**
☐ Headache
☐ Visual Field Defect
☐ Other:

**CARDIAC**
☐ Chest Pain
☐ History of MI
☐ Arrythmia, palpitations
☐ History of PTCA
☐ Other:

**RESPIRATORY**
☐ Cough
☐ Asthma
☐ Hemoptysis

**GI**
☐ Hernia
☐ Heartburn
☐ Constipation
☐ Diarrhea
☐ Other:

**GU**
☐ Frequency
☐ Dysuria
☐ BPH
☐ Other:

**Hematology**
☐ Easy bruising
☐ Aspirin
☐ Anticoagulation
☐ Other:

**Endocrine**
☐ Cold/Hot intolerance
☐ Diabetes
☐ Hypothyroidism
☐ Other:

**Integument System**
☐ Arthritis
☐ Back pain
☐ Hx of fractures
☐ Other:

**Psychiatric**
☐ Depression
☐ Anxiety
☐ Other:

NAME:        ROJESKI, PAULA #236560
DOB:         12/15/1955
DOCTOR:      DR. GEE
DOS:         09/08/2011
LOCATION:    VALLEY SURGICAL CENTER

Exhibit "M"

000057

## ANESTHESIA PRE AND POST OPERATIVE EVALUATION

| DATE 9/8/11 | TIME 0745 | AGE 55 | HT 5'4 | WT 186 | SEX M (F) |

DOB: 12/15/55    DX: MORBID OBESITY    OPERATION: LAPBAND PROCEDURE Possible liver Biopsy

### MEDICAL HISTORY
ALLERGIES: NKDA
EGGS/SOY/LATEX ALLERGY: Θ
TOBACCO: Θ
ETOH: Θ
DRUG USE: Θ
CURRENT MEDICATIONS: LISINOPRIL
(include Vitamins & Non-Rx):

Aspirin consumption Θ

NEURO: ANXIETY
CARDIOVASCULAR: HTN
RESPIRATORY: Θ
RENAL: Θ
HEPATIC: Θ
DIABETES [ Reference 80-120]: Θ
MUSCULO-SKELETAL: Θ
BLOOD CLOTS / BLEEDING DISORDERS: Θ
CANCERS: Θ
OTHER: Θ

### PREVIOUS ANESTHETICS   HYSTERECTOMY, EGD, TONSILECTOMY   Θ COMPLICATIONS

### PHYSICAL EXAMINATION   BP 113/68   P 67   R 18   T 97.8   O2 99 %RA
HEART _____
LUNGS _____   ABD _____
AIRWAY _____   TEETH _____

MENTAL STATUS _____   PAIN ASSESSMENT _____
OTHER   FUNCTIONAL PAIN LEVEL _____

LABORATORY: ECG 2 Otherwise obg-WB
HCT/HGB: _____   ELECTROLYTES: Na 134
HEP C / HIV: _____   K 4.5
EKG / CXR: _____   Cl 10

Ca2 _____
Bun/Cr _____
Glucose _____

ALDERETE SCORE _____
Urine _____
OTHER: _____

PLAN:   GENERAL
NPO SINCE: 1800   a) _____ n
ASA: 3

NURSE SIGNATURE: _____

Plan of Anesthesia Explained to Pt:   NO  YES
Discussion of Risks / Alternatives & Complications of Anesthesia to Pt:   NO  YES
Date/Time: 9/8/11   Anesthesia Providers Signature: _____

### POST OPERATIVE EVALUATION:
Satisfactory   YES   NO   Complications – specify: _____
Comments / Follow-up: _____

[   ] patient has fully recovered from the effects of anesthesia. He/she has been seen and evaluated by the anesthesia provider, and has met the criteria of any anesthesia related complications. The patient is cleared for discharge.

Date/Time: _____   Anesthesia Providers Signature: _____

NAME:       RONZEL, PAULA #236569
DOB:        12/15/1955
DOCTOR:     DR. GEE
DOS:        09/08/2011
LOCATION:   VALLEY SURGICAL CENTER

0000384

123

Exhibit "N"

000059

(TO BE SIGNED BY PATIENT UPON RECEIPT OF THIS BOOKLET AND STORED IN THE PATIENT FILE)

My surgeon has given me the booklet "The LAP-BAND® System, Surgical Aid in the Treatment of Obesity, A decision guide for adults" for my use before my surgery.

Paula Rojeski
_____          6/4/11
Patient Signature                                        Date

PAULA ROJESKI
_____
Patient Name Printed


_____          _____
Surgeon Signature                                       Date


_____
Surgeon Name Printed


LAP-BAND.

29

000064

(TO BE SIGNED BY PATIENT AFTER HE OR SHE HAS READ THIS BOOKLET AND STORED IN THE PATIENT FILE)

I have read the booklet, "The LAP-BAND" System, Surgical Aid in the Treatment of Obesity. A decision guide for adults" and understand the risks that it describes. I understand the potential problems described and the symptoms and conditions that may not make the LAP-BAND" System right for me. I have discussed the risks with my surgeon, and I know and understand that not all risks connected with this product can be predicted. I acknowledge that there can be serious risks even with the best medical manufacturing, technology, and surgical care. I fully accept the risks and possible problems associated with the LAP-BAND" System procedure and believe that the benefits of the device and procedure outweigh the risks. I take full responsibility for my choice and choose to proceed with the LAP-BAND" System surgery.

_Paula Rojeski_ _____     6/4/11
**Patient Signature**                                        **Date**

_PAULA RoJESKI_ _____
**Patient Name Printed**

_____     _____
**Surgeon Signature**                                        **Date**

_____
**Surgeon Name Printed**

 LAP-BAND

31

0000645

## Before your surgery

### Initial meetings with surgeon and other experts

Before your surgery, you should talk about the procedure in detail with your surgeon. Your surgeon may also want you to meet with other experts. They can help you understand what will happen during and after the operation. These experts might include:

- A dietician (someone who specializes in diet and nutrition)
- A physical therapist (someone who specializes in helping the body move and function well)
- A psychologist (someone who specializes in evaluating and improving emotional well-being)
- Other specialists

### Presurgical meeting with surgeon and anesthetist

You will discuss your entire medical history with your surgeon and anesthetist. This includes current and past medical conditions, illnesses or injuries, as well as allergies to medications. You will also have the chance to get answers to all of your specific questions regarding the LAP-BAND* System and your surgery. It is important for you to disclose all of your health conditions and to answer all the surgeon's questions thoroughly and to the best of your ability. Your surgeon can make the best decisions for you when he or she knows your complete health profile.

## Getting ready for your surgery

### Medical tests

You will need to have many tests before your surgery. These are to make sure you are healthy enough for the surgery. These tests may include a chest X-ray, blood pressure, and blood and other tests.

### Get the things you'll need

As your surgery date gets near, you'll want to collect some of the things you'll need after the surgery. Your surgeon will provide you with a complete list. Some things you'll want with you include:

- Comfortable, loose-fitting clothes such as a sweat suit, slip-on shoes, pajamas/nightgown, robe, slippers, and toiletries if staying overnight in the hospital or surgical center
- A small, soft pillow to cushion your lap from the car seatbelt on the ride home
- A complete list of your current medications and 2 days' supply of each one
- Some magazines and books
- Your insurance and other key information together in an envelope

Things you'll want at home include:

- Supply of ice chips for sipping
- Consommé (beef, chicken, or vegetable broth with no added vegetables or meat)
- Skim milk
- Sugar-free popsicles and fruit juice

### Having your surgery

### The day before your surgery

Your surgeon will provide a complete list of instructions to help you get ready. For example, he or she might tell you that you shouldn't eat or drink anything starting at midnight before the morning of your surgery.

## Arriving at the hospital or surgical center

You'll go to the hospital or surgical center either the day before your surgery or the morning of your surgery. Most surgeons ask you to arrive well in advance of the time of your procedure. The surgeon or someone from the surgeon's team will meet with you, and nurses will help you get ready.

You should also bring an adult who will stay with you until the surgery is completed.

### Having the surgery

When it is time for the surgery, you will receive general anesthesia. This will relax your muscles and make you become unconscious so that you will not feel any pain during your surgery. You may be in the operating room for 2 or 3 hours, but the actual procedure typically takes about half an hour to an hour.

Most surgeries are completed using the laparoscopic procedure explained on page 0. Sometimes, however, the surgeon may need to change to an open procedure during the surgery. In an open procedure, the surgeon will make a larger incision in the abdomen to perform the operation.

If you have an open procedure, you will need to stay in the hospital or surgical center longer because there could be more problems. It will also take more time for you to get back to your normal routine.

In the US clinical study of morbidly obese adults in 1998 to 2001, about 5% of the patients were switched to an open procedure after laparoscopic surgery started. No patients in the US clinical study of obese adults in 2007 to 2009 were switched to an open procedure.

19

000062

## 1. Are You Eligible?

The LAP-BAND® System is not right for everyone. Achieving success with the LAP-BAND® System requires a lifetime commitment to changing your eating habits, a commitment which is very hard to make and at which not everyone succeeds. Here are the guidelines your surgeon will use to determine if you are eligible for it.

**Indications (things that make you a good candidate for the LAP-BAND® System):**

These are the factors your surgeon will consider when deciding if you are a good candidate for the LAP-BAND® System. Even if you meet all of these criteria, your surgeon may still recommend a different treatment option.

✓ You are at least 18 years old.

✓ Your body mass index (BMI) is 30 or higher and you have a health problem related to your weight. Or your BMI is 40 or higher. (See the explanation of BMI on page 7).

✓ You have tried hard to lose weight but have only had short-term success.

✓ You do not have a disease that may have caused you to be overweight.

✓ You are prepared to set a lifetime goal to make drastic, challenging, permanent changes to your eating habits and lifestyle.

✓ You are willing and able to return to your doctor for follow-up visits and band adjustments.

✓ You understand the information in this booklet and other information shared by your surgeon.

You must talk to your surgeon about all of these factors, especially if there are any that you do not understand fully.

**Contraindications (factors that make you a poor candidate for the LAP-BAND®)**

Many factors can make you a poor candidate for the LAP-BAND® System, and your surgeon will know how to assess them. Your surgeon may decide the LAP-BAND® System is not right for you if:

*Warning* *You have a disease or condition, such as severe heart or lung disease, that your surgeon decides makes you a poor candidate for surgery.* Any surgery involves some amount of risk. Risks can be from the surgery itself and from the medicines used during the procedure. Surgery risks are greater when the patient is obese or has other serious health conditions. Your risks will vary depending on your weight, age, and medical history. Your surgeon will assess if you are healthy enough for surgery.

*Warning* *Your throat (esophagus), stomach, or intestine is not normal. For instance, you might have a narrowed opening.* Because the LAP-BAND® works by controlling the amount of food that can move from the throat into the stomach, an abnormal or narrowed opening could cause a blockage of your throat. This could cause stretching (dilatation) of the esophagus. Very rarely, this can cause damage to the throat that would require the LAP-BAND® to be removed. Your surgeon can assess your specific risks and determine if the LAP-BAND® is right for you.

*Warning* *You are pregnant.* For now, you should focus on being healthy during your pregnancy. Healthy eating, not weight loss, should be your main concern. Any abdominal surgery involves some amount of risk, and LAP-BAND® surgery is not recommended while you are pregnant.

If you have a LAP-BAND®, it will not interfere with you becoming pregnant or with your pregnancy if you become pregnant. In fact, becoming pregnant may be easier as you lose weight because your period may become more regular. If you need to eat more while you are pregnant, the band can be loosened. After the pregnancy it may be tightened again, and then you can go back to losing weight. The band will not harm you or the baby.

*Warning* *You are addicted to alcohol or drugs.* If you are addicted to alcohol or drugs, it may be hard for you to make major, lifelong changes to your eating habits. The LAP-BAND® will not work without these changes and you should not have this procedure. Not following the strict food rules can cause side effects and risks that can be serious, even deadly.

Also, any surgery involves some amount of risk. Risks can be from the surgery itself and from the medicines used during the procedure. Surgery risks are greater when the patient is obese or has other serious health conditions, including drug or alcohol addiction. Your risks will vary depending on your

1

000063

long time, it may be harder to heal after the LAP-BAND® surgery. This could cause an increased risk of problems. Tell your doctor about any medicines you are taking. Your surgeon can assess your specific risks and determine if the LAP-BAND® is right for you.

Caution   *You are allergic to materials in the device.* Allergies to the materials in the LAP-BAND® device are rare. Tell your surgeon if you have an allergy to silicone, nickel, or titanium. Your surgeon can assess your specific risks and determine if the LAP-BAND® is right for you.

Caution   *You think you will not be able to stand the postoperative pain or have a history of not being able to stand pain in general.* Pain from LAP-BAND® surgery is usually felt in the areas around the cuts (incisions) made during surgery. Most people find the pain to be mild to medium. Pain is often treated with over-the-counter medicines such as nonsteroidal anti-inflammatory drugs (like Advil®) or acetaminophen (like Tylenol®). Tell your surgeon if you have concerns about pain. Your surgeon can assess your specific risks and determine if the LAP-BAND® is right for you.

Caution   *You have an autoimmune connective tissue disease, which might be a disease such as systemic lupus erythematosus or scleroderma. The same is true if you have symptoms of one of these diseases.* If you have these problems, or take

certain medicines to treat these problems, you may bleed during surgery or have trouble healing. Tell your doctor about your health problems and any medicines you are taking. Your surgeon can assess your specific risks and determine if the LAP-BAND® is right for you.

You must talk to your surgeon about all of these factors, especially if there are some you do not understand fully.

**What are the risks?**

Before you decide on surgery to treat obesity, you should know what the risks of the surgery are. Talk with your surgeon in detail about all the possible risks and complications. This information will help you make an informed decision.

**Risks and Warnings**

Warning: Any type of surgery involves some degree of risk, including abdominal surgery and bariatric surgery. Surgical risks are even greater when the patient is obese or has other underlying medical conditions. Specific risks will vary depending on a person's weight, age, and medical history.

The LAP-BAND® System placement includes the same risks as all major surgeries. Risks of general surgery can include:

- Damage to the spleen or liver that can sometimes cause the removal of the spleen

- Damage to major blood vessels
- Lung problems
- Blood clots (thrombosis)
- Tearing or infection of the wound
- Tearing of the stomach or esophagus during surgery

Death is one of the risks of surgery. It can occur any time during the operation or as a result of complications from the operation, despite all the precautions that are taken by your surgeon. In over 15 years of use of the LAP-BAND®, deaths have occurred in 0.006% of patients (about one in 17,000).

3

000064

**An important decision**

Should you have surgery for weight loss? That's a decision you'll have to make after a careful discussion with your doctor and a surgeon who is certified to perform the LAP-BAND® System surgery.

In the end, your surgeon is the best person to decide if you are eligible for the LAP-BAND® System, and if the system is appropriate for you. It may also be worthwhile for you to read the rest of this booklet and learn more about what's involved.

**Forms you might have to sign**

Your surgeon can play an important part in helping you to decide whether to get the LAP-BAND® System. If your surgeon gave you this booklet, he or she may ask you to sign these forms in the back.

- My Surgeon Gave Me This Booklet shows that you received this booklet from your surgeon.
- I Read and Understood What's in This Booklet shows that you have read the booklet, understood its contents, and received counseling from your surgeon.

# What is the LAP-BAND® System?

The LAP-BAND® System is an implanted soft adjustable band made of silicone that your surgeon places around the upper part of your stomach. The band creates a small stomach pouch above where it sits, with the rest of your stomach below. With the band, you need less food to feel full and you feel full for a longer time. This, combined with a major, lifelong change to your eating habits, helps you lose weight.

The band is hollow, almost like an inner tube, and is filled with a saline solution. The band is connected by a thin tube to a "port" that sits under your skin, to one side of your belly button.

To make the band tighter or looser, a trained health professional uses a fine needle to inject or remove saline solution through the port. This can be done during a routine office visit.



The LAP-BAND® System creates a small upper-stomach pouch.

8

000065

Exhibit "O"

000066



Home Drugs Drug Safety and Availability Postmarket Drug Safety Information for Patients and Providers

## Drugs

### FDA Announces Withdrawal Fenfluramine and Dexfenfluramine (Fen-Phen)

| | |
|---|---|
| P97-32 | FOOD AND DRUG ADMINISTRATION |
| FOR IMMEDIATE RELEASE | Lawrence Bachorik: (301) 827-6250s |
| September 15, 1997 | Consumer Hotline: (800) 532-4440 |

**FDA ANNOUNCES WITHDRAWAL OF FENFLURAMINE AND DEXFENFLURAMINE**

The Food and Drug Administration, acting on new evidence about significant side-effects associated with fenfluramine and dexfenfluramine, has asked the manufacturers to voluntarily withdraw both treatments for obesity from the market. Dexfenfluramine is manufactured for Interneuron Pharmaceuticals and marketed under the name of Redux by Wyeth-Ayerst Laboratories, a subsidiary of American Home Products Corp. of Madison, N.J., which also manufactures and markets fenfluramine under the brand name Pondimin. Both companies have agreed to voluntarily withdraw their drugs. The FDA is not requesting the withdrawal of phentermine, the third widely used medication for obesity.

The action is based on new findings from doctors who have evaluated patients taking these two drugs with echocardiograms, a special procedure that can test the functioning of heart valves. These findings indicate that approximately 30 percent of patients who were evaluated had abnormal echocardiograms, even though they had no symptoms. This is a much higher than expected percentage of abnormal test results.

"These findings call for prompt action," said Michael A. Friedman, M.D., the Lead Deputy Commissioner of the FDA. "The data we have obtained indicate that fenfluramine, and the chemically closely related dexfenfluramine, present an unacceptable risk at this time to patients who take them."

FDA recommends that patients using either of these products stop taking them. Users of these two products should contact their doctors to discuss their treatment.

These new findings suggest fenfluramine and dexfenfluramine are the likely cause of heart valve problems of the type that prompted FDA's two earlier warnings concerning "fen-phen," a combination of fenfluramine and phentermine. "Fen-phen" has been widely used off-label in recent years for the long-term management of obesity.

In July, researchers at the Mayo Clinic and Mayo Foundation reported 24 cases of rare valvular disease in women who took the "fen-phen" combination therapy. FDA alerted medical doctors that it had received nine additional reports of the same type, and requested all health care professionals to report any such cases to the agency's MedWatch program (1-800-FDA-1088/fax 1-800-FDA- 0178) or to the respective pharmaceutical manufacturers.

Subsequently, FDA received 66 additional reports of heart valve disease associated mainly with "fen-phen." Ther were also reports of cases seen in patients taking only fenfluramine or dexfenfluramine. FDA requested that the manufacturers of fenfluramine and dexfenfluramine stress the potential risk to the heart in the drugs' labeling and patient package inserts. FDA continues to receive reports of cardiac valvular disease in persons who have taken these drugs.

Date created: September 15, 1997; last update: July 7, 2005

**Related Information**

- Fen-Phen Safety Update Information[1]

Page Last Updated: 08/21/2009
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

000067

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency
Preparedness International Programs News & Events Training and Continuing Education
Inspections/Compliance State & Local Officials Consumers Industry Health Professionals

U.S. Department of Health & Human Services

## Links on this page:

1. /Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm072820.htm

000068

133

Exhibit "P"

000069



November 14, 1997 / Vol. 46 / No. 45



1061 Cardiac Valvulopathy Associated with Exposure to Fenfluramine or Dexfenfluramine: U.S. Department of Health and Human Services Interim Public Health Recommendations, November 1997

1066 Creutzfeldt-Jakob Disease Associated with Cadaveric Dura Mater Grafts — Japan, January 1979–May 1996

1069 Tornado Disaster — Texas, May 1997

1073 Serious Hearing Impairment Among Children Aged 3–10 Years — Atlanta, Georgia, 1991–1993

**MORBIDITY AND MORTALITY WEEKLY REPORT**

## Cardiac Valvulopathy Associated with Exposure to Fenfluramine or Dexfenfluramine: U.S. Department of Health and Human Services Interim Public Health Recommendations, November 1997

Fenfluramine and dexfenfluramine are appetite suppressants that were in widespread use in the United States. On July 8, 1997, 24 cases of valvular heart disease in women who had been treated with fenfluramine and phentermine were publicly reported (1). Although valvular lesions were observed on both sides of the heart, a left-sided valve was affected in all cases. The histopathologic features were similar to those observed in carcinoid-induced valvular disease, a serotonin-related syndrome. Based on these data, the Food and Drug Administration (FDA) issued a public health advisory on July 8, followed by letters from FDA to 700,000 U.S. health-care practitioners and institutions requesting information about any additional similar patients (2). Subsequently, reports of fenfluramine- or dexfenfluramine-associated valvulopathy increased. This report summarizes the data used by FDA in its decision to request voluntary withdrawal of these drugs from the market and presents interim public health recommendations for persons exposed to these drugs.

As of September 30, FDA had received 144 individual, provider-initiated (i.e., "spontaneous") reports involving fenfluramine or dexfenfluramine, with or without phentermine, in association with valvulopathy (this total included the 24 publicly reported cases [1]). Minimal degrees of regurgitation (i.e., trace or mild mitral regurgitation [MR] or trace aortic regurgitation [AR]) are relatively common in the general population and are not generally considered abnormal. Therefore, in this analysis, a case of fenfluramine- or dexfenfluramine-associated cardiac valvulopathy was defined as documented AR of mild or greater severity and/or MR of moderate or greater severity after exposure to these drugs.

Of the 132 spontaneous reports with complete information, 113 (86%) met the case definition. Of these 113 cases, 111 (98%) occurred among women; the median age of case-patients was 44 years (range: 22–69 years). Of these 113 cases, two (2%) used fenfluramine alone; 16 (14%), dexfenfluramine alone; 89 (79%), a combination of fenfluramine and phentermine; and six (5%), a combination of all three drugs. None of the cases used phentermine alone. The median duration of drug use was 9 months (range: 1–39 months). Overall, 87 (77%) of the 113 cases were symptomatic. A total of 27 (24%) case-patients required cardiac valve-replacement surgery; of these, three patients died after surgery.

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

000070

*Cardiac Valvulopathy — Continued*

Because symptoms frequently occur relatively late during the course of valvular incompetence, the prevalence of valve lesions was assessed for patients who were exposed to these drugs but who had no obvious history of cardiac disease or cardiac symptoms. In early September, FDA received echocardiographic reports from five independent, unpublished echocardiographic prevalence surveys of patients who had received dexfenfluramine or fenfluramine alone or in combination with phentermine (Table 1). Although the methodology of these surveys differed, the prevalence of valvular disease meeting the case definition was similar in all five survey populations, ranging from 30.0% to 38.3% (overall: 32.8%; 95% confidence interval=27.7%–38.9%) (Figure 1) (Division of Pharmacovigilance and Epidemiology, Center for Drug Evaluation and Research, FDA, personal communication, 1997). Where the echocardiographic diagnostic classification was intermediate, the classification was upgraded to the higher level: for example, the classification of mild to moderate was upgraded to moderate. Downgrading of the diagnostic classification did not substantially alter the prevalence of valvulopathy that met the case definition. The duration of exposure to the drugs was determined for patients based on the time they were treated by the centers providing the prevalence survey data. Preliminary data suggest that the prevalence of valvulopathy may be higher among persons exposed for ≥6 months: for

**TABLE 1. Selected characteristics of five echocardiographic prevalence surveys of persons exposed to fenfluramine or dexfenfluramine\*, by reporting area, 1997**

| Reporting area | Sample size | % Females | Median age (yrs) | Median initial weight (lbs) | Median dose of drug(s)[†] (mg/d) | Median duration of exposure (mos) |
|---|---|---|---|---|---|---|
| Florida | 115[§] | 87% | 48 | 190 | F, 20.0<br>P, 30.0<br>D, 15.0 | 12 |
| Minnesota | | | | | | |
| Fenfluramine | 47[¶] | 85% | 51 | 234 | F, 60.0<br>P, 30.0 | 30 |
| Dexfenfluramine | 20[¶] | 80% | 46 | 239 | D, 30.0<br>P, 30.0 | 9 |
| Wisconsin | 50[§] | 94% | 48 | 239 | F, 60.0<br>P, 37.5<br>D, 30.0 | 14 |
| Indiana | 31[§] | 77% | 47 | 234 | F, 20.0<br>P, 37.5<br>D, 15.0 | 6 |
| Pennsylvania | 21[**] | 100% | 48 | 213 | F, 60.0<br>P, 15.0 | 24 |
| Total | 284 | 87% | 48 | 219 | F, 40.0<br>P, 30.0<br>D, 30.0[††] | 14 |

\*Alone or in combination with phentermine.
[†]D=dexfenfluramine, F=fenfluramine, and P=phentermine.
[§]Convenience sample.
[¶]Random sample.
[**]Complete study sample (n=19); convenience sample (n=2).
[††]A total of 15 persons received dexfenfluramine alone; 21, dexfenfluramine and phentermine; and 45, dexfenfluramine (with or without phentermine) and fenfluramine (with or without phentermine) sequentially.

Source: Division of Pharmacovigilance and Epidemiology, Center for Drug Evaluation and Research, FDA.

Vol. 46 / No. 45                MMWR                1083

*Cardiac Valvulopathy — Continued*

**FIGURE 1. Percentage of persons who had received fenfluramine or dexfenfluramine***
**who had valvulopathy — five echocardiographic prevalence surveys, 1997**



Reporting Area

* Alone or in combination with phentermine.

Source: Division of Pharmacovigilance and Epidemiology, Center for Drug Evaluation and Research, FDA.

persons with <3 months' exposure, the prevalence was 22% (five of 23 cases); for persons with 3–5 months' exposure, 22% (five of 23); and for persons with ≥6 months' exposure, 35% (83 of 236). However, some patients may have been treated with these drugs before visiting the centers; therefore, these patients may have been exposed for longer durations. Of patients with valvulopathy in these surveys, 86% had AR, and 19% had MR either alone or in combination. An audible cardiac murmur was auscultated in 17% of the patients meeting the case definition. The 32.8% overall prevalence of valvular lesions meeting the case definition in exposed persons is substantially higher than would be expected in the general population (*3*). Preliminary reports from large population-based studies of adults indicate that the prevalence of valvular regurgitation meeting the FDA case definition is an estimated ≤5% and may be lower among obese persons than among nonobese persons (*4*; R. Devereux, New York Hospital-Cornell Medical Center, personal communication, 1997). However, the results of studies specifically designed to estimate the prevalence of regurgitant valvular lesions among obese adults who have lost weight or who have not been exposed to these drugs have not yet been reported. Based on data from the five prevalence surveys, FDA requested the voluntary withdrawal of fenfluramine and dexfenfluramine from the U.S. market; on September 15, the manufacturers and FDA announced the withdrawal of the drugs.

*Reported by: R Bowen, MD, Naples, Florida. A Glicklich, MD, Milwaukee, Wisconsin. M Khan, MD, Minneapolis, Minnesota. S Rasmussen, Danville, Indiana. T Wadden, PhD, Philadelphia, Pennsylvania. J Bilstad, MD, D Graham, MD, L Green, M Lumpkin, MD, R O'Neill, PhD, S Sobel, MD, Food and Drug Administration. VS Hubbard, MD, S Yanovski, MD, G Sopko, MD, National Institutes of Health. Div of Adult and Community Health, Div of Diabetes Translation, Div of Nutrition and Physical Activity (proposed), and Div of Oral Health, National Center for Chronic Disease Prevention and Health Promotion, CDC.*

000072

*Cardiac Valvulopathy — Continued*

**Editorial Note:** In 1959, FDA approved the prescription appetite suppressant phentermine (Adipex®, Fastin®, and Ionamin®) for single-drug, short-term ("a few weeks") treatment of obesity. In 1973, fenfluramine (Pondimin®) also was approved for single-drug, short-term use as a prescription appetite suppressant, and in 1996, FDA approved dexfenfluramine (the dex-isomer of fenfluramine, Redux®) as a single-drug, prescription appetite suppressant for longer term use in markedly obese persons, noting that safety beyond 1 year of use had not been established in clinical trials. Both fenfluramine and dexfenfluramine appear to act by affecting the metabolism of the neurotransmitter serotonin in the brain. Recently, fenfluramine has been widely used both in combination with phentermine ("fen-phen") and for periods longer than a few weeks. Since 1995, approximately 14 million prescriptions have been written for either fenfluramine or dexfenfluramine; most of the product use was in women and persons aged <60 years (5). Based on an assumed median treatment course of 3–12 months and an average prescription length of 1 month, an estimated 1.2–4.7 million persons in the United States have been exposed to these drugs.

The findings in this report indicate that a higher than expected prevalence of cardiac valvulopathy may have occurred among persons exposed to fenfluramine or dexfenfluramine. Factors potentially associated with these lesions but not yet determined are 1) the natural history of these lesions, including the relation between the development of the lesions and duration of drug use and whether the lesions generally resolve, progress, or remain unchanged when the drug is discontinued; 2) the clinical importance of mild valvulopathy in asymptomatic persons without audible murmurs; and 3) what, if any, characteristics might predispose a person to develop cardiac valve abnormalities during exposure to these drugs. Based on the preliminary data indicating a higher than expected prevalence of valvulopathy in exposed, asymptomatic persons without murmurs, history, and physical examination alone do not appear to be sufficiently sensitive to detect this valvulopathy in all exposed patients, particularly in those in whom obesity impedes auscultation of murmurs.

Patients with acquired, primarily left-sided, valvular heart disease may be at increased risk for development of bacterial endocarditis following certain invasive procedures. FDA is aware of one person whose condition met the case definition and who presented with fever and signs and symptoms of cardiac failure and, on echocardiogram, had both AR, MR, and a large endocarditic vegetation; blood cultures from this patient were positive for streptococci (H. Connolly, Mayo Clinic, personal communication, 1997). Although the degree to which patients with these valvular lesions are at risk for developing endocarditis has not yet been determined, prudent medical management of these patients should include appropriate antimicrobial prophylaxis before certain invasive procedures and should be based on 1997 American Heart Association (AHA) recommendations for preventing bacterial endocarditis (6).

The U.S. Department of Health and Human Services (DHHS) is issuing the following interim recommendations for persons previously exposed to fenfluramine or dexfenfluramine. These recommendations have been developed collaboratively by CDC, FDA, and the National Institutes of Health (the National Heart, Lung, and Blood Institute and the National Institute of Diabetes and Digestive and Kidney Diseases) in consultation with the American Heart Association, the American College of Cardiology, and the American Dental Association and are based on data associating exposure to these drugs (as single agents or as part of combination therapy) with

000073

Vol. 48 / No. 45                          MMWR                                    1065

*Cardiac Valvulopathy — Continued*

cardiac valvulopathies. As more definitive data about the natural history of the disease become available, these DHHS interim recommendations may be revised. To determine whether valvulopathy is present in potentially affected persons and to provide such persons with optimal care, DHHS recommends that:

1. All persons exposed to fenfluramine or dexfenfluramine, for any period of time, either alone or in combination with other agents, should undergo a medical history and cardiovascular examination by their physician to determine the presence or absence of cardiopulmonary signs or symptoms.

2. An echocardiographic evaluation be performed on all persons who were exposed to fenfluramine or dexfenfluramine for any period of time, either alone or in combination with other agents, and who exhibit cardiopulmonary signs (including a new murmur) or symptoms suggestive of valvular disease (e.g., dyspnea).

3. Although the clinical importance of asymptomatic valvular regurgitation in exposed patients and the risk for developing bacterial endocarditis in these patients are unknown, practitioners should strongly consider performing echocardiography on all persons—regardless of whether they have cardiopulmonary signs or symptoms—who have been exposed to fenfluramine or dexfenfluramine for any period of time, either alone or in combination with other agents, BEFORE the patient undergoes any invasive procedure for which antimicrobial endocarditis prophylaxis is recommended by 1997 AHA guidelines. Any echocardiographic findings that meet the AHA criteria for prophylaxis—regardless of whether they are attributable to possible fenfluramine or dexfenfluramine use—should be recognized as indications for antibiotic prophylaxis. The invasive procedures include certain medical or dental procedures where antibiotic prophylaxis is recommended as defined by the 1997 AHA guidelines. For emergency procedures for which cardiac evaluation cannot be performed, empiric antibiotic prophylaxis should be administered according to the 1997 AHA guidelines.

4. Because of the prevalence of minimal degrees of regurgitation in the general population, the current case definition of drug-associated valvulopathy should include exposed patients with echocardiographically demonstrated AR of mild or greater severity and/or MR of moderate or greater severity, based on published criteria *(7,8)*.

Optimal timing of follow-up echocardiography to determine progression, regression, or stabilization of valvular lesions is currently unknown. DHHS anticipates that within 1 year, sufficient data will become available to make recommendations about the need for continued echocardiographic monitoring. During the interim, because patients with documented valvular disease who are at risk for bacterial endocarditis should be offered antimicrobial prophylaxis after their initial echocardiogram and because no other intervention in asymptomatic patients is indicated, DHHS is not issuing recommendations for follow-up echocardiography. Practitioners should use their best judgment, based on the individual patient's history, clinical presentation, and current valvular or pulmonary hypertension status, to determine the need for additional echocardiographic follow-up.

Health-care practitioners should continue to report to FDA those patients with cardiac valvular lesions who have been exposed to fenfluramine, dexfenfluramine, phentermine, or any combination of these products. The specific information requested can be obtained from FDA's World-Wide Web site at http://www.fda.gov/cder

000074

**MMWR**

*Cardiac Valvulopathy — Continued*

(click on "What's Happening" or "Drug Information") or by calling FDA, telephone (301) 827-3172. These reports can be sent directly to FDA through FDA's MedWatch program (either by using the postage-paid MedWatch form or by fax [(800) 332-0178] or can be given over the phone [(800) 332-1088]).

### References

1. Connolly HM, Crary JL, McGoon MD, et al. Valvular heart disease associated with fenfluramine-phentermine. N Engl J Med 1997;337:581–8.
2. Lumpkin MM. FDA health advisory. FDA Bulletin 1997;27:2.
3. Klein AL, Burstow DJ, Tajik AJ, et al. Age-related prevalence of valvular regurgitation in normal subjects: a comprehensive color flow examination of 118 volunteers. J Am Soc Echocardiogr 1990;3:54–63.
4. Reid CL, Gardin JM, Yunis C, Kurosaki T, Flack JM. Prevalence and clinical correlates of aortic and mitral regurgitation in a young adult population: The CARDIA Study [Abstract]. Circulation 1994;90:1519.
5. Anonymous. National Prescription Audit. Plymouth Meeting, Pennsylvania: IMS America, 1997.
6. Dajani AS, Taubert KA, Wilson W, et al. Prevention of bacterial endocarditis: recommendation of the American Heart Association. JAMA 1997;277:1794–801.
7. Perry GJ, Helmcke F, Nanda NC, Byard C, Soto B. Evaluation of aortic insufficiency by Doppler color flow mapping. J Am Coll Cardiol 1987;9:952–9.
8. Helmcke F, Nanda NC, Hsiung MC, et al. Color Doppler assessment of mitral regurgitation with orthogonal planes. Circulation 1987;75:175–83.

## Creutzfeldt-Jakob Disease Associated with Cadaveric Dura Mater Grafts — Japan, January 1979–May 1996

In 1997, a nongovernmental surveillance group for Creutzfeldt-Jakob disease (CJD) in Japan reported to the Ministry of Health and Welfare its analysis of a 1996 mail questionnaire survey of neurologic, psychiatric, and neuropathologic institutions throughout Japan. This analysis identified 829 patients with CJD diagnosed by physicians during January 1979–May 1996, including a large number (43 patients) who had received a cadaveric dura mater graft during a neurosurgical (42) or orthopedic (one) procedure during 1979–1991. This report presents a summary of features of these 43 cases, which indicated that at least 41 of these patients had received dura mater grafts from the same processor, and describes CJD in the most recent recipient of a dura mater graft. The findings indicate that an international outbreak of CJD associated with a single brand of dura mater grafts is larger than previously recognized and that recipients of contaminated grafts may remain at risk for CJD at least 16 years following receipt of grafts.

### Summary Findings

Of the 4017 institutions surveyed, 2962 (74%) responded. Follow-up investigation of the 43 CJD cases associated with dura mater grafts revealed that at least 41 (95%) persons had received a single brand of dura mater graft, LYODURA®*, processed by B. Braun Melsungen AG. The grafts had been processed before May 1987, when the company revised its procedures for collection and processing dura. The revised procedures, designed to reduce the risk for CJD transmission, included conversion from

---

*Use of trade names and commercial sources is for identification only and does not imply endorsement by CDC or the U.S. Department of Health and Human Services.

000075

Exhibit "Q"

000078