**DECLARATION OF CUSTODIAN OF RECORDS**
Custodian of Records, Robert Skversky, M.D., dba Weight No More

I, _____, declare and say:

(1) I am the duly authorized Custodian of Records for Robert Skversky dba Weight No More, and I have the authority to certify such records.

(2) The copies of the records attached hereto are a true copy of records which are kept by, or in the possession of Robert Skversky, M.D., dba Weight no More.

(3) These records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event, and the times specified on the records.

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct.

Executed this _4_ day of _DEC_, 2012, at _Nvw Port Bvnu_, California.

Custodian of Records

7

283

## PHYSICIAN-PATIENT ARBITRATION AGREEMENT

**Article 1: Agreement to Arbitrate:** It is understood that any dispute as to medical malpractice, that is as to whether any medical services rendered under this contract were unnecessary or unauthorized or were improperly, negligently or incompetently rendered, will be determined by submission to arbitration as provided by California law, and not by a lawsuit or resort to court process except as California law provides for judicial review of arbitration proceedings. Both parties to this contract, by entering into it, are giving up their constitutional right to have any such dispute decided in a court of law before a jury, and instead are accepting the use of arbitration.

**Article 2: All claims Must be Arbitrated:** It is the intention of the parties that this agreement bind all parties whose claims may arise out of or relate to treatment or services provided by the physician including any spouse or heirs of the patient and any children, whether born or unborn, at the time of the occurrence giving rise to any claim. In the case of any pregnant mother, the term "patient" herein shall mean both the mother and the mother's expected child or children.

All claims for monetary damages exceeding the jurisdictional limit of the small claims court against the physician, and the physician's partners, associates, association, corporation or partnership and the employees, agents and estates of any of them, must be arbitrated, including, without limitation, claims for loss of consortium, wrongful death, emotional distress or punitive damages. Filing of any action in any court by the physician to collect the assertion of any claim, against the physician, any fee dispute, whether or not the subject of any existing court action, shall also be resolved by arbitration.

**Article 3: Procedures and Applicable Law:** A demand for arbitration must be communicated in writing to all parties. Each party shall select an arbitrator (party arbitrator) within thirty days and a third arbitrator (neutral arbitrator) shall be selected by the arbitrators appointed by the parties within thirty days thereafter. Each party to the arbitration shall pay such party's pro rata share of the expenses and fees of the neutral arbitrator, together with other expenses of the arbitration incurred or approved by the neutral arbitrator, not including counsel fees or witness fees, or other expenses incurred by a party for such party's own benefit.

Either party shall have the absolute right to arbitrate separately the issues of liability and damages upon written request to the neutral arbitrator.

The parties consent to the intervention and joinder in the arbitration of any person or entity which would otherwise be a proper additional party in a court action, and upon such intervention and joinder any existing court action against such additional person or entity shall be stayed pending arbitration.

The parties agree that provisions of California law applicable to health care providers shall apply to disputes within this arbitration agreement, including, but not limited to Code of Civil Procedure Sections 340.5 and 667.7 and Civil Code Sections 3333.1 and 3333.2. Any party may bring before the arbitrators a motion for summary judgment or summary adjudication in accordance with the Code of Civil Procedure.

**Article 4: General Provisions:** All claims based upon the same incident, transaction or related circumstances shall be arbitrated in one proceeding. A claim shall be waived and forever barred if (1) on the date notice thereof is received, the claim, if asserted in a civil action, would be barred by the applicable California statue of limitations, or (2) the claimant fails to pursue the arbitration claim in accordance with the procedures prescribed herein with reasonable diligence. With respect to any matter not herein expressly provided for, the arbitration shall be governed by the California Code of Civil Procedure provisions relating to arbitration.

**Article 5: Revocation:** This agreement may be revoked by written notice delivered to the physician within 30 days of signature and if not revoked will govern all medical services to the physician within 30 days of signature and if not revoked will govern all medical services received by the patient.

**Article 6: Retroactive Effect:** If the patient intends this agreement to cover services rendered before the date it is signed (including, but not limited to, emergency treatment) patient should initial below.

Effective as of the date of first medical services. _____

PR  Patient's or Patient's Representative's initials

If any provision of this arbitration agreement is held invalid or unenforceable, the remaining provisions shall remain in full force and shall not be affected by the invalidity of any other provision.

I understand that I have the right to receive a copy of this arbitration agreement. By my signature below, I acknowledge that I have received a copy.

**NOTICE: BY SIGNING THIS CONTRACT YOU ARE AGREEING TO HAVE ANY ISSUE OF MEDICAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL. SEE ARTICLE 1 OF THIS CONTRACT.**

By: _Paula Rojeski_     4/25/09
Patient's Signature          (Date)

_PAULA Rojeski_
Print Patient's Name

By: _____     (Date)
Robert Skversky, M.D.

By: _____     (Date)
Patient's Representative's Signature

_____
Print Name and Relationship to Patient

A signed copy of this document is to be given to the Patient. Original is to be filed in Patient's medical records.

#11-CUSTOM ® BIBBERO SYSTEMS, INC. • PETALUMA, CA • © 02/06 (FM46293.01)

284

PT:
TW: _Kate lopts_

**NOV - 6 2009**

DATE: 120/168   P.E:
BP:                C & L:   CLEAR
TW: NOV 7 2009   HEART:   REGULAR
WL:                EXT:    NO EDEMA
TWL: 142½  +4#

(13B @ home)

CURRENT DOSAGE:
PHENTERMINE 30 mg   37.5 mg
ADIPEX-P         37.5 mg   HS
TOPAMAX
SSRI/OTHER:   _trazno 10g ½ QD dinner_

LAB ORDERED:
598
643
CZ

SIDE EFFECTS:
_Walking 3 mi/day_
_(runs one of the_
_mi's)._

MD NOTIFIED:
COMMENTS/PLAN:
_goal 125#_

LAB RECORDS
___TED

MEDICATION ORDERED:

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | | X | | |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

8 2
T T

DIAGNOSIS:
  ✓ MILD OBESITY
    MODERATE OBESITY
    MORBID OBESITY
  ✓ ENDOGENOUS OBESITY
    CO-MORBID CONDITION

RX WRITTEN
RX PHONED          PHARMACY#

NEXT APPT: ④ 6 8 12   (WEEKS)

_____, PD

---

DATE: JUN 5, 2010   P.E:
P:               C & L:   CLEAR
W:               HEART:   REGULAR
VL:              EXT:    NO EDEMA
W: 155   ↑ 13/6
                 130
                 78

CURRENT DOSAGE:
PHENTERMINE 30 mg   37.5 mg
ADIPEX-P         37.5 mg   T B/d
TOPAMAX          HS
SSRI/OTHER:   _off meds since 12/10_
_Trz to 5 QD_

AB ORDERED:
598
643
CZ

SIDE EFFECTS:
_last here :11/09._
_runs_
_join joined gym._

MD NOTIFIED:
COMMENTS/PLAN:
_goal ∿135#_

AB RECORDS
_EQUESTED

MEDICATION ORDERED:

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | | X | | |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | _104 meq_ | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

A
T ½  2

DIAGNOSIS:
  ✓ MILD OBESITY
    MODERATE OBESITY
    MORBID OBESITY
  ✓ ENDOGENOUS OBESITY
    CO-MORBID CONDITION

RX WRITTEN
RX PHONED          PHARMACY#

NEXT APPT: 4 ⑥ 8 12   (WEEKS)

_____, PD

9

285

PT: _Paula Rojeski_
IW: _____

---

**DATE:** JUL 1 8 2009  **P.E:**
**BP:**  **C & L:** CLEAR
**TW:**  **HEART:** REGULAR
**WL:**  **EXT:** NO EDEMA
**TWL:** 165 / 516  149/90

**CURRENT DOSAGE:**
PHENTERMINE 30 mg   37.5 mg
ADIPEX-P  37.5 mg  T&T 1/2 8AM & 5pm
TOPAMAX   HS
SSRI/OTHER: _Lexapro 1/2 to 60_
↑ (400)

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
_____
_____
_____

**MD NOTIFIED:**
**COMMENTS/PLAN:** 158

**LAB RECORDS**
ESTED

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | | | | |
| TOPAMAX 200 mg | | | | 75 | | 11'6 |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | ✓ | | | | | (400) |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

CHART (07/18/09): ROJESKI, PAULA         (RS)
RX#71320-ADIPEX-P, 37.5mg, 75T
RX# 71321-POTASSIUM CHLORIDE TABLET, 10 meq, 15T

**RX WRITTEN** _____
**RX PHONED** _____  PHARMACY#
← 2y - 2box

**NEXT APPT:** 4 6 8 12 _____ WEEKS

---

↓ 42 total

**DATE:** SEP 12 2009  **P.E:**
**BP:**  **C & L:** CLEAR
**TW:** 190/94  **HEART:** REGULAR
**WL:** SEP 12 2009  **EXT:** NO EDEMA
**TWL:** 157/2 / 124#

**CURRENT DOSAGE:**
PHENTERMINE 30 mg   37.5 mg ↑
ADIPEX-P  37.5 mg  ↑/28  ↓/25
TOPAMAX   HS
SSRI/OTHER: _Lexapro 10mg 1/2 gd_
_Ktaol_

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
Started runing/walking
@55E c ↑dose in AM
Counts fat <5 g. day.

**MD NOTIFIED:**
**COMMENTS/PLAN:**
Cant program

**LAB RECORDS**
EQUESTED

3 Ins will
pay for minmum
6 mo next
minth.

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | 75 | | | ↑ +½ |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

**DIAGNOSIS:**
☐ MILD OBESITY
✓ MODERATE OBESITY
✓ MORBID OBESITY
✓ ENDOGENOUS OBESITY
CO-MORBID CONDITION

**RX WRITTEN** _____
**RX PHONED** _____  PHARMACY#
Lexapro 10mg (½
← 2box

**NEXT APPT:** (4) 6 8 12 _____ WEEKS
Ken PA-C

10

286

PT: _Paula Rojeske_
IW: _____
HT: _____

---

**DATE:** _____
**BP:** _____
**TW:** _____
**WL:** _____
**TWL:** _____

**P.E:**
**C & L:**      CLEAR

**CURRENT DOSAGE:**
PHENTERMINE  30 mg        37.5 mg
                                              g
                                                    HS

**LAB ORDERED:**
        598
        643
        CZ

**LAB RECORDS QUESTED**

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| mg | | | | | | |
| mg | | | | | | |
| mg | | | | | | |
| mg | | | | | | |
| meq | | | | | | |
| mg | | | | | | |
| mg | | | | | | |

**PHARMACY#** _____

8  12  _____ WEEKS

---

**DATE:** _____
**BP:** _____
**TW:** _____
**WL:** _____
**TWL:** _____

**P.E:**
**C & L:**      CLEAR
**HEART:**      REGULAR
**EXT:**        NO EDEMA

**CURRENT DOSAGE:**
PHENTERMINE  30 mg              37.5 mg
ADIPEX-P     37.5 mg
TOPAMAX                    HS
SSRI/OTHER:

**LAB ORDERED:**
        598
        643
        CZ

**SIDE EFFECTS:**
_____
_____
_____

**MD NOTIFIED:**
**COMMENTS/PLAN:**
_____
_____
_____

**LAB RECORDS REQUESTED**

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | | | | |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

**DIAGNOSIS:**
_____ MILD OBESITY
_____ MODERATE OBESITY
_____ MORBID OBESITY
_____ ENDOGENOUS OBESITY
_____ CO-MORBID CONDITION

**RX WRITTEN**
**RX PHONED**          PHARMACY# _____

**NEXT APPT:**   4  6  8  12  _____ WEEKS

11

Save Wellness hour

PT: _Paula Rojeski_
IW: _____

---

Last seen 2002

DATE: APR 2 5 2009
BP: 110/90
TW: _____
WL: _____
TWL: 194 1/2

P.E.
C & L:   CLEAR
HEART:   REGULAR
EXT:     NO EDEMA

**CURRENT DOSAGE:**
PHENTERMINE  30 mg  _____  37.5 mg
ADIPEX-P     37.5 mg
TOPAMAX              HS
SSRI/OTHER: _____

LAB ORDERED: ___ soo

SIDE EFFECTS:
Adipex BID
(blurr) bg
Ø SE

PLAN:
restart
Medications

BODYFAT ANALYZER TBF-305
MODE          Standard
SEX           Female
HEIGHT        5ft 4.0in
WEIGHT        192.0lb
BMI           33.0
IMPEDANCE     462Ω
FAT (%)       50%
FAT MASS      95.0lb
LBM           97.0lb
TBW           71.0lb
DESIRABLE RANGE   17-27%
FAT (%)
FAT MASS      20.0-36.0lb

LAB:

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | | |
| ADIPEX-P | 37.5 mg | | | | (#60)Ⓧ | | |
| TOPAMAX | 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | | |
| POTASSIUM | 10 mcq | | | | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE | 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | | |

1/2 - +
BID

OBESITY
___ LATE OBESITY
___ MORBID OBESITY
✓ ENDOGENOUS OBESITY
___ CO-MORBID CONDITION

DINS

RX WRITTEN
RX PHONED          PHARMACY#

Lexapro 1/2 -     2 boxes

NEXT APPT: ④ 6 8 12     WEEKS

Ken PA~C /

---

DATE: JUN - 6 2009
BP: 134/82
TW: _____
WL: 140
TWL: 341/34

P.E.
C & L:   CLEAR  ✓
HEART:   REGULAR  ✓ m
EXT:     NO EDEMA  /0

**CURRENT DOSAGE:**
PHENTERMINE  30 mg  _____ 37.5 mg
ADIPEX-P     37.5 mg  +bid + (1/2) sometimes
TOPAMAX              HS
SSRI/OTHER: Lexapro 10mg 1/2 gd

LAB ORDERED:
598
643
CZ

SIDE EFFECTS:
doing well c̄ Meds.
(+) Leg cramps
walks 1hr. + gd.

MD NOTIFIED:
COMMENTS/PLAN:
Cont. program

LAB RECORDS
REQUESTED

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | | |
| ADIPEX-P | 37.5 mg | | | | (#75) | | |
| TOPAMAX | 200 mg | | | | | | |
| SSRI/SERZONE | | | Ⓧ | | | | |
| POTASSIUM | 10 mcq | Ⓧ | | | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE | 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | | |

+ 1/2 1/
78° P

**DIAGNOSIS:**
___ MILD OBESITY
✓ MODERATE OBESITY
___ MORBID OBESITY
___ ENDOGENOUS OBESITY
___ CO-MORBID CONDITION

RX WRITTEN
RX PHONED          PHARMACY#

NEXT APPT: ④ 6 8 12   5 WEEKS

✓ cen PAC

Lexapro 1/
- 3 boxes

12

PT: _Paula Rojeski_
IW: _____

HT: _____

---

**DATE:** _____

BP: _____
TW: _____
WL: _____
TWL: _____

**P.E:**
C & L:      CLEAR
HEART:      REGULAR
EXT:        NO EDEMA

**CURRENT DOSAGE:**
PHENTERMINE  30 mg    _____  37.5 mg  _____
ADIPEX-P     37.5 mg  _____
TOPAMAX               HS
SSRI/OTHER: _____

**LAB ORDERED:**
        598
        643
        CZ
        _____

**SIDE EFFECTS:**
_____
_____
_____

**MD NOTIFIED:**
**COMMENTS/PLAN:**
_____
_____
_____

**LAB RECORDS REQUESTED** _____

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE  30 mg | | | | | | |
| PHENTERMINE  37.5 mg | | | | | | |
| ADIPEX-P     37.5 mg | | | | | | |
| TOPAMAX      200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM    10 meq | | | | | | |
| SYNTHROID    0.1 mg | | | | | | |
| DYAZIDE  37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |
| | | | | | | |
| | | | | | | |

**DIAGNOSIS:**
_____ MILD OBESITY
_____ MODERATE OBESITY
_____ MORBID OBESITY
_____ ENDOGENOUS OBESITY
_____ CO-MORBID CONDITION

**RX WRITTEN**
**RX PHONED** _____ PHARMACY# _____

**NEXT APPT:**  4  6  8  12  _____ WEEKS

_____

---

**DATE:** _____

BP: _____
TW: _____
WL: _____
TWL: _____

**P.E:**
C & L:      CLEAR
HEART:      REGULAR
EXT:        NO EDEMA

**CURRENT DOSAGE:**
PHENTERMINE  30 mg    _____  37.5 mg  _____
ADIPEX-P     37.5 mg  _____
TOPAMAX               HS
SSRI/OTHER: _____

**LAB ORDERED:**
        598
        643
        CZ
        _____

**SIDE EFFECTS:**
_____
_____
_____

**MD NOTIFIED:**
**COMMENTS/PLAN:**
_____
_____
_____

**LAB RECORDS REQUESTED**

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE  30 mg | | | | | | |
| PHENTERMINE  37.5 mg | | | | | | |
| ADIPEX-P     37.5 mg | | | | | | |
| TOPAMAX      200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM    10 meq | | | | | | |
| SYNTHROID    0.1 mg | | | | | | |
| DYAZIDE  37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |
| | | | | | | |
| | | | | | | |

**DIAGNOSIS:**
_____ MILD OBESITY
_____ MODERATE OBESITY
_____ MORBID OBESITY
_____ ENDOGENOUS OBESITY
_____ CO-MORBID CONDITION

**RX WRITTEN**
**RX PHONED** _____ PHARMACY# _____

**NEXT APPT:**  4  6  8  12  _____ WEEKS

_____

13

Saw Wellness hour

PT: _Paula Rojeski_
IW: _____

---

**DATE:** APR 25 2009    Last seen 2002

**P.E.**

| | |
|---|---|
| BP: | C & L:  CLEAR |
| TW: Hold | HEART:  REGULAR |
| WL: 19t | EXT:  NO EDEMA |
| TWL: | |

**CURRENT DOSAGE:**

| | | |
|---|---|---|
| PHENTERMINE | 30 mg | 37.5 mg |
| ADIPEX-P | 37.5 mg | |
| TOPAMAX | | HS |
| SSRI/OTHER: | | |

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
Adipex BID
Celexa bes
P SE

**MD NOTIFIED:**

**COMMENTS/PLAN:**
restart
Medications.

**LAB RECORDS**
STED

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | | |
| ADIPEX-P | 37.5 mg | | | | ⊗ | | ½-t |
| TOPAMAX | 200 mg | | | | | | BID |
| SSRI/SERZONE | | | | | | | |
| POTASSIUM | 10 mcg | | | | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE 37.5 | /25 mg | | | | | | |
| OTHER: | | | | | | | |

**DIAGNOSIS:**
- MILD OBESITY
- ✓ MODERATE OBESITY
- MORBID OBESITY
- ✓ ENDOGENOUS OBESITY
- CO-MORBID CONDITION

**RX WRITTEN**
**RX PHONED** _____ **PHARMACY#**
Lexapro ½ —   2 boxes
**NEXT APPT:** ④ 6 8 12 ____ WEEKS
Ken PA-C

DINS

---

**DATE:** JUN - 6 2009

**P.E.**

| | |
|---|---|
| BP: | C & L:  CLEAR |
| TW: 134/82 | HEART:  REGULAR |
| WL: | EXT:  NO EDEMA |
| TWL: 170 | |

**CURRENT DOSAGE:**

| | | |
|---|---|---|
| PHENTERMINE | 30 mg | 37.5 mg |
| ADIPEX-P | 37.5 mg | |
| TOPAMAX | | HS |
| SSRI/OTHER: | Lexapro 10mg ½ qd |

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
doing well c Meds.
⊕ Leg cramps.
walks 1 hr. + gd.

**MD NOTIFIED:**

**COMMENTS/PLAN:**
Cont program

**LAB RECORDS**
EQUESTED

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | | |
| ADIPEX-P | 37.5 mg | | | | #75 | | t ½ ½ |
| TOPAMAX | 200 mg | | | | | | 180 P |
| SSRI/SERZONE | | | | | | | |
| POTASSIUM | 10 mcg | ⊗ | | | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE 37.5 | /25 mg | | | | | | |
| OTHER: | | | | | | | |

**DIAGNOSIS:**
- MILD OBESITY
- ✓ MODERATE OBESITY
- MORBID OBESITY
- ENDOGENOUS OBESITY
- CO-MORBID CONDITION

**RX WRITTEN**
**RX PHONED** _____ **PHARMACY#**
**NEXT APPT:** ④ 6 8 12  5 WEEKS
Ken PAC

Lexapro ½ — 3 boxes

14

290

Patient Name: _Paula Rojeski_

**Patient Side Effect Questionnaire**

To be initialed at each visit prior to being seen by Physician or Associate of Weight No More.

Since my last visit, I have experienced the following side effects while taking my prescribed dose of medication.

*CHECK ONLY IF SIDE EFFECT APPLIES – LEAVE BLANK IF ANSWER IS NO.*

| DATE OF VISIT | | | JUN 2010 | | | |
|---|---|---|---|---|---|---|
| SIDE EFFECTS | YES | YES | YES | YES | YES | YES |
| DRY MOUTH | | | | | | |
| DIZZINESS | | | | | | |
| INSOMNIA | | | | | | |
| NERVOUSNESS | | | | | | |
| MOOD SWINGS | | | | | | |
| DIARRHEA | | | | | | |
| CONSTIPATION | | | | | | |
| UNABLE TO EAT / FORCING FOOD | | | | | | |
| SHORTNESS OF BREATH WITH OR WITHOUT EXERTION | | | | | | |
| HEART PALPITATIONS | | | | | | |
| SHORT TERM MEMORY LOSS | | | | | | |
| HAIR LOSS | | | | | | |
| FATIGUE | | | | | | |
| DECREASED LIBIDO | | | | | | |
| TROUBLE WITH URINATION | | | | | | |
| DISORIENTATION / CONFUSION | | | | | | |
| METALLIC TASTE | | | | | | |
| PARESTHESIAS (NUMBNESS) | | | | | | |
| PLEASE INITIAL | | | | | | |

15

## ROBERT SKVERSKY, M.D., INC. – WEIGHT NO MORE

320 SUPERIOR AVENUE - #210
NEWPORT BEACH, CA 92663
OFFICE: (949) 645-2930
FAX:      (949) 645-1059

28441 RANCHO CALIFORNIA RD. #104
TEMECULA, CA 92590
OFFICE: (951) 699-0848
FAX:      (951) 699-0509

**PATIENT INFORMATION – PLEASE PRINT CLEARLY**

DATE: 4/25/09

PATIENT'S NAME: _Paula Rojeski_

SOC. SEC.#: 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

STREET ADDRESS: _32 Celestine_

SEX (CIRCLE): M or (F)

CITY: _Ladera Ranch_

DATE OF BIRTH: 12-15-55

STATE: _CA_   ZIP CODE: 92694

AGE: 53

HOME PHONE:(949) 364-3139

MARITAL STATUS: S

CELL PHONE: (714) 366-3763

EMAIL: pmrojeski@hotmail.com

HEIGHT: 5'4"   FRAME: _Large_

DRIVER'S LICENSE: N0849745

**EMPLOYER INFORMATION – (PARENT INFORMATION IF PATIENT IS A MINOR)**

EMPLOYER NAME: _Raytheon_

OCCUPATION: _Buyer_

EMPLOYER ADDRESS: _El Segundo_

WORK PHONE: 310/647-9716

EMPLOYER CITY: _"_

EXTENSION: _____

STATE: _CA_   ZIP CODE: _____

**ADDITIONAL INFORMATION – PERSON TO NOTIFY IN CASE OF EMERGENCY**

NAME: _Melissa Woodbridge_

PHONE:(714) 330-6117

REFERRED BY: _____

MEDICATIONS YOU TAKE: (Name, how often, dosage)

_None_

MEDICATIONS TO WHICH YOU ARE ALLERGIC:

_None_

*I UNDERSTAND THAT PAYMENT IS DUE IN FULL AT TIME OF TREATMENT.  I UNDERSTAND THAT WEIGHT NO MORE DOES NOT BILL ANY INSURANCE COMPANIES AND THEREFORE, I AM FINANCIALLY RESPONSIBLE FOR ALL SERVICES.*

_Paula Rojeski_
PATIENT SIGNATURE

16

292

## MEDICAL HISTORY

**MEDICAL:   HAVE YOU EVER BEEN TOLD THAT YOU HAD**

| | | |
|---|---|---|
| ❑ HYPERTENSION | ❑ HEART DISEASE | ❑ ULCERS |
| ❑ DIABETES | ❑ ANGINA | ❑ DEPRESSION |
| ❑ TUBERCULOSIS | ❑ HEART ATTACK | ❑ EMPHYSEMA |
| ❑ RHEUMATIC FEVER | ❑ KIDNEY DISEASE | ❑ ARTHRITIS |
| ❑ DIVERTICULITIS | ❑ HYPERCHOLESTEROLEMIA | ❑ OTHER_____ |
| | ❑ ASTHMA | _____ |

HAVE YOU HAD AN ELECTROCARDIOGRAM DONE IN THE PAST YEAR?  YES_____ NO_____

**SURGERIES**                    **AGE / YEAR PERFORMED**

TONSILS AND ADENOIDS      _____
APPENDECTOMY                 _____
OTHER: *Hysterectomy*        *51*   *2007*

**HOSPITALIZATIONS:**       **OTHER THAN SURGERIES NOTED ABOVE**

_____

_____

**FAMILY HISTORY:**  **ALIVE / DECEASED**    **AGE IF DECEASED**    **CAUSE**

| | | | |
|---|---|---|---|
| FATHER | D | 84 | heart disease |
| MOTHER | D | 81 | Cancer |
| BROTHERS | | | |
| SISTERS | A | 55 | |
| CHILDREN | | | |

DO ANY ILLNESSES RUN IN THE FAMILY?  IF YES, WHAT?

*NO*_____

**SOCIAL HISTORY:**

DO YOU SMOKE?            YES___ NO ✓      IF YES, FOR HOW MANY YEARS?_____
HOW MANY PACKS A DAY HAVE YOU AVERAGED OVER THOSE YEARS?_____

DO YOU DRINK ALCOHOL?   YES___ NO ✓
DO YOU DRINK COFFEE?    YES___ NO ✓      REGULAR____ DECAF_____ CUPS/DAY_____
DO YOU EXERCISE?        YES ✓ NO___      IF YES, TYPE AND FREQUENCY? *DAILY - WALKS*

ARE YOU PREGNANT?       YES___ NO ✓
DO YOU PLAN ON PREGNANCY IN THE NEXT 3 MONTHS:   YES___      NO ✓

17

## APPETITE SUPPRESSANT INFORMED CONSENT
### (WEIGHT NO MORE – ROBERT SKVERSKY, M.D., INC. AND ASSOCIATES)

**PROCEDURE AND ALTERNATIVES:** I authorize Robert Skversky, M.D., and associates to assist me in my weight reduction efforts. I understand my treatment may involve, but not be limited to, the use of appetite suppressants for more than 12 weeks and when indicated in higher doses than the dose indicated in the appetite suppressant labeling.

**I HAVE READ AND UNDERSTAND MY DOCTOR'S STATEMENTS THAT FOLLOW:** "Medications, including the appetite suppressants, have labeling worked out between the maker of the medication and the Food and Drug Administration. This labeling contains, among other things, suggestions for using the medication. The appetite suppressant labeling suggestions are generally based on shorter-term studies (up to 12 weeks) using the dosages indicated in the labeling.

As a bariatric physician, I have found the appetite suppressants helpful for periods far in excess of 12 weeks and at times in larger doses than those suggested in the labeling. As a physician, I am not required to use the medication as the labeling suggests but I do use the labeling as a source of information along with my own experience, the experience of my colleagues, recent longer term studies and recommendations of university based investigators. Based on these, I have chosen when indicated, to use the appetite suppressants for longer periods of time and at times, in increased doses. Such usage has not been as systematically studied as that suggested in the labeling as it is possible, as with most other medications, that there could be serious side effects as noted below. As a bariatric physician, I believe the probability of such side effects is outweighed by the benefit of the appetite suppressant use for longer periods of time and when indicated in increased doses. You must decide if you are willing to accept the risks of side effects, even if they might be serious, for the possible help of appetite suppressants."

I understand it is my responsibility to follow the instructions carefully and to report to the doctor treating me for my weight any significant medical problems that I think may be related to my weight control program as soon as reasonably possible. I understand the purpose of this treatment is to assist me in my desire to decrease my body weight and to maintain this weight loss. I understand my continuing to receive the appetite suppressant will be dependent on my progress in weight reduction and weight maintenance. I understand there are other ways and programs that can assist me in my desire to decrease my body weight and to maintain this weight loss.

**RISKS OF PROPOSED TREATMENT:** I understand this authorization is given with the knowledge that the use of appetite suppressants for more than 12 weeks and in higher doses than the dose indicated in the labeling involves some risks and hazards. The more common include: nervousness, sleeplessness, headaches, dry mouth, weakness, tiredness, psychological problems, medication allergies, high blood pressure, rapid heart beat and heart irregularities. These and other risks could, on occasion, be serious or fatal.

**RISKS ASSOCIATED WITH BEING OVERWEIGHT OR OBESE:** I am aware that there are certain risks associated with remaining overweight or obese. Among them are tendencies to high blood pressure, to diabetes, to heart attack and heart disease, and to arthritis of the joints, hips, knees and feet. I understand these risks may be modest if I am not very much overweight but that these risks can go up significantly with more overweight.

**NO GUARANTEES:** I understand that much of the success of the program will depend on my efforts and that there are no guarantees or assurances that the program will be successful. I also understand that I will have to continue watching my weight all of my life if I am to be successful. I understand that payment in full for all visits and testing is due at the time of my visits, and by submitting to services and testing, I agree to pay for same in full. Medicare does not, and Blue Cross and other medical insurance may or may not pay for your treatment. You will be given a statement to send in to your insurance carrier for reimbursement upon request, but payment in full for your services is due at the time of your visits. I acknowledge and agree to pay all fees as follows. All fees subject to change without notice.

**PATIENT'S CONSENT:** I have read and fully understand this consent form and I realize I should not sign this form if all items have not been explained or any questions I have concerning them have not been answered to my complete satisfaction. I have been urged to take all the time I need in reading and understanding this form and in talking with my doctor regarding risks associated with the proposed treatment and regarding other treatments not involving the appetite suppressants. You may contact my MD about my progress.

**WARNING:** IF YOU HAVE ANY QUESTIONS AS TO THE RISKS OR HAZARDS OF THE PROPOSED TREATMENT, OR ANY QUESTIONS WHATSOEVER CONCERNING THE PROPOSED TREATMENT OR OTHER POSSIBLE TREATMENTS, ASK YOUR DOCTOR BEFORE SIGNING.

PATIENT'S SIGNATURE: _Paula Rojishi_     DATE: _4/25/09_

**PHYSICIAN / ASSOCIATE DECLARATION:** I have explained the contents of this document to the patient and have answered all the patient's related questions, and to the best of my knowledge, I feel the patient has been adequately informed concerning the benefits and risks associated with the use of the appetite suppressants, the benefits and risks associated with alternative therapies, and the risks of continuing in an overweight state. After being adequately informed, the patient has consented to therapy involving appetite suppressants as stated.

PHYSICIAN'S/ASSOCIATE'S SIGNATURE: _____ DATE: _____

18

**Please Complete Highlighted Blue Section Only**

---

| ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES |
|---|

Notice to Patient:

We are required to provide you with a copy of our *Notice of Privacy Practices*, which states how we may use and/or disclose your health information.   Please sign this form to acknowledge receipt of the Notice.  You may refuse to sign this acknowledgement, if you wish. Our *Notice of Privacy Practices* is subject to change.  If we change our notice, you may obtain a copy of the revised notice by contacting our Privacy Officer at (949) 645-2930.

---

By signing this form, you acknowledge receipt of the *Notice of Privacy Practice* of Robert Skversky, M.D. (Weight No More)

*Paula Rojeski*
Please print your name here

*Paula Rojeski*
Signature

*4/25/09*
Date

---

**FOR OFFICE USE ONLY**

We have made every effort to obtain written acknowledgement of receipt of our Notice of Privacy from this patient but it could not be obtained because:

☐   The patient refused to sign.

☐   Due to an emergency situation, it was not possible to obtain an acknowledgement.

☐   We weren't able to communicate with the patient.

☐   Other *(Please provide specific details)*

_____

_____

_____

_____

_____                    _____
Employee Signature                                         Date

---

| HIPAA Acknowledgement of Receipt of the Notice of Privacy Practices<br>*This form does not constitute legal advice and covers only federal, not state, law.* |
|---|

19

Article 5: **Revocation:** This agreement may be revoked by written notice delivered to the physician within 30 days of signature and if not revoked will govern all medical services to the physician within 30 days of signature and if not revoked will govern all medical services received by the patient.

Article 6: **Retroactive Effect:** If the patient intends this agreement to cover services rendered before the date it is signed (including, but not limited to, emergency treatment) patient should initial below.

Effective as of the date of first medical services.

_____
Patient's or Patient's Representative's Initials

If any provision of this arbitration agreement is held invalid or unenforceable, the remaining provisions shall remain in full force and shall not be affected by the invalidity of any other provision.

I understand that I have the right to receive a copy of this arbitration agreement. By my signature below, I acknowledge that I have received a copy.

**NOTICE: BY SIGNING THIS CONTRACT YOU ARE AGREEING TO HAVE ANY ISSUE OF MEDICAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL. SEE ARTICLE 1 OF THIS CONTRACT.**

By: _____    _____
    Patient's Signature                    (Date)

_____
Print Patient's Name

By: _____    By: _____
    Robert Skversky, M.D.        (Date)     Patient's Representative's Signature        (Date)

_____
Print Name and Relationship to Patient

A signed copy of this document is to be given to the Patient. Original is to be filed in Patient's medical records.

#11-CUSTOM ® BIBBERO SYSTEMS, INC. • PETALUMA, CA • © 02/06 (FM46293.01)



**WEIGHT NO MORE**
*Effective, physician-supervised weight-management solutions*

**Robert Skversky, MD**
Director

**MD:** Hahnemann University,
Philadelphia, PA. 1970

**BS:** Penn State University, State
College, PA

**Residency:** Hoag Memorial
Hospital, Newport Beach, CA

**Diplomate:** American Board
of Family Practice, 1974

**Member:** American
Medical Association, American
Society of Bariatric Physicians,
Orange County Medical As-
sociation

Medically supervised programs
for long-term weight management

▮ Adults

▮ Adolescents

▮ Sleep apnea

▮ Snoring

The conveniences
you deserve

▮ Visa, MasterCard,
American Express and
Discover welcome

▮ Early morning,
afternoon, evening and some
Saturday appointments

▮ Free parking

▮ Handicapped-
accessible

▮ 24-hour emergencies

November 15, 2012

Centurion Law Group, P.C.
Attention: Ms. Maureen Jaroscak
9107 Wilshire Boulevard - #450
Beverly Hills, CA 90210
Ofc:    888-942-9997
Fax:    888-942-9997
Email: Mjaroscak@centurionlawgroup.com

Re:    Records for Paula Rojeski
DOB:   12/15/1955

The medical records for Ms. Paula Rojeski have been reviewed, and are available to be copied. Our fee for reviewing and preparing the records is $15.00, and can be made payable to Robert Skversky, M.D., Inc.

Please provide a copy service to come to our office location to process these records. Our office hours are:

| Mon | 9AM - 11AM | 2PM - 4PM |
| Tue | 730AM - 10AM | 1PM - 3PM |
| Wed | Closed | |
| Thu | 9AM – 11AM | 2PM – 4PM |
| Fri | 730AM – 11AM | |

If you have additional questions, please contact me at (949) 645-2930.

Sincerely,

*Ingrid C. Ono*

Ingrid C. Ono
Robert Skversky, M.D., Inc.

320 Superior Ave., Suite 210 ▮ Newport Beach, CA 92663 ▮ (949) 645-2930
31537 Rancho Pueblo Rd., Suite 105 ▮ Temecula, CA 92592 ▮ (951) 699-0848
Fax: (949) 645-1059 ▮ www.weightnomore.com

21



# CENTURION LAW GROUP, P.C.
9107 WILSHIRE BLVD. SUITE 450
BEVERLY HILLS, CA 90210
TEL: (888) 942-9997
FAX: (888) 942-9997
MJAROSCAK@CENTURIONLAWGROUP.COM

---

| | | | |
|---|---|---|---|
| **TO:** | Custodian of Records for Robert Skversky, M.D. | **FAX NO.:** | (949) 645-1059 |
| **DATE:** | October 26, 2012 | **TIME:** | 1:30 p.m. |
| **RE:** | Estate of Paula M. Rojeski | **PAGES:** | 10 |

Dear Sirs:

Pursuant to your recent conversation with Brian Oxman of our office, accompanying this fax are the following:

(1) Subpoena to Dr. Skversky for records regarding Paula Rojeski;

(2) Declaration in Support of Subpoena Duces Tecum;

(3) Notice to Consumer;

(4) Declaration of Custodian or Records.

You have agreed to accept service of the subpoena by fax instead by a process server. If this does not accurately reflect our agreement, please let us know immediately.

If you have any questions, please contact us.

Very truly yours,

Maureen Jaroscak
Senior Case Manager
(714) 514-1317 cell

MPJ:ma
Attachments

22

298

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Konrad L. Trope, Esq. (SB 133214)<br>CENTURION LAW GROUP, P.C.<br>9107 Wilshire Blvd., Ste. 450, Beverly Hills, CA 90210<br>TELEPHONE NO.: (888) 942-9997     FAX NO.: (888) 942-9997<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*:  Creditor, Valley Surgical Center, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS:   341 The City Drive
MAILING ADDRESS:   341 The City Drive
CITY AND ZIP CODE:   Orange 92868
BRANCH NAME:   Lemoreaux Justice Center

PLAINTIFF/PETITIONER:  Estate of Paula M. Rojeski

DEFENDANT/RESPONDENT:

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>30-2012-00593622 |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
Custodian of Records for Robert Skversky, M.D. dba Weight No More

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer)*: CENTURION LAW GROUP, P.C.
On *(date)*: November 16, 2012                     At *(time)*: 10:00 a.m.
Location *(address)*: 9107 Wilshire Blvd., Ste. 450, Beverly Hills, CA 90210
Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☑ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows (if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):

   ☑ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date Issued: October 17, 2012

Konrad L. Trope, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)

Attorney for Creditor, Valley Surgical Center LLC
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-010 [Rev. January 1, 2012]

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Page 1 of 2

Code of Civil Procedure, §§ 2020.410-2020.440;
Government Code, § 68097.1
www.courts.ca.gov

23

424 777 0504

`3:56:51    10-26-2012        3/11

**ATTACHMENT 3**

Subpoena to Custodian of Records for Robert Skversky, M.D. dba Weight No More,
320 Superior, Suite 210, Newport Beach, CA 90260

The items described in the following Affidavit to be produced pursuant to this subpoena
are as follows:

REQUEST NO. 1:
All DOCUMENTS evidencing any medical treatment or heath care worker provided
services to Paula Marie Rojeski, Date of Birth 12-15-55; Date of Death 9-8-11, Social Security
No. 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.

REQUEST NO. 2:
All COMMUNICATIONS OR CORRESPONDENCE you have had with any person,
business, or other entity regarding the care or treatment of Paula Marie Rojeski.

REQUEST NO. 3:
All DOCUMENTS concerning the medical records for Paula Marie Rojeski, including
medical records, autopsy reports, autopsy photographs, autopsy recordings, toxicology reports,
specimen slides, treatments, prescriptions, medications, billings, business records, financial
records, payments records, or consultations regarding the above-named patient, including but not
limited to ambulance reports, admissions reports, discharge reports, history, laboratory results,
physicians, nurses, and physical therapy treatment records, autopsy reports, postmortem
examinations, diagnosis, prognosis, assessments, progress notes, X-rays, MRI scans, laboratory
slides, pharmacy records, drug dispensing records, laboratory specimens, prescriptions,
recommended medications, physical therapy reports, billing records, X-ray reports, matters
contained in and pertaining to outpatient clinics, emergency records, in-patient care records, and
all other matters respecting any health care treatment or examination of the patient.

24

424 777 0504

`3:57:07   10-26-2012      4/11

CENTURION LAW GROUP, P.C.
Konrad L. Trope, Esq. (Bar No. 133214)
9107 Wilshire Blvd., Ste. 450
Beverly Hills, CA 90210
Telephone: (888) 942-9997
Fax: (562) 495-0564
ktrope@centurionlawgroup.com


Attorneys for Creditor,
Valley Surgical Center, LLC

---

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| In the Estate of: | 30-2101-00593622 |
| Paula Marie Rojeski, | |
| Deceased, | |
| | DECLARATION AND APPLICATION FOR SUBPOENA DUCES TECUM |

---

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

   1. The undersigned states: That he is the attorney of record for Creditor, Valley Surgical Center, in the above-entitled action and that this cause has been duly set for Deposition on November 16, 2012 at 10:00 a.m., at the law offices of Centurion Law Group, P.C., 9107 Wilshire Blvd., Ste. 450, Beverly Hills, California 90210.

   2. Witness the Custodian of Records for Dr. Robert Skversky, dba Weight No More, 320 Superior, Suite 210, Newport Beach, CA 90260, has in his possession or control the following documents, objects, or other tangible things:

   A. INSTRUCTIONS AND DEFINITIONS:

   (1) As used herein, the term "DOCUMENT" or "DOCUMENTS" means any

1                APPLICATION FOR SUBPOENA

25

424 777 0504

handwritten, recorded, typed, printed, pictorial, or graphic matter whatsoever, however produced or reproduced, and including without limitation, all "WRITINGS" as defined in California Evidence Code § 250. The term "DOCUMENT" or "DOCUMENTS" also includes any data compilation of any sort, whether stored magnetically, electronically, or otherwise, from which information can be obtained, translated, or, if necessary, through detection devices into reasonably usable form. Any comment or notation appearing on any document, and not a part of the original text, is considered a separate document and any copy, draft, or preliminary form of any document is also considered a separate document.

(2)  As used herein, the term "DOCUMENT" is intended to include within its scope each and every "ORIGINAL" (as the term is defined in California Evidence Code Section 255), and each and every "DUPLICATE" (as the term is defined in Evidence Code Section 260), of each and every "WRITING" (as the term is defined in California Evidence Code § 250) described in the requests set forth below.  All such documents are meant to referred to those DOCUMENTS which are within your possession and control, or subject to your possession or control.

(3)  As used herein, "ACCOUNT" shall include, but not be limited to, any bank account, saving account, certificate of deposit, share draft account, time deposit, money market account, trust accounts, Individual Retirement Account, 401K account, credit card account, revolving credit account, or other financial instrument or demand deposit.  Where DOCUMENTS are requested concerning such ACCOUNTS, you shall produce all records of monthly statements, cancelled checks, deposit checks and drafts, deposit records and receipts, wire transfers, wire deposits, automatic withdrawals or deposits, monthly charges, interest payments, and fees.

(4)  As used herein, the "RESPONDENT" refers to the Estate of Paula Marie Rojeski, Date of Birth 12-15-55; Date of Death 9-8-11, Social Security No. 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, or any person who is its representative, agent, or acting on their behalf, including his partners, corporations, or business entities where he may have a property or ownership interest.  The term "RESPONDENT" refers to all the individuals mentioned in this paragraph individually, whether or not the names of the others persons identified in this paragraph appear or are mentioned in the DOCUMENT.  The term "RESPONDENT" also include present and former attorneys, agents, representatives, and any other persons acting on behalf of RESPONDENT.

(5)  As used herein, the "OBJECTION" refers to the reports, claims, or allegations made by Valley Surgical Center, LLC., which are stated in the OBJECTION in the case of the Estate of Paula Marie Rojeski, Orange County Superior Court Case No. 30-2101-00593622.

(6)  "YOU" or "YOURS" refers to the Custodian of Records of Dr. Robert Skversky, dba Weight No More, the company, person, business, or other entity for which YOU work, and all of their agents, representatives, employees, attorneys, or any person or business entity acting on their behalf.

(7)  As used herein, "PERSON" or "PERSONS" means any natural individual in any capacity whatsoever, and all entities of every description, including, but not limited to,

2                    APPLICATION FOR SUBPOENA

424 777 0504

`3:57:42    10-26-2012        6/11`

associations, organizations (public or private), agencies, companies, partnerships, joint ventures, corporations, and trusts.

(8) As used herein, "REPRESENTATIVE" or "REPRESENTATIVES" means any person (as defined herein) who acts, has at any time acted, or has purported to act, at the request of, for the benefit of, or on behalf of another, including, but not limited to, the parents, guardians, or agents of such REPRESENTATIVE, businesses, partnership, corporation, in which they have an interest or association as reflected in YOUR records.

(9) As used herein, the term "COMMUNICATION" is to be interpreted comprehensively, and means any instance in which information was exchanged between or among two or more persons, including any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, and all understanding or exchanges of information between or among two or more persons.

(10) As used herein, the term "CORRESPONDENCE" means any handwritten, printed, typed, or otherwise recorded communication whatsoever between or among two or more persons, and includes, without limitation, memoranda, letters, notes, telegrams, telexes, facsimile transmissions, email records, and marginal notations or comments.

(11) As used herein, the term "DOCUMENTS" refers to

a. all CORRESPONDENCE or COMMUNICATIONS, in your possession or control;

b. every written record of every type and description that is in your possession, custody, or control, or which you have knowledge, including correspondence, notes, memoranda, letters, stenographic or hand written notes, voice recording, e-mails, electronic communications, electronic stored data, minutes, voice recordings, video recordings, every copy of such writing or record of the original which is not in your possession, custody, or control, and every copy of such writing or record where such copy contains any commentary or notation whatsoever that does not appear on the original;

c. as to all health care providers, in addition to the foregoing, DOCUMENTS refers to medical records, autopsy reports, autopsy photographs, autopsy recordings, toxicology reports, specimen slides, treatments, prescriptions, medications, billings, business records, financial records, payments records, or consultations regarding the above-named patient, including but not limited to ambulance reports, admissions reports, discharge reports, history, laboratory results, physicians, nurses, and physical therapy treatment records, autopsy reports, postmortem examinations, diagnosis, prognosis, assessments, progress notes, X-rays, MRI scans, laboratory slides, pharmacy records, drug dispensing records, laboratory specimens, prescriptions, recommended medications, physical therapy reports, billing records, X-ray reports, matters contained in and pertaining to outpatient clinics, emergency records, in-patient care records, and all other matters respecting any health care treatment or examination of the patient.

3          APPLICATION FOR SUBPOENA

27

424 777 0504

## B. DOCUMENTS TO BE PRODUCED:

**REQUEST NO. 1:**
   All DOCUMENTS evidencing any medical treatment or heath care worker provided services to Paula Marie Rojeski, Date of Birth 12-15-55; Date of Death 9-8-11, Social Security No. 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.

**REQUEST NO. 2:**
   All COMMUNICATIONS OR CORRESPONDENCE you have had with any person, business, or other entity regarding the care or treatment of Paula Marie Rojeski.

**REQUEST NO. 3:**
   All DOCUMENTS concerning the medical records for Paula Marie Rojeski, including medical records, autopsy reports, autopsy photographs, autopsy recordings, toxicology reports, specimen slides, treatments, prescriptions, medications, billings, business records, financial records, payments records, or consultations regarding the above-named patient, including but not limited to ambulance reports, admissions reports, discharge reports, history, laboratory results, physicians, nurses, and physical therapy treatment records, autopsy reports, postmortem examinations, diagnosis, prognosis, assessments, progress notes, X-rays, MRI scans, laboratory slides, pharmacy records, drug dispensing records, laboratory specimens, prescriptions, recommended medications, physical therapy reports, billing records, X-ray reports, matters contained in and pertaining to outpatient clinics, emergency records, in-patient care records, and all other matters respecting any health care treatment or examination of the patient.

   3.   The above documents are material to the issues involved in the case by reason of the following facts:

   A.   The requested materials will establish Valley Surgical Center's rights in connection with the Estate of Paula Marie Rojeski, including its right to reimbursement for medical procedures, right to compensation for Paula Rojeski's fraud in connection with her request for medical care, and payments which are due from the Estate of Paula Marie Rojeski to Valley Surgical Center;

   B.   The requested material will establish Valley Surgical Center's entitlement to make claims against Paula Rojeski, her estate, and third persons on its own behalf or on behalf of the Estate of Paula Rojeski;

   C. The information sought will lead to witness, documents, and discoverable evidence that will show the validity of claims made in Valley Surgical Center's OBJECTION in the Orange County Superior Court.

   D. The information sought by this subpoena will disclose motives, biases, and exaggerations on behalf of and engaged in by the various persons identified in the above requests who are witnesses in this proceeding;

4            APPLICATION FOR SUBPOENA

28

424 777 0504                                                          3:58:25  10-26-2012    8/11

E. The information sought contains information regarding the background, motives, state of mind, character and reputation for veracity of the parties to this proceeding, and various claims which should be made against third parties regarding the Estate of Paula Marie Rojeski.

F.      The requested documents and/or information contains the prior inconsistent statements, recollections, observations, and reactions of RESPONDENT to the events and circumstances which gave rise to the OBJECTION in the Orange County Superior Court;

G   The requested materials constitute evidence of a motive, financial and otherwise, regarding various persons and claimants involved in the Estate of Paula Marie Rojeski.

4.  Good cause exists for the production of the above described matters and things by reason of the following facts:

A.  The subpoenaed party is the sole and exclusive source of all such information, and no other person, business, or other entity has possession or control of such information.

B.  The medical information requested in the Subpoena is essential to establish the Estate's responsibility and ability to pay obligations due or owing in this proceeding;

C. The information requested by this Subpoena discloses RESPONDENT's motive, intent, and conscious state of mind of persons making various claims in the Orange County Superior Court, along with persons directing, counseling and controlling those claims in the Orange County Superior Court action.

D. No other source exists for such information because such disclosures were made only in the records of the subpoenaed party, and the only person with such information is the subpoenaed party.

WHEREFORE, request is made that the Subpoena Duces Tecum issue.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed this __th day of October, 2012 at Beverly Hills, California.

Konrad L. Trope

5          APPLICATION FOR SUBPOENA

29

424 777 0504                                            3:58:40   10-26-2012      9 /11

**SUBP-025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Konrad L. Trope, Esq. (SB 133214) CENTURION LAW GROUP, P.C. 9107 Wilshire Blvd., Ste. 450 Beverly Hills, CA 90210 | |

TELEPHONE NO.: (888) 942-9997        FAX NO. *(Optional):* (888) 942-9997

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name)*: Creditor, Valley Surgical Center

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: 341 The City Drive
MAILING ADDRESS: 341 The City Drive
CITY AND ZIP CODE: Orange 92868
BRANCH NAME: Lemoreaux Justice Center

PLAINTIFF/ PETITIONER: Estate of Paula M. Rojeski

DEFENDANT/ RESPONDENT:

CASE NUMBER:

30-2012-00593622

NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION
(Code Civ. Proc., §§ 1985.3,1985.6)

### NOTICE TO CONSUMER OR EMPLOYEE

TO *(name)*:  Estate of Paula M. Rojeski

1.  PLEASE TAKE NOTICE THAT **REQUESTING PARTY** *(name)*: Valley Surgical Center, LLC.
    SEEKS YOUR RECORDS FOR EXAMINATION by the parties to this action on *(specify date)*: November 16, 2012
    The records are described in the subpoena directed to witness *(specify name and address of person or entity from whom records are sought)*: Custodian of Records for Robert Skversky, M.D., dba Weigh No More  (See Attachment)
    A copy of the subpoena is attached.

2.  IF YOU OBJECT to the production of these records, YOU MUST DO ONE OF THE FOLLOWING BEFORE THE DATE SPECIFIED. IN ITEM a. OR b. BELOW:

    a.  If you are a party to the above-entitled action, you must file a motion pursuant to Code of Civil Procedure section 1987.1 to quash or modify the subpoena and give notice of that motion to the witness and the deposition officer named in the subpoena at least five days before the date set for production of the records.

    b.  If you are not a party to this action, you must serve on the requesting party and on the witness, before the date set for production of the records, a written objection that states the specific grounds on which production of such records should be prohibited. You may use the form below to object and state the grounds for your objection. You must complete the Proof of Service on the reverse side indicating whether you personally served or mailed the objection. The objection should not be filed with the court. **WARNING: IF YOUR OBJECTION IS NOT RECEIVED BEFORE THE DATE SPECIFIED IN ITEM 1, YOUR RECORDS MAY BE PRODUCED AND MAY BE AVAILABLE TO ALL PARTIES.**

3.  YOU OR YOUR ATTORNEY MAY CONTACT THE UNDERSIGNED to determine whether an agreement can be reached in writing to cancel or limit the scope of the subpoena. If no such agreement is reached, and if you are not otherwise represented by an attorney in this action, YOU SHOULD CONSULT AN ATTORNEY TO ADVISE YOU OF YOUR RIGHTS OF PRIVACY.

Date: October 17, 2012

Konrad L. Trope, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ☐ REQUESTING PARTY ☑ ATTORNEY)

### OBJECTION BY NON-PARTY TO PRODUCTION OF RECORDS

1.  ☐  I object to the production of all of my records specified in the subpoena.

2.  ☐  I object only to the production of the following specified records:

3. The specific grounds for my objection are as follows:

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE)

*(Proof of service on reverse)*

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-025 [Rev. January 1, 2008]

**NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**

Page 1 of 2
Code of Civil Procedure,
§§ 1985.3, 1985.6,
2020.010–2020.510
www.courtinfo.ca.gov

30

4247770504

3:59:01   10-26-2012   10/11

**SUBP-025**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Estate of Paula M. Rojeski | |
| DEFENDANT/RESPONDENT: | 30-2012-00593622 |

## PROOF OF SERVICE OF NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION
### (Code Civ. Proc., §§ 1985.3, 1985.6)

☐ Personal Service   ☑ Mail

1. At the time of service I was at least 18 years of age and not a party to this legal action.
2. I served a copy of the *Notice to Consumer or Employee and Objection* as follows (*check either a or b*):
   a. ☐ **Personal service.** I personally delivered the *Notice to Consumer or Employee and Objection* as follows:
      (1) Name of person served:                                    (3) Date served:
      (2) Address where served:                                     (4) Time served:
   b. ☑ **Mail.** I deposited the *Notice to Consumer or Employee and Objection* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
      (1) Name of person served: John P. Golden, Attorney           (3) Date of mailing: October 17, 2012
      (2) Address:                                                  (4) Place of mailing (*city and state*):
      160 Bovert Road, Suite 305, San Mateo, CA 94402                   Beverly Hills, CA 90210
      (5) I am a resident of or employed in the county where the *Notice to Consumer or Employee and Objection* was mailed.
   c. My residence or business address is (*specify*):  9107 Wilshire Blvd., Suite 450, Beverly Hills, CA 90211
   d. My phone number is (*specify*):  888 942 9997

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: October 17, 2012

Cathleen Atkinson                                         ▶ *Cathleen Atkinson* (signature)
_____                                 _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED)                (SIGNATURE OF PERSON WHO SERVED)

## PROOF OF SERVICE OF OBJECTION TO PRODUCTION OF RECORDS
### (Code Civ. Proc., §§ 1985.3, 1985.6)

☐ Personal Service   ☐ Mail

1. At the time of service I was at least 18 years of age and not a party to this legal action.
2. I served a copy of the *Objection to Production of Records* as follows (*complete either a or b*):
   a. **ON THE REQUESTING PARTY**
      (1) ☐ **Personal service.** I personally delivered the *Objection to Production of Records* as follows:
         (i) Name of person served:                                 (iii) Date served:
         (ii) Address where served:                                 (iv) Time served:
      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (i) Name of person served:                                 (iii) Date of mailing:
         (ii) Address:                                              (iv) Place of mailing (*city and state*):
         (v) I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.
   b. **ON THE WITNESS**
      (1) ☐ **Personal service.** I personally delivered the *Objection to Production of Records* as follows:
         (i) Name of person served:                                 (iii) Date served:
         (ii) Address where served:                                 (iv) Time served:
      (2) ☐ **Mail.** I deposited the *Objection to Production of Records* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
         (i) Name of person served:                                 (iii) Date of mailing:
         (ii) Address:                                              (iv) Place of mailing (*city and state*):
         (v) I am a resident of or employed in the county where the *Objection to Production of Records* was mailed.
3. My residence or business address is (*specify*):
4. My phone number is (*specify*):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

                                                          ▶
_____                                 _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED)                (SIGNATURE OF PERSON WHO SERVED)

SUBP-025 [Rev. January 1, 2008]    **NOTICE TO CONSUMER OR EMPLOYEE AND OBJECTION**    Page 2 of 2

31

## DECLARATION OF CUSTODIAN OF RECORDS
### Custodian of Records, Robert Skversky, MD dba Weight No More

I, _____, declare and say:

(1) I am the duly authorized Custodian of Records for Robert Skversky, MD, dba Weight No More, and I have the authority to certify such records.

(2) The copies of the records attached hereto are a true copy of records which are kept by, or in the possession of Robert Skversky, MD, dba Weight No More.

(3) These records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event, and the times specified on the records.

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct.

Executed this ____ day of _____, 2012, at _____ California.

_____

Custodian of Records

32

# ROBERT SKVERSKY, M.D., INC.

☑ Newport Medical Arts Building
320 Superior Ave., Suite 210
Newport Beach, CA 92663
(949) 645-2930, Fax: (949) 645-1059

⌐┘ 31537 Rancho Pueblo Road
Suite 105
Temecula, CA 92592
**(951) 699-0848, Fax: (951) 699-0509**

| DATE | PREVIOUS BALANCE | CHARGES | PAYMENT CREDITS | ADJUST. | CURRENT BALANCE | | |
|---|---|---|---|---|---|---|---|
| 11/12/12 | | 15 | 15 | | | Paula Kojeske | 303544 |

☐ CASH   ☑ CHECK No. 106 61973   ☐ C.C.

| ✓ CPT | MEDICATIONS | NDC | DOSE | QTY | FEE |
|---|---|---|---|---|---|
| ☐ J8499 | Adipex-P | 57844-009-58 | 37.5 mg | | |
| ☐ J8499 | Armour Thyroid | 0456-0458-01 | 30 mg | | |
| ☐ J8499 | Armour Thyroid | 0456-0459-01 | 60 mg | | |
| ☐ J8499 | Armour Thyroid | 0456-0461-01 | 120 mg | | |
| ☐ J8499 | Benzphetamine | 64576-650-31 | 50 mg | | |
| ☐ J8499 | Bupropion-SR | 0591-0839-60 | 150 mg | | |
| ☐ J8499 | Cialis | 0002-4464-30 | 20 mg | | |
| ☐ J8499 | Citalopram | 64720-172-10 | 40 mg | | |
| ☐ J8499 | Didrex | 0009-0024-02 | 50 mg | | |
| ☐ J8499 | Lexapro | 0456-2020-01 | 20 mg | | |
| ☐ J8499 | Levoxyl (Synthroid) | 0378-1809-01 | 0.1 mg | | |
| ☐ J8499 | Phentermine | 0185-1000-10 | 30 mg | | |
| ☐ J8499 | Phentermine | 10702-025-10 | 37.5 mg | | |
| ☐ J8499 | Potassium Chloride | 0781-1526-10 | 10 mEq | | |
| ☐ J8499 | Sertraline (Zoloft) | 5976-2491-01 | 100 mg | | |

| ✓ CPT | MEDICATIONS | NDC | DOSE | QTY | FEE |
|---|---|---|---|---|---|
| ☐ J8499 | Temazepam (Restoril) | 0228-2077-50 | 30 mg | | |
| ☐ J8499 | Topamax | 50458-642-65 | 200 mg | | |
| ☐ J8499 | Topiramate | 0093-0155-06 | 25 mg | | |
| ☐ J8499 | Topiramate | 0093-7219-06 | 100 mg | | |
| ☐ J8499 | Trazodone (Desyrel) | 50111-433-02 | 50 mg | | |
| ☐ J8499 | Triamterene/HCTZ (Dyazide) | 0781-2074-10 | 37.5/25 mg | | |
| ☐ J8499 | Viagra | 0069-4220-30 | 100 mg | | |
| ☐ A9153 | Vitamins-UltraNutrient | | | | |
| ☐ J8499 | Xenical | 0004-0256-52 | 120 mg | | |
| ☐ J8499 | Zoloft | 0049-4910-30 | 100 mg | | |
| ☐ J8499 | Zolpidem (Ambien) | 60505-2605-8 | 10 mg | | |
| ☐ J8499 | Zonisamide (Zonegran) | 64679-890-01 | 100 mg | | |

**NEW PATIENT** FEE
☐ 99203 ___
☐ ___

**ESTABLISHED PATIENT** FEE
☐ 99213 ___
☐ 99214 ___
☒ _COMPLEX_
☐
☐ _Weight med_ 15
☐ LAB RECORDS
_records._

| ✓ CPT | OUTSIDE LABORATORY – 90 | FEE |
|---|---|---|
| ☐ (1) Chemistry Panel | | |
| ☐ (2) Chemistry Panel + | | |
| | CBC w/diff., Free T3, T4, TSH, UA | |
| ☐ (3) Hormone Profile - includes | | |
| | F & T Testos, DHEA-S, E2, Prog | |
| ☐ 80061 | Lipid Panel | |
| ☐ 84520 | BUN | |
| ☐ 85025 | CBC w/Diff | |
| ☐ 82465 | Cholesterol | |
| ☐ 82670 | Estradiol (E2) | |
| ☐ 83001 | FSH | |
| ☐ 82977 | GGTP | |
| ☐ 82947 | Glucose | |

| ✓ CPT | OUTSIDE LABORATORY – 90 | FEE |
|---|---|---|
| ☐ 83036 | GlycoHgB (A1C) | |
| ☐ 83718 | HDL | |
| ☐ 86140 | HS CRP | |
| ☐ 83540 | Iron | |
| ☐ 83615 | LDH | |
| ☐ 84132 | Potassium | |
| ☐ 84144 | Progesterone | |
| ☐ 85610 | Protime (PT) | |
| ☐ 85730 | PTT | |
| ☐ 84153 | PSA | |
| ☐ 84450 | SGOT | |
| ☐ 84460 | SGPT | |
| ☐ 84295 | Sodium | |

| ✓ CPT | OUTSIDE LABORATORY – 90 | FEE |
|---|---|---|
| ☐ 84487 | T3, Free | |
| ☐ 84436 | T4, Free | |
| ☐ 84402 | Testosterone, Free | |
| ☐ 84403 | Testosterone, Total | |
| ☐ 84478 | Triglycerides | |
| ☐ 84443 | TSH | |
| ☐ 81001 | Urinalysis w/Micro | |
| ☐ 82307 | Vitamin D, 25-Hydroxy | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |
| ☐ | | |

## DIAGNOSIS:

| | ICD-9 | | |
|---|---|---|---|
| ☐ Abnormal Weight Gain | .783.1 | ☐ Gastroesophageal Reflux | .530.81 |
| ☐ Arteriosclerotic Heart Disease | .414.0 | ☐ Hypercholesterolemia | .272.0 |
| ☐ Cardiopulmonary Obesity Syndrome | .278.8 | ☐ Hyperinsulinemia | .251.1 |
| ☐ Chronic Fatigue Syndrome | ./80.71 | ☐ Hyperlipidemia | .272.2 |
| ☐ Chronic Liver Disease, Unspec. | .571.9 | ☐ Hypertension, Essential, Benign | .401.1 |
| ☐ Chronic Venous Insufficiency | .459.81 | ☐ Hypertriglyceridemia | .272.1 |
| ☐ Degenerative Disc Disease | .715.00 | ☐ Hypothyroidism, Unspecified | .244.9 |
| ☐ Depression | .311 | ☐ Irritable Bowel Syndrome | .564.1 |
| ☐ Diabetes Mellitus, Type II | .250.20 | ☐ Migraine | .346.9 |
| ☐ Dietary Surveillance & Counseling | .V65.3 | ☐ Narcolepsy | .347 |
| ☐ Dysmetabolic Syndrome | .277.7 | ☐ Obesity, Endogenous | .259.9 |
| ☐ Family History of Diabetes Mellitus | .V18.0 | ☐ Obesity, Morbid | .278.01 |
| ☐ Family History of Hypertension | .V17.4 | ☐ Obesity, Unspecified | .278.00 |
| ☐ Family History of Other Endocrine/Metabolic Disorder V18.1 | | ☐ Osteoarthritis | .715.89 |
| ☐ Fatigue/Malaise | .780.09 | ☐ Premenstrual Dysphoric Syndrome | .625.4 |
| ☐ Fatigue/Malaise Due to Other Meds | .780.79 | ☐ Reactive Hypoglycemia | .251.2 |
| ☐ Fibromyalgia | .729.1 | ☐ Sleep Apnea | .780.57 |
| | | ☐ Varicose Veins | .454.9 |

**INSTRUCTIONS TO PATIENTS  FOR FILING INSURANCE CLAIMS:**
Mail this form directly to your insurance company.
Attach your own insurance company's form if available.

*Please remember that payment is your obligation,
regardless of insurance.*

OTHER DIAGNOSIS:

**PHYSICIAN'S SIGNATURE**   Lic. # G-21450   IRS # 95-2979638
NPI # 1467546481

*Robert Skversky, MD*

**LAB TESTS**
All outside lab tests are performed by UNILAB. Actual costs are amount billed less $40.00 for collection, processing, handling and follow-up.

RETURN: _____ DAYS   _____ WEEKS   _____ MONTHS

33

INSUR-A-BILL ® BIBBERO SYSTEMS, INC. • PETALUMA, CA • © 02/95 • (SB46293.01-01)   (REV 09/10)

# Statement of Account

Robert Skversky, M.D., Inc.
320 Superior Avenue - # 210
Newport Beach, CA 92663

*COPY OF BILLING RECORDS FOR COMPEX*

| Account No. |
|---|
| ROJES01000 |

| Page # |
|---|
| 1 |

PAULA ROJESKI
32 CELESTINE
LADERA RANCH, CA 92694

| Date |
|---|
| 11/15/2012 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 09/12/2009 | PAULA | EST. PT. OFFICE VISIT | 555 | 50.00 | |
| 09/12/2009 | PAULA | ADIPEX-P 37.5MG #60 | 555 | 124.00 | |
| 09/12/2009 | PAULA | CHECK | 555 | | -174.00 |
| 02/10/2001 | PAULA | EST. PT. OFFICE VISIT | 20268 | 45.00 | |
| 02/10/2001 | PAULA | COMP METABOLIC PANEL | 20268 | 40.00 | |
| 02/10/2001 | PAULA | ADIPEX-P 37.5 MG #30 | 20268 | 55.00 | |
| 02/10/2001 | PAULA | TOPAMAX 200MG #15 | 20268 | 60.00 | |
| 02/10/2001 | PAULA | CHECK | 20268 | | -200.00 |
| 01/13/2001 | PAULA | EST. PT. OFFICE VISIT | 21189 | 45.00 | |
| 01/13/2001 | PAULA | TOPAMAX 200MG #15 | 21189 | 60.00 | |
| 01/13/2001 | PAULA | CHECK | 21189 | | -105.00 |
| 03/23/2002 | PAULA | EST. PT. OFFICE VISIT | 35893 | 50.00 | |
| 03/23/2002 | PAULA | PHENTERMINE 30MG  #30 | 35893 | 40.00 | |
| 03/23/2002 | PAULA | CHECK | 35893 | | -90.00 |
| 04/20/2002 | PAULA | EST. PT. OFFICE VISIT | 38810 | 50.00 | |
| 04/20/2002 | PAULA | PHENTERMINE 30MG  #15 | 38810 | 20.00 | |
| 04/20/2002 | PAULA | CHECK | 38810 | | -70.00 |

| 0 – 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

## Notes

34

# Statement of Account

Robert Skversky, M.D., Inc.
320 Superior Avenue - # 210
Newport Beach, CA 92663

| Account No. |
| --- |
| ROJES01000 |

| Page # |
| --- |
| 2 |

PAULA ROJESKI
32 CELESTINE
LADERA RANCH, CA 92694

| Date |
| --- |
| 11/15/2012 |

| Date | For | Description | Ref | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| 04/25/2009 | PAULA | RESTART PROGRAM | 250468 | 100.00 | |
| 04/25/2009 | PAULA | ADIPEX-P 37.5MG #90 | 250468 | 186.00 | |
| 04/25/2009 | PAULA | CHECK | 250468 | | -286.00 |
| 06/06/2009 | PAULA | EST. PT. OFFICE VISIT | 255219 | 70.00 | |
| 06/06/2009 | PAULA | ADIPEX-P 37.5MG #75 | 255219 | 155.00 | |
| 06/06/2009 | PAULA | POTASSIUM CHLORIDE 10mEq #15 | 255219 | 8.00 | |
| 06/06/2009 | PAULA | CHECK | 255219 | | -233.00 |
| 07/18/2009 | PAULA | EST. PT. OFFICE VISIT | 255724 | 50.00 | |
| 07/18/2009 | PAULA | ADIPEX-P 37.5MG #75 | 255724 | 155.00 | |
| 07/18/2009 | PAULA | CHECK | 255724 | | -205.00 |
| 11/07/2009 | PAULA | EST. PT. OFFICE VISIT | 258660 | 50.00 | |
| 11/07/2009 | PAULA | ADIPEX-P 37.5MG #60 | 258660 | 124.00 | |
| 11/07/2009 | PAULA | CHECK | 258660 | | -174.00 |
| 06/05/2010 | PAULA | EST. PT. OFFICE VISIT | 268774 | 35.00 | |
| 06/05/2010 | PAULA | ADIPEX-P 37.5MG #90 | 268774 | 186.00 | |
| 06/05/2010 | PAULA | CHECK | 268774 | | -110.00 |
| 11/15/2010 | PAULA | CHECK | 275808 | | -111.00 |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

## Notes

35

JIP

E40792B



E40792B



10561923

CRM NO. 2VB-1LB



ꞈ10561923ꞈ ꞉121137522꞉ 189294O253ꞈ



1836 COMMERCENTER CIRCLE, SUITE A
SAN BERNARDINO, CA 92408
FAX: (909) 806-4785
PHONE: (888) 531-2919

## AUTHORIZATION TO COPY RECORDS ATTACHED

**ORDER#**      : E40792-B

**RECORD SUBJECT**   : ROJESKI, PAULA

**AKA**          : PAULA MARIE ROJESKI

**DOB**         : 12/15/1955

**SSN**         : 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

**ITEMS REQUESTED**   :

ANY AND ALL MEDICAL RECORDS, BILLING RECORDS AND X-RAYS, MRI FILMS AND CT SCANS.

*11/12/12*
*OK to copy*
*per Dr. S. (w)*

**EVIDENCE CODE SECTION 1158**

"...no copying may be performed by any medical provider or by an agent thereof, when the requesting attorney has employed a professional photocopier..."

"...failure to make records available, during business hours, within five days after the presentation of the written authorization, may subject the person or entity having custody or control of the records to liability for all reasonable expenses, including attorney's fees, incurred in any proceeding to enforce the provisions of this section..."

"...where the records are produced for inspection or photocopying at the records custodian's place of business, the only fee for complying with the authorization shall not exceed fifteen dollars ($15.00)..."

37

313



**COMPEX**
*Legal Services, Inc.*

1836 COMMERCENTER CIRCLE, SUITE A
SAN BERNARDINO, CA 92408

11"→

# ***DOCUMENT RELEASE INSTRUCTIONS***

When the requested documents are available to be copied or picked up, simply complete this form and *FAX* it back to **(909) 806-4785**. If you are unable to fax, please call us at **(888) 531-2919**.

10"→

*****Please carefully read the attached Subpoena or Authorization for a complete description of Documents being requested. More than one type of documents may be asked for, so be sure to include all information listed.*

**ORDER #:** E40792-B
**RECORD SUBJECT:** ROJESKI, PAULA
**AKA:** PAULA MARIE ROJESKI
**DATE OF BIRTH:** 12/15/1955     **SSN:** 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
**NAME OF YOUR FACILITY:** ROBERT SKVERSKY, MD

9"→

8"→

**Please check the appropriate box(es) regarding which documents are ready to copy/pick up:**

☒ Billing records are included      ☐ Do you loan original x-rays for us to duplicate

☐ X-rays will be provided      ☐ Do you duplicate films for a fee?

7"→

Breakdown of X-rays available (If applicable): _____

| Type of X-rays | Date Taken | Qty | Cost | Comments |
|---|---|---|---|---|
| _____ / _____ | _____ / _____ | _____ / _____ | | |
| | | | | |
| | | | | |
| | | | | |

6"→

5"→

**Approximate volume of Documents/Document type:**

☒ 0-1 Inch      ☐ 1-2 Inches      ☐ 2-3 Inches      ☐ 4 Inches +

☐ 8 ½ X 11"      ☐ Loose      ☐ Bound      ☐ Oversized

☐ Photos      ☐ Blueprints      ☐ Other: _____

4"→

3"→

**What are your copy hours?**
Monday    _9A - 11A_  to _2P - 4P_
Tuesday   _730A - 1030A_  to _1P - 3P_
Wednesday _CLOSED_ to _____
Thursday  _9A - 11A_  to _2P - 4P_
Friday    _730A - 1130A_  to _____

**Contact Person:** _INGRID ONO_
**Phone Number:** _(949) 645 - 2930_
If copy address differs from address on Compex Request, please indicate copy address below: _____
_____
_____

2"→

1"→

**THANK YOU FOR YOUR ASSISTANCE IN COMPLYING WITH THIS REQUEST!!** [38]

# LETTER OF REPRESENTATION
## FOR
## RECORD RETRIEVAL

Between WALKER, HAMILTON & KOENIG (hereinafter referred to as "Client") and COMPEX LEGAL SERVICES, INC. (hereinafter referred to as "Vendor").

## RECITALS

A. WHEREAS, Vendor is engaged in the business of retrieving copies of records, including but not limited to medical and employment records (hereinafter referred to as "Records");

B. WHEREAS, Client has been authorized in writing or by law to obtain copies of Records; and

C. WHEREAS, the purpose of this Letter of representation is to provide Custodians of Records with written proof of the authorization of Client to Vendor to obtain copies of Records for the purpose of claim evaluation/settlement.

**NOW, THEREFORE, the parties agree as follows:**

Client hereby authorizes Vendor for the sole and limited purpose of requesting and scanning Records on behalf of the Client. Client hereby elects Vendor to request Records for the purpose of scanning, digitizing and transmitting to Client all records produced.

A copy shall be deemed as valid as an original.

**Client:**    WALKER, HAMILTON & KOENIG

By:    |S| TIMOTHY M. HAMILTON

WALKER, HAMILTON & KOENIG
50 FRANCISCO STREET, SUITE 460
SAN FRANCISCO, CA 94133

**Vendor:**    COMPEX LEGAL SERVICES, INC.

By:    |S| S. PRYTZ

COMPEX LEGAL SERVICES, INC.
325 MAPLE AVE
TORRANCE, CA 90503

39

## HIPAA COMPLIANT AUTHORIZATION TO RELEASE RECORDS
[A copy of this signed authorization is as valid as the original]

TO:          Robert Skversky, MD  dba Weight No More

ADDRESS:     320 Superior, Suite 210

             Newport Beach, CA 90260

You are hereby authorized and requested to furnish only to my attorneys, **Walker, Hamilton & Koenig, L.L.P.**, and/or to its representative, the bearer of this letter, for their review and/or copying, any written documents, radiologic or photographic or videographic documentation and any and all other *information* in your possession or under your control relating to me. You are also authorized to discuss only with my attorneys and/or their representatives any information you have regarding me. My attorneys may use the information and/or health information authorized by this form as they see fit in order to represent me.

PATIENT / INDIVIDUAL: **Paula Rojeski**

SOCIAL SECURITY NUMBER: **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**         DOB:  **12-15-1955**

ADDRESS: **32 Celestine, Ladera Ranch, CA 92694**

DURATION: This Authorization becomes effective immediately and shall remain in effect until **12-1-2016** or for one year from the date of signature, which ever is longer. I have been offered a copy of this signed authorization.

REVOCATION: This Authorization is subject to written revocation by the undersigned at any time between now and the disclosure of information by the disclosing party. My written revocation will be effective upon receipt but will not be effective to the extent that the Requester or others have acted in reliance upon this Authorization.

REDISCLOSURE: I understand that the Requester may not lawfully further use or disclose the information and/or health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

40

**HIPAA Authorization re: Paula Rojeski**

**RECORDS AUTHORIZED FOR DISCLOSURE:**

___X___ **MEDICAL INFORMATION** - including any and all written records, x-rays and bills
check

_Michele A. Pelter_       _9/10/2012_
signature           date

_____ **DRUG / ALCOHOL INFORMATION**
check

_Michele A. Pelter_       _9/10/2012_
signature           date

_____ **PSYCHIATRIC INFORMATION**
check

_Michele A. Pelter_       _9/10/2012_
signature           date

_____ **RESULTS OF AN HIV BLOOD TEST**
check

_Michele A. Pelter_       _9/10/2012_
signature           date

___X___ **OTHER RECORDS OR INFORMATION. (Specify below)**
check   Please provide any and all records of Ms. Rojesky from 9-8-11 up to the present, including but not limited to,
medical treatment, healthcare worker services, all communications and correspondence regarding treatment,

billing, insurance, benefits, medical records, autopsy reports, photographs, reports, slides, labs, notes, x-rays,
MRI scans, emergency records, pharmacy records, examinations.

_Michele A. Pelter_       _9/10/2012_
signature           date

41

**HIPAA Authorization re:   Paula Rojeski**

Authorized Signer, if not Patient [please print]: **Michele Pelter**

Relationship to Patient: / individual: **Sister & Special Administrator of the Estate of Paula Rojeski (see attached Court Order and Letters of Special Administration)**

**42**

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
— John P. Golden
   Basye & Golden
   160 Bovet Road, Suite 305
   San Mateo, CA 94402-3100

TELEPHONE AND FAX NOS.: (650) 345-3650

ATTORNEY FOR (Name): Michele A. Pelter

SUPERIOR COURT OF CALIFORNIA, COUNTY OF COUNTY OF ORANGE
STREET ADDRESS: 341 THE CITY DRIVE
MAILING ADDRESS: 341 THE CITY DRIVE
CITY AND ZIP CODE: ORANGE, CA 92868
BRANCH NAME: LAMOREAUX JUSTICE CENTER

FOR COURT USE ONLY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

AUG 29 2012

ALAN CARLSON, Clerk of the Court
R. Peña
BY: R. PEÑA, DEPUTY

ESTATE OF (Name):
Paula M. Rojeski, also known as
Paula Rojeski, Paula Marie Rojeski                    DECEDENT

CASE NUMBER:
30-2012-00593632-
PR-LA-LJC

**ORDER FOR PROBATE**

ORDER
APPOINTING
☐ Executor
☐ Administrator with Will Annexed
☐ Administrator  ☒ Special Administrator
☐ Order Authorizing Independent Administration of Estate
☐ with full authority  ☐ with limited authority

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 8/29/12   Time: 10:30 AM   Dept./Room: L73   Judge: RANDALL J. SHERMAN

THE COURT FINDS
2. a. All notices required by law have been given.
   b. Decedent died on (date): 09/08/2011
      (1) ☒ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☐ intestate
      (2) ☐ testate
      and decedent's will dated: _____ and each codicil dated:
      was admitted to probate by Minute Order on (date):

THE COURT ORDERS
3. (Name): Michele A. Pelter
   is appointed personal representative:
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☐ administrator
   d. ☒ special administrator
      (1) ☐ with general powers
      (2) ☒ with special powers as specified in Attachment 3d(2)
      (3) ☒ without notice of hearing
      (4) ☒ letters will expire on (date): 9/27/2012
   and letters shall issue on qualification.

4. a. ☐ Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $ _____ to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $ _____ are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order.  ☐ Additional orders in Attachment 6c.
   d. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. ☐ (Name): _____ is appointed probate referee.

Date:

7. ☒ Number of pages attached: ONE

JUDGE OF THE SUPERIOR COURT
☒ SIGNATURE FOLLOWS LAST ATTACHMENT

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

☒ Martin Dean's
ESSENTIAL FORMS™

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

43

319

**ESTATE OF PAULA M. ROJESKI**

**ORDER FOR PROBATE
AND APPOINTING SPECIAL ADMINISTRATOR**

**ATTACHMENT 3d(2)**

Petitioner is granted the following powers:

1. To take any and all actions necessary to initiate, file, and prosecute claims, administrative proceedings, and lawsuits against any and all persons and entities believed to be liable for damages and other relief arising out of the death of decedent.

2. To give any and all notices appropriate or necessary to initiate, file, and prosecute the matters set forth in Paragraph 1.

3. To retain attorneys to represent petitioner in the matters set forth in Paragraph 1.

Dated: August 29, 2012.

_____
JUDGE OF THE SUPERIOR COURT

Randall J. Sherman

I hereby certify the foregoing instrument consisting of 2 page(s)
is a true and correct copy of the original on file in this court.

ATTEST (DATE)   AUG 3 0 2012
ALAN CARLSON, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ , DEPUTY
L. CRUZ

44

320

DE-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, *number, and address*):    TELEPHONE AND FAX:

John P. Golden
Basye & Golden
160 Bovet Road, Suite 305
San Mateo, CA 94402-3100     (650) 345-3650

ATTORNEY FOR (Name): Michele A. Pelter, Special Administrator

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

AUG 3 0 2012

ALAN CARLSON, Clerk of the Court
BY: H. POTTER , DEPUTY

ORANGE COUNTY SUPERIOR COURT
RECEIVED

AUG 3 0 2012

ALAN CARLSON, Clerk of the Court
BY: H. LAU , DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF COUNTY OF ORANGE
STREET ADDRESS: 341 THE CITY DRIVE
MAILING ADDRESS: 341 THE CITY DRIVE
CITY AND ZIP CODE: ORANGE, CA 92868
BRANCH NAME: LAMOREAUX JUSTICE CENTER

ESTATE OF (Name):
Paula M. Rojeski, also known as
Paula Rojeski, Paula Marie Rojeski                    DECEDENT

**LETTERS**

☐ TESTAMENTARY                    ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED  ☒ SPECIAL ADMINISTRATION

CASE: 30-2012-00593622-
PR-LA-LJC

## LETTERS

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):

   a. ☐ executor.
   b. ☐ administrator with will annexed.

2. ☒ The court appoints (name):
   **Michele A. Pelter**
   a. ☐ administrator of the decedent's estate.
   b. ☒ special administrator of decedent's estate
      (1) ☒ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☒ letters will expire on (date): **9/27/2012**

3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

Date: AUG 3 0 2012

(SEAL)

Clerk, by ALAN CARLSON

_H. Potter_
(DEPUTY)
H. POTTER

## AFFIRMATION

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):

   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer. (Name and title):

4. Executed on (date): **August 29, 2012**
   at (place): San Mateo , California

   _Michele A. Pelter_
   (SIGNATURE)

## CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

Date: AUG 3 0 2012

(SEAL)

Clerk, by ALAN CARLSON

_H. Potter_
(DEPUTY)
H. POTTER

Form Approved by the
Judicial Council of California
DE-150 (Rev. January 1, 1998)
Mandatory Form (1/1/2000)

ESSENTIAL FORMS

Probate Code, §§ 1001, 8405,
8403, 8544, 8545;
Code of Civil Procedure, § 2015.6

**LETTERS**
(Probate)

45

**ATTACHMENT 3**

Subpoena to Custodian of Records for Robert Skversky, M.D. dba Weight No More,
320 Superior, Suite 210, Newport Beach, CA 90260

The items described in the following Affidavit to be produced pursuant to this subpoena
are as follows:

REQUEST NO. 1:
      All DOCUMENTS evidencing any medical treatment or heath care worker provided
services to Paula Marie Rojeski, Date of Birth 12-15-55; Date of Death 9-8-11, Social Security
No. 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.

REQUEST NO. 2:
      All COMMUNICATIONS OR CORRESPONDENCE you have had with any person,
business, or other entity regarding the care or treatment of Paula Marie Rojeski.

REQUEST NO. 3:
      All DOCUMENTS concerning the medical records for Paula Marie Rojeski, including
medical records, autopsy reports, autopsy photographs, autopsy recordings, toxicology reports,
specimen slides, treatments, prescriptions, medications, billings, business records, financial
records, payments records, or consultations regarding the above-named patient, including but not
limited to ambulance reports, admissions reports, discharge reports, history, laboratory results,
physicians, nurses, and physical therapy treatment records, autopsy reports, postmortem
examinations, diagnosis, prognosis, assessments, progress notes, X-rays, MRI scans, laboratory
slides, pharmacy records, drug dispensing records, laboratory specimens, prescriptions,
recommended medications, physical therapy reports, billing records, X-ray reports, matters
contained in and pertaining to outpatient clinics, emergency records, in-patient care records, and
all other matters respecting any health care treatment or examination of the patient.

46

# COMPEX LEGAL SERVICES

## AFFIDAVIT - (Pursuant to Cal Evidence Code 1561)

E40792-B

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for:

**ROBERT SKVERSKY, MD**

**320 SUPERIOR AVENUE, SUITE 210, NEWPORT BEACH, CA 92663**

and have the authority to certify that the records made available to COMPEX LEGAL SERVICES for reproducing are all of the records under my custody and control, described and called for in the SUBPOENA/Authorization served with this declaration in the matter relating to said individual or thing pertaining to:

**RECORDS OF: ROJESKI, PAULA**

**AKA: PAULA MARIE ROJESKI**

**DATE OF BIRTH: 12/15/55**

**SOCIAL SECURITY#: 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**

| HOW ORIGINAL RECORDS WERE PREPARED | |
|---|---|
| ☒ HANDWRITTEN NOTES | ☐ TYPED/DATA ENTERED |
| ☐ TRANSCRIBED | ☐ OTHER _____ |

| TYPE OF RECORDS PRODUCED | | | |
|---|---|---|---|
| ☒ MEDICAL | ☐ BILLING | ☐ FILMS | ☐ INSURANCE |
| ☐ EMPLOYMENT | ☐ PAYROLL | ☐ SCHOLASTIC | |
| ☐ OTHER _____ | | | |

Said records were prepared by personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I have delivered all of the records/items requested with the following exception(s):

_____

_____

_____

_INGRID C. ONO_
CUSTODIAN NAME (PLEASE PRINT)

_FRONT OFC_
DEPARTMENT

_Ingrid C. Ono_
SIGNATURE OF CUSTODIAN

_11/15/12_
DATE

I AM THE ATTORNEY'S REPRESENTATIVE AND I STATE THAT I MADE TRUE COPIES OF ALL THE ORIGINAL RECORDS DELIVERED TO ME BY THE CUSTODIAN OF RECORDS OF THE ABOVE LOCATION.

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

_____ DATE    _____ SIGNATURE    _____ PRINT NAME

PURSUANT TO BUSINESS & PROFESSIONS CODE SECTION 22462, I WILL MAINTAIN THE INTEGRITY & CONFIDENTIALITY OF ANY AND ALL INFORMATION OBTAINED, AND DISTRIBUTE THE RECORDS COPIED BY COMPEX LEGAL SERVICES TO THE AUTHORIZED PERSON OR ENTITIES.

47

DUPLICATE

# Certificate of No Records

E40792- B

Record Subject: **ROJESKI, PAULA**
AKA: **PAULA MARIE ROJESKI**
DOB: **12/15/55**
SSN: **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**

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

**ROBERT SKVERSKY, MD**
**320 SUPERIOR AVENUE, SUITE 210**
**NEWPORT BEACH, CA 92663**
With personal knowledge of the facts set forth below, and authority to certify said facts, do herby attest as follows:

|   |   | Yes | No |
|---|---|-----|-----|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☐ | ☐ |
| 2) | All identifying information provided, including but not limited to, dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☐ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided, and no further search with additional information is possible. | ☐ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☐ | ☐ |
| 5) | All records from all branch offices and other business locations for the entity listed above have been provided. | ☐ | ☐ |
| 6) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications or chronological files, that were in any way excluded from the search for these records. | ☐ | ☐ |
| 7) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any away excluded form the search for these records. | ☐ | ☐ |
| 8) | To the best of my knowledge and belief, none of the requested records currently exist. | ☐ | ☐ |

For any "No" answers, please provide a detailed explanation: _____
_____

**The records called for and described cannot be produced for the following specific reasons:**

| Records Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|---|---|---|---|---|
| **MEDICAL** | ☐ | ☐ | ☐ | _____ | _____ |
| **X-RAYS** | ☐ | ☐ | ☐ | _____ | _____ |
| **BILLING** | ☐ | ☐ | ☐ | _____ | _____ |
| **PAYROLL** | ☐ | ☐ | ☐ | _____ | _____ |
| **EMPLOYMENT** | ☐ | ☐ | ☐ | _____ | _____ |
| **OTHER** | ☐ | ☐ | ☐ | _____ | _____ |

I hereby declare under penalty of perjury, pursuant to the laws of the State of CA that the foregoing is true and correct.

**Executed on:** _____ at ORANGE, CA
                                  (Date)

**Signature:** _____     **Print name:** _____

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ **NOTE: The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document**

**Agent's Signature:** _____

**Date:** _____     **Compex Order #:** E40792- B

48

# EXHIBIT "2"

# EXHIBIT "2"

49

# Statement of Account

Robert Skversky, M.D., Inc.
320 Superior Avenue - # 210
Newport Beach, CA 92663

*COPY OF BILLING RECORDS FOR COMPEX*

| Account No. | Page # |
|---|---|
| ROJES01000 | 1 |

PAULA ROJESKI
32 CELESTINE
LADERA RANCH, CA 92694

| Date |
|---|
| 11/15/2012 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 09/12/2009 | PAULA | EST. PT. OFFICE VISIT | 555 | 50.00 | |
| 09/12/2009 | PAULA | ADIPEX-P 37.5MG #60 | 555 | 124.00 | |
| 09/12/2009 | PAULA | CHECK | 555 | | -174.00 |
| 02/10/2001 | PAULA | EST. PT. OFFICE VISIT | 20268 | 45.00 | |
| 02/10/2001 | PAULA | COMP METABOLIC PANEL | 20268 | 40.00 | |
| 02/10/2001 | PAULA | ADIPEX-P 37.5 MG #30 | 20268 | 55.00 | |
| 02/10/2001 | PAULA | TOPAMAX 200MG #15 | 20268 | 60.00 | |
| 02/10/2001 | PAULA | CHECK | 20268 | | -200.00 |
| 01/13/2001 | PAULA | EST. PT. OFFICE VISIT | 21189 | 45.00 | |
| 01/13/2001 | PAULA | TOPAMAX 200MG #15 | 21189 | 60.00 | |
| 01/13/2001 | PAULA | CHECK | 21189 | | -105.00 |
| 03/23/2002 | PAULA | EST. PT. OFFICE VISIT | 35893 | 50.00 | |
| 03/23/2002 | PAULA | PHENTERMINE 30MG #30 | 35893 | 40.00 | |
| 03/23/2002 | PAULA | CHECK | 35893 | | -90.00 |
| 04/20/2002 | PAULA | EST. PT. OFFICE VISIT | 38810 | 50.00 | |
| 04/20/2002 | PAULA | PHENTERMINE 30MG #15 | 38810 | 20.00 | |
| 04/20/2002 | PAULA | CHECK | 38810 | | -70.00 |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

## Notes

50

# Statement of Account

Robert Skversky, M.D., Inc.
320 Superior Avenue - # 210
Newport Beach, CA 92663

| Account No. |
|---|
| ROJES01000 |

| Page # |
|---|
| 2 |

PAULA ROJESKI
32 CELESTINE
LADERA RANCH, CA 92694

| Date |
|---|
| 11/15/2012 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 04/25/2009 | PAULA | RESTART PROGRAM | 250468 | 100.00 | |
| 04/25/2009 | PAULA | ADIPEX-P 37.5MG #90 | 250468 | 186.00 | |
| 04/25/2009 | PAULA | CHECK | 250468 | | -286.00 |
| 06/06/2009 | PAULA | EST. PT. OFFICE VISIT | 255219 | 70.00 | |
| 06/06/2009 | PAULA | ADIPEX-P 37.5MG #75 | 255219 | 155.00 | |
| 06/06/2009 | PAULA | POTASSIUM CHLORIDE 10mEq #1! | 255219 | 8.00 | |
| 06/06/2009 | PAULA | CHECK | 255219 | | -233.00 |
| 07/18/2009 | PAULA | EST. PT. OFFICE VISIT | 255724 | 50.00 | |
| 07/18/2009 | PAULA | ADIPEX-P 37.5MG #75 | 255724 | 155.00 | |
| 07/18/2009 | PAULA | CHECK | 255724 | | -205.00 |
| 11/07/2009 | PAULA | EST. PT. OFFICE VISIT | 258660 | 50.00 | |
| 11/07/2009 | PAULA | ADIPEX-P 37.5MG #60 | 258660 | 124.00 | |
| 11/07/2009 | PAULA | CHECK | 258660 | | -174.00 |
| 06/05/2010 | PAULA | EST. PT. OFFICE VISIT | 268774 | 35.00 | |
| 06/05/2010 | PAULA | ADIPEX-P 37.5MG #90 | 268774 | 186.00 | |
| 06/05/2010 | PAULA | CHECK | 268774 | | -110.00 |
| 11/15/2010 | PAULA | CHECK | 275808 | | -111.00 |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

## Notes

51

# EXHIBIT "3"

# EXHIBIT "3"

52

**PHENTERMINE HYDROCHLORIDE** - phentermine hydrochloride  tablet
**PHENTERMINE HYDROCHLORIDE** - phentermine hydrochloride  capsule
Apotheca, Inc.

## DESCRIPTION

Phentermine hydrochloride USP has the chemical name of α, α-Dimethylphenethylamine hydrochloride. The structural formula is as follows:



Phentermine hydrochloride is a white, odorless, hygroscopic, crystalline powder which is soluble in water and lower alcohols, slightly soluble in chloroform and insoluble in ether.
Phentermine hydrochloride, an anorectic agent for oral administration, is available as a tablet or capsule containing 37.5 mg of phentermine hydrochloride (equivalent to 30 mg of phentermine base).
Mutual Pharmaceutical Co., Inc. as follows:
Phentermine hydrochloride tablets contain the inactive ingredients: crospovidone, dibasic calcium phosphate dihydrate, magnesium stearate, povidone, propylene glycol, FD and C Blue #1 Aluminum Lake, shellac glaze, and titanium dioxide.
KVK-TECH INC. as follows:
Phentermine hydrochloride tablets contain the inactive ingredients: corn starch, FD and C Blue #1, lactose monohydrate, magnesium stearate, microcrystalline cellulose, pharmaceutical glaze, stearate acid, and sucrose.
Phentermine hydrochloride capsules contain the inactive ingredients: corn starch, D and C Red #33, FD and C Blue  #1, gelatin, lactose monohydrate, magnesium stearate, and titanium dioxide.

## CLINICAL PHARMACOLOGY

Phentermine hydrochloride is a sympathomimetic amine with pharmacologic activity similar to the prototype drugs of this class used in obesity, the amphetamines. Actions include central nervous system stimulation and elevation of blood pressure. Tachyphylaxis and tolerance have been demonstrated with all drugs of this class in which these phenomena have been looked for.
Drugs of this class used in obesity are commonly known as "anorectics" or "anorexigenics". It has not been established that the action of such drugs in treating obesity is primarily one of appetite suppression. Other central nervous system actions, or metabolic effects, may be involved, for example.
Adult obese subjects instructed in dietary management and treated with "anorectic" drugs, lose more weight on the average than those treated with placebo and diet, as determined in relatively short-term clinical trials.
The magnitude of increased weight loss of drug-treated patients over placebo-treated patients is only a fraction of a pound a week.
The rate of weight loss is greatest in the first weeks of therapy for both drug and placebo subjects and tends to decrease in succeeding weeks. The possible origins of the increased weight loss due to the various drug effects are not established. The amount of weight loss associated with the use of an "anorectic" drug varies from trial to trial, and the increased weight loss appears to be related in part to variables other than the drugs prescribed, such as the physician-investigator; the population treated and the diet prescribed. Studies do not permit conclusions as to the relative importance of the drug and non-drug factors on weight loss.
The natural history of obesity is measured in years, whereas the studies cited are restricted to a few weeks' duration; thus, the total impact of drug-induced weight loss over that of diet alone must be considered clinically limited.

## INDICATIONS AND USAGE

Phentermine hydrochloride is indicated as a short-term (a few weeks) adjunct in a regimen of weight reduction based on exercise, behavioral modification and caloric restriction in the management of exogenous obesity for patients with an initial body mass index ≥30 kg/m$^2$, or ≥27 kg/m$^2$ in the presence of other risk factors (e. g., hypertension, diabetes, hyperlipidemia).
Below is a chart of Body Mass Index (BMI) based on various heights and weights.
BMI is calculated by taking the patient's weight, in kilograms (kg), divided by the patient's height, in meters (m), squared. Metric conversions are as follows; pounds ÷ 2.2 = kg; inches × 0.0254 = meters.

The limited usefulness of agents of this class (**see CLINICAL PHARMACOLOGY**) should be measured against possible risk factors inherent in their use such as those described below

## CONTRAINDICATIONS

Advanced arteriosclerosis, cardiovascular disease, moderate to severe hypertension, hyperthyroidism, known hypersensitivity or idiosyncrasy to the sympathomimetic amines, glaucoma.
Agitated states.
Patients with a history of drug abuse.
During or within 14 days following the administration of monoamine oxidase inhibitors (hypertensive crises may result).

## WARNINGS

**Phentermine hydrochloride tablets are indicated only as short-term monotherapy for the management of exogenous obesity. The safety and efficacy of combination therapy with phentermine and any other drug products for weight loss, including selective serotonin reuptake inhibitors (e.g., fluoxetine, sertraline, fluvoxamine, paroxetine), have not been established. Therefore, coadministration of these drug products for weight loss is not recommended.**
**Primary Pulmonary Hypertension (PPH) – a rare frequently fatal disease of the lungs – has been reported to occur in patients receiving a combination of phentermine with fenfluramine or dexfenfluramine. The possibility of an association between PPH and the use of phentermine alone cannot be ruled out; there have been rare cases of PPH in patients who reportedly have taken phentermine alone.** The initial symptom of PPH is usually dyspnea. Other initial symptoms include: angina pectoris, syncope or lower extremity edema. Patients should be advised to report immediately any deterioration in exercise tolerance. Treatment should be discontinued in patients who develop new, unexplained symptoms of dyspnea, angina pectoris, syncope or lower extremity edema.
**Valvular Heart Disease: Serious regurgitant cardiac valvular disease, primarily affecting the mitral, aortic and/or tricuspid valves, has been reported in otherwise healthy persons who had taken a combination of phentermine with fenfluramine or dexfenfluramine for weight loss. The etiology of these valvulopathies has not been established and their course in individuals after the drugs are stopped is not known. The possibility of an association between valvular heart disease and the use of phentermine alone cannot be ruled out; there have been rare cases of valvular heart disease in patients who reportedly have taken phentermine alone.**
Tolerance to the anorectic effect usually develops within a few weeks. When this occurs, the recommended dose should not be exceeded in an attempt to increase the effect; rather, the drug should be discontinued.
Phentermine hydrochloride may impair the ability of the patient to engage in potentially hazardous activities such as operating machinery or driving a motor vehicle; the patient should therefore be cautioned accordingly.
**Usage with Alcohol:** Concomitant use of alcohol with phentermine hydrochloride may result in an adverse drug interaction.

## PRECAUTIONS

### General

Caution is to be exercised in prescribing phentermine hydrochloride for patients with even mild hypertension.
Insulin requirements in diabetes mellitus may be altered in association with the use of phentermine hydrochloride and the concomitant dietary regimen.
Phentermine hydrochloride may decrease the hypotensive effect of guanethidine.
The least amount feasible should be prescribed or dispensed at one time in order to minimize the possibility of overdosage.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Studies have not been performed with phentermine hydrochloride to determine the potential for carcinogenesis, mutagenesis or impairment of fertility

### Pregnancy

Teratogenic Effects
**Pregnancy Category C.** Animal reproduction studies have not been conducted with phentermine hydrochloride. It is also not known whether phentermine hydrochloride can cause fetal harm when administered to a pregnant woman or can affect reproductive capacity. Phentermine hydrochloride should be given to a pregnant woman only if clearly needed.

### Nursing Mothers

Because of the potential for serious adverse reactions in nursing infants, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## ADVERSE REACTIONS

**Cardiovascular:** Primary pulmonary hypertension and/or regurgitant cardiac valvular disease (see WARNINGS), palpitation, tachycardia, elevation of blood pressure.
**Central Nervous System:** Overstimulation, restlessness, dizziness, insomnia, euphoria, dysphoria, tremor, headache, rarely psychotic episodes at recommended doses.
**Gastrointestinal:** Dryness of the mouth, unpleasant taste, diarrhea, constipation, other gastrointestinal disturbances.

**Allergic:** Urticaria.
**Endocrine:** Impotence, changes in libido.

## DRUG ABUSE AND DEPENDENCE

Phentermine hydrochloride is related chemically and pharmacologically to the amphetamines. Amphetamines and related stimulant drugs have been extensively abused, and the possibility of abuse of phentermine hydrochloride should be kept in mind when evaluating the desirability of including a drug as part of a weight reduction program. Abuse of amphetamines and related drugs may be associated with intense psychological dependence and severe social dysfunction. There are reports of patients who have increased the dosage to many times that recommended. Abrupt cessation following prolonged high dosage administration results in extreme fatigue and mental depression; changes are also noted on the sleep EEG. Manifestations of chronic intoxication with anorectic drugs include severe dermatoses, marked insomnia, irritability, hyperactivity and personality changes. The most severe manifestation of chronic intoxications is psychosis, often clinically indistinguishable from schizophrenia.

## OVERDOSAGE

Manifestations of acute overdosage with phentermine include restlessness, tremor, hyperreflexia, rapid respiration, confusion, assaultiveness, hallucinations, panic states. Fatigue and depression usually follow the central stimulation. Cardiovascular effects include arrhythmias, hypertension or hypotension and circulatory collapse. Gastrointestinal symptoms include nausea, vomiting, diarrhea, and abdominal cramps. Fatal poisoning usually terminates in convulsions and coma.
Management of acute phentermine intoxication is largely symptomatic and includes lavage and sedation with a barbiturate. Experience with hemodialysis or peritoneal dialysis is inadequate to permit recommendations in this regard. Acidification of the urine increases phentermine excretion. Intravenous phentolamine has been suggested for possible acute, severe hypertension, if this complicates phentermine overdosage.

## DOSAGE AND ADMINISTRATION

Dosage should be individualized to obtain an adequate response with the lowest effective dose.
**Exogenous Obesity:**
**CAPSULES:** The usual adult dose is one capsule (37.5 mg) daily, administered before breakfast or 1-2 hours after breakfast.
**TABLETS:** The usual adult dose is one tablet (37.5 mg) daily, administered before breakfast or 1 to 2 hours after breakfast. The dosage may be adjusted to the patient's need. For some patients ½ tablet (18.75 mg) daily may be adequate, while in some cases it may be desirable to give ½ tablet (18.75 mg) two times a day.
Phentermine hydrochloride is not recommended for use in patients 16 years of age and under.

## HOW SUPPLIED

Mutual Pharmaceutical (manufature)
Phentermine hydrochloride tablets USP 37.5 mg (equivalent to 30 mg phentermine base) are white with blue specks, oval shaped, scored on one side and debossed MP 273 on the other side.
KVK-TECH INC. (manufacture)
Phentermine hydrochloride capsules, USP 37.5 mg are supplied as bright blue opaque cap, white opaque body with black imprint "K29" on both cap and body, filled with powder.
Phentermine hydrochloride tablets USP 37.5 mg (equivalent to 30 mg phentermine base) are supplied as blue and white mottled oval tablets debossed "K" left to bisect "25" on one side and plain on the other side.
**Apotheca, Inc.** (Repackager and Distributer)
Phentermine HCl 37.5 mg tablets USP (white with blue specks) are available as follows:
• **NDC 12634-687-91 Blister Pack UD**

• **NDC 12634-687-97 Bottle of 7**

• **NDC 12634-687-84 Bottle of 14**

• **NDC 12634-687-85 Bottle of 15**

• **NDC 12634-687-78 Bottle of 28**

• **NDC 12634-687-71 Bottle of 30**

• **NDC 12634-687-60 Bottle of 60**

Phentermine HCl 37.5 mg capsules USP (bright blue cap with white opaque body) are available as follows:
• **NDC 12634-553-91 Blister Pack UD**

• **NDC 12634-553-97 Bottle of 7**



- **NDC 12634-553-84 Bottle of 14**

- **NDC 12634-553-85 Bottle of 15**

- **NDC 12634-553-78 Bottle of 28**

- **NDC 12634-553-71 Bottle of 30**

- **NDC 12634-553-60 Bottle of 60**

**STORAGE AND DISPENSING**
Store at 20° to 25°C (68° to 77°F).
[See USP Controlled Room Temperature]
DISPENSE IN TIGHT, LIGHT-RESISTANT CONTAINER.

**PACKAGE LABEL, PRINCIPAL DISPLAY PANEL**
**28 TABLETS NDC 12634-687-78**
**PHENTERMINE HCL**
**Tablets, USP CIV**
**White/Blue Specks**
**Rx Only 37.5 MG**
Manufactured by:
Mutual Pharmaceutical Co., Inc.
**Repackaged and Distributed by:**
**Aotheca, Inc.**
**Phoenix, AZ 85006**



# EXHIBIT "4"

# EXHIBIT "4"

57

PT: _Paula Leopts_
IW: _____

---

**DATE:** NOV -6-2009  120/68

**BP:**  
**TW:** NOV 7 2009
**WL:**  
**TWL:** 142½  +4#

(138 @ home)

**LAB ORDERED:**  598  643  CZ

**LAB RECORDS** = TED

**P.E.:**
**C & L:** CLEAR
**HEART:** REGULAR
**EXT:** NO EDEMA

**SIDE EFFECTS:** Walking 3mi/day
(runs one of the
- mi(es))

**MD NOTIFIED:**
**COMMENTS/PLAN:** goal 125#

**DIAGNOSIS:**
☑ MILD OBESITY
   MODERATE OBESITY
   MORBID OBESITY
   ENDOGENOUS OBESITY
   CO-MORBID CONDITION

**CURRENT DOSAGE:**
PHENTERMINE 30 mg  1⁸ — 2   37.5 mg
ADIPEX-P   37.5 mg  T  +  2
TOPAMAX                HS
SSRI/OTHER:

texpro 10mg ½ @ dinner

**MEDICATION ORDERED:**

|                  |          | 15 | 30 | 45 | 60 | 90 | 120 |
|------------------|----------|----|----|----|----|----|-----|
| PHENTERMINE      | 30 mg    |    |    |    |    |    |     |
| PHENTERMINE      | 37.5 mg  |    |    |    |    |    |     |
| ADIPEX-P         | 37.5 mg  |    |    |    | X  |    |     |
| TOPAMAX          | 200 mg   |    |    |    |    |    |     |
| SSRI/SERZONE     |          |    |    |    |    |    |     |
| POTASSIUM        | 10 meq   |    |    |    |    |    |     |
| SYNTHROID        | 0.1 mg   |    |    |    |    |    |     |
| DYAZIDE 37.5     | /25 mg   |    |    |    |    |    |     |
| OTHER:           |          |    |    |    |    |    |     |

8.2
T  T

**RX WRITTEN**
**RX PHONED** _____ PHARMACY#

**NEXT APPT:** ④ 6  8  12   (WEEKS)

_signature_ PO

---

**DATE:** JUN 5, 2010

**P:**
**W:**
**L:**
**W:** 155⅜  ↑ 13/6  130  78

**LAB ORDERED:** 598  643  CZ

**LAB RECORDS** REQUESTED

**P.E.:**
**C & L:** CLEAR
**HEART:** REGULAR
**EXT:** NO EDEMA

**SIDE EFFECTS:** last here 11/09.
runs
- joined gym.

**MD NOTIFIED:**
**COMMENTS/PLAN:** goal ~135#

**DIAGNOSIS:**
☑ MILD OBESITY
   MODERATE OBESITY
   MORBID OBESITY
☑ ENDOGENOUS OBESITY
☑ CO-MORBID CONDITION

**CURRENT DOSAGE:**
PHENTERMINE 30 mg           37.5 mg
ADIPEX-P   37.5 mg
TOPAMAX                HS
SSRI/OTHER: off meds since 12/10

**MEDICATION ORDERED:**

|                  |          | 15 | 30 | 45 | 60 | 90 | 120 |
|------------------|----------|----|----|----|----|----|-----|
| PHENTERMINE      | 30 mg    |    |    |    |    |    |     |
| PHENTERMINE      | 37.5 mg  |    |    |    |    |    |     |
| ADIPEX-P         | 37.5 mg  |    |    |    | X  |    |     |
| TOPAMAX          | 200 mg   |    |    |    |    |    |     |
| SSRI/SERZONE     |          |    |    |    |    |    |     |
| POTASSIUM        | 10 meq   |    |    |    |    |    |     |
| SYNTHROID        | 0.1 mg   |    |    |    |    |    |     |
| DYAZIDE 37.5     | /25 mg   |    |    |    |    |    |     |
| OTHER:           |          |    |    |    |    |    |     |

A
T  2  1½

**RX WRITTEN**
**RX PHONED** _____ PHARMACY#

**NEXT APPT:** 4 ⑥ 8  12   (WEEKS)

_signature_ PO

58

334

PT: _Paula Rojeski_
IW: _____

**DATE:** JUL 1 6 2009    **P.E:**
**BP:**    **C & L:** CLEAR
**TW:**    **HEART:** REGULAR
**WL:**    **EXT:** NO EDEMA
**TWL:** 165 / 86   144/90

**CURRENT DOSAGE:**
PHENTERMINE 30 mg    37.5 mg
ADIPEX-P   37.5 mg
TOPAMAX
SSRI/OTHER:

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
_____
_____
_____

**MD NOTIFIED:**
**COMMENTS/PLAN:**

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | | 75 | | |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

**LAB RECORDS STED**

CHART (07/18/09): ROJESKI, PAULA     (RS)
RX#071320-ADIPEX-P, 37.500, 75T
R19 71321-POTASSIUM CHLORIDE TABLET, 10 meq, 15T

**RX WRITTEN** _____
**RX PHONED** _____   PHARMACY# _____

**NEXT APPT:** 4 6 8 12 / ____ WEEKS

---

**DATE:** SEP 12 2009    **P.E:**
**BP:**    **C & L:** CLEAR
**TW:**    **HEART:** REGULAR
**WL:** SEP 12 2009 **EXT:** NO EDEMA
**TWL:** 152 / 24 /

**CURRENT DOSAGE:**
PHENTERMINE 30 mg    37.5 mg
ADIPEX-P   37.5 mg
TOPAMAX
SSRI/OTHER: Lexapro 10mg

**AB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
Started running/walking
DSE c 1 dose in AM
Counts fat < 5 g. day.

**MD NOTIFIED:**
**COMMENTS/PLAN:**
Cont. program

**MEDICATION ORDERED:**

| | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| PHENTERMINE 30 mg | | | | | | |
| PHENTERMINE 37.5 mg | | | | | | |
| ADIPEX-P 37.5 mg | | | 75 | | | |
| TOPAMAX 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | |
| POTASSIUM 10 meq | | | | | | |
| SYNTHROID 0.1 mg | | | | | | |
| DYAZIDE 37.5 /25 mg | | | | | | |
| OTHER: | | | | | | |

**AB RECORDS EQUESTED**

**DIAGNOSIS:**
☐ MILD OBESITY
☑ MODERATE OBESITY
☐ MORBID OBESITY
☑ ENDOGENOUS OBESITY
☐ CO-MORBID CONDITION

**RX WRITTEN** _____
**RX PHONED** _____   PHARMACY# _____

**NEXT APPT:** ④ 6 8 12 ____ WEEKS

Ken PA-C

59

335

# EXHIBIT "5"

# EXHIBIT "5"

60

Sans Wellness hour

PT: _Paula Rojeski_
IW: _____

Last seen 2002

**DATE:** APR 2 5 2009   P.E.

| | | |
|---|---|---|
| BP: | C & L: | CLEAR |
| TW: | HEART: | REGULAR |
| WL: | EXT: | NO EDEMA |
| TWL: | | |

**CURRENT DOSAGE:**

| | | |
|---|---|---|
| PHENTERMINE | 30 mg | 37.5 mg |
| ADIPEX-P | 37.5 mg | |
| TOPAMAX | | HS |
| SSRI/OTHER: | | |

**LAB ORDERED:** ~~one~~

**SIDE EFFECTS:**

Adipex BID

Celexa b_

8 SE

BODYFAT ANALYZER TBF-305

| | |
|---|---|
| MODE | Standard |
| SEX | Female |
| HEIGHT | 5ft 4.3in |
| WEIGHT | 192.0lb |
| BMI | 33.0 |
| IMPEDANCE | 467Ω |
| FAT (%) | 49% |
| FAT MASS | 95.0lb |
| LBM | 97.0lb |
| TBW | 71.0lb |
| DESIRABLE RANGE | |
| FAT (%) | 17-27% |
| FAT MASS | 20.0-36.0lb |

**PLAN:**
Continue

Medications

**LAB R**

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | ⊗ | |
| ADIPEX-P | 37.5 mg | | | | | ⊗ | |
| TOPAMAX | 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | | |
| POTASSIUM | 10 meq | | | | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE 37.5 | /25 mg | | | | | | |
| OTHER: | | | | | | | |

½ - +
BID

**RX WRITTEN** _____
**RX PHONED** _____   **PHARMACY#** _____

Lexapro ½ -    2 boxes

**OBESITY**
LATE OBESITY
MORBID OBESITY
✓ ENDOGENOUS OBESITY
CO-MORBID CONDITION

**NEXT APPT:** (4) 6 8 12  ____ WEEKS

Ken PA-C

DIN 5

---

**DATE:** JUN - 6 2009   P.E.

| | | |
|---|---|---|
| BP: | C & L: | CLEAR |
| TW: | HEART: | REGULAR |
| WL: | EXT: | NO EDEMA |
| TWL: | | |

**CURRENT DOSAGE:**

| | | |
|---|---|---|
| PHENTERMINE | 30 mg | 37.5 mg |
| ADIPEX-P | 37.5 mg | |
| TOPAMAX | | HS |
| SSRI/OTHER: | Lexapro 10mg ½ qd | |

**LAB ORDERED:**
598
643
CZ

**SIDE EFFECTS:**
Doing well c Meds.
(+) Leg cramps.
walks 1 hr. + qd.

**MD NOTIFIED:**
**COMMENTS/PLAN:**
Cont. program

**AB RECORDS REQUESTED**

**MEDICATION ORDERED:**

| | | 15 | 30 | 45 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|
| PHENTERMINE | 30 mg | | | | | | |
| PHENTERMINE | 37.5 mg | | | | | | |
| ADIPEX-P | 37.5 mg | | | | | #75 | |
| TOPAMAX | 200 mg | | | | | | |
| SSRI/SERZONE | | | | | | | |
| POTASSIUM | 10 meq | | | ⊗ | | | |
| SYNTHROID | 0.1 mg | | | | | | |
| DYAZIDE 37.5 | /25 mg | | | | | | |
| OTHER: | | | | | | | |

+ ½ ½
78 D

**DIAGNOSIS:**
MILD OBESITY
✓ MODERATE OBESITY
MORBID OBESITY
ENDOGENOUS OBESITY
CO-MORBID CONDITION

**RX WRITTEN** _____
**RX PHONED** _____   **PHARMACY#** _____

**NEXT APPT:** (4) 6 8 12   5 WEEKS

Cen PAC

Lexapro ½
- 3 boxes

61

# EXHIBIT "6"

# EXHIBIT "6"

62

## APPETITE SUPPRESSANT INFORMED CONSENT
### (WEIGHT NO MORE – ROBERT SKVERSKY, M.D., INC. AND ASSOCIATES)

**PROCEDURE AND ALTERNATIVES:** I authorize Robert Skversky, M.D., and associates to assist me in my weight reduction efforts. I understand my treatment may involve, but not be limited to, the use of appetite suppressants for more than 12 weeks and when indicated in higher doses than the dose indicated in the appetite suppressant labeling.

**I HAVE READ AND UNDERSTAND MY DOCTOR'S STATEMENTS THAT FOLLOW:** "Medications, including the appetite suppressants, have labeling worked out between the maker of the medication and the Food and Drug Administration. This labeling contains, among other things, suggestions for using the medication. The appetite suppressant labeling suggestions are generally based on shorter-term studies (up to 12 weeks) using the dosages indicated in the labeling.

As a bariatric physician, I have found the appetite suppressants helpful for periods far in excess of 12 weeks and at times in larger doses than those suggested in the labeling. As a physician, I am not required to use the medication as the labeling suggests but I do use the labeling as a source of information along with my own experience, the experience of my colleagues, recent long term studies and recommendations of university based investigators. Based on these, I have chosen when indicated, to use the appetite suppressants for longer periods of time and at times, in increased doses. Such usage has not been as systematically studied as that suggested in the labeling as it is possible, as with most other medications, that there could be serious side effects as noted below. As a bariatric physician, I believe the probability of such side effects is outweighed by the benefit of the appetite suppressant use for longer periods of time and when indicated in increased doses. You must decide if you are willing to accept the risks of side effects, even if they might be serious, for the possible help of appetite suppressants."

I understand it is my responsibility to follow the instructions carefully and to report to the doctor treating me for my weight any significant medical problems that I think may be related to my weight control program as soon as reasonably possible. I understand the purpose of this treatment is to assist me in my desire to decrease my body weight and to maintain this weight loss. I understand my continuing to receive the appetite suppressant will be dependent on my progress in weight reduction and weight maintenance. I understand there are other ways and programs that can assist me in my desire to decrease my body weight and to maintain this weight loss.

**RISKS OF PROPOSED TREATMENT:** I understand this authorization is given with the knowledge that the use of appetite suppressants for more than 12 weeks and in higher doses than the dose indicated in the labeling involves some risks and hazards. The more common include: nervousness, sleeplessness, headaches, dry mouth, weakness, tiredness, psychological problems, medication allergies, high blood pressure, rapid heart beat and heart irregularities. These and other risks could, on occasion, be serious or fatal.

**RISKS ASSOCIATED WITH BEING OVERWEIGHT OR OBESE:** I am aware that there are certain risks associated with remaining overweight or obese. Among them are tendencies to high blood pressure, to diabetes, to heart attack and heart disease, and to arthritis of the joints, hips, knees and feet. I understand these risks may be modest if I am not very much overweight but that these risks can go up significantly with more overweight.

**NO GUARANTEES:** I understand that much of the success of the program will depend on my efforts and that there are no guarantees or assurances that the program will be successful. I also understand that I will have to continue watching my weight all of my life if I am to be successful. I understand that payment in full for all visits and testing is due at the time of my visits, and by submitting to services and testing, I agree to pay for same in full. Medicare does not, and Blue Cross and other medical insurance may or may not pay for your treatment. You will be given a statement to send in to your insurance carrier for reimbursement upon request, but payment in full for your services is due at the time of your visits. I acknowledge and agree to pay all fees as follows. All fees subject to change without notice.

**PATIENT'S CONSENT:** I have read and fully understand this consent form and I realize I should not sign this form if all items have not been explained or any questions I have concerning them have not been answered to my complete satisfaction. I have been urged to take all the time I need in reading and understanding this form and in talking with my doctor regarding risks associated with the proposed treatment and regarding other treatments not involving the appetite suppressants. You may contact my MD about my progress.

**WARNING:** IF YOU HAVE ANY QUESTIONS AS TO THE RISKS OR HAZARDS OF THE PROPOSED TREATMENT, OR ANY QUESTIONS WHATSOEVER CONCERNING THE PROPOSED TREATMENT OR OTHER POSSIBLE TREATMENTS, ASK YOUR DOCTOR BEFORE SIGNING.

PATIENT'S SIGNATURE: _Paula Rajishi_          DATE: _4/25/09_

**PHYSICIAN / ASSOCIATE DECLARATION:** I have explained the contents of this document to the patient and have answered all the patient's related questions, and to the best of my knowledge, I feel the patient has been adequately informed concerning the benefits and risks associated with the use of the appetite suppressants, the benefits and risks associated with alternative therapies, and the risks of continuing in an overweight state. After being adequately informed, the patient has consented to therapy involving appetite suppressants as stated.

PHYSICIAN'S/ASSOCIATE'S SIGNATURE: _____          DATE: _____

63

# EXHIBIT "7"

# EXHIBIT "7"

64

**Weight Loss Centers**
Laparoscopic Bariatric & General Surg.          **New Patient Information**

Today's Date: 5/31/11    Name: PAULA Rojeski    Age: 55  DOB 12/15/55

Insurance companies request the period you have been engaged in attempts to lose weight and professionals you may consult.

| Programs | Year | Wt. loss | Weight Regained | Length of Program | Est. Cost |
|---|---|---|---|---|---|
| Weight Watchers | | | | | |
| Slim Fast | | | | | |
| Atkins / Low Carb Diet | | | | | |
| The Zone | | | | | |
| Nutrisystem | 2000 | 8 | all | 2mo | $400 |
| South Beach Diet | | | | | |
| Calorie Cutting | | | | | |
| Gym/Exercise program | | | | | |
| Lindora | | | | | |
| Herbal Life | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Xenical / Alli | | | | | |
| Meridia | | | | | |
| Optifast | | | | | |
| Phen-Fen | 2001 | 76 | 76 | 1yr | $1000 |
| Phentermine/ Adipex | | | | | |
| Other | | | | | |

| Life Event | Age | Weight (in lbs) |
|---|---|---|
| Start of High School | 13 | 80 ? |
| Weight at Age 18 | 18½ | 145 |
| Lowest Weight In Past 5 Years | | 135 |
| Highest Weight In Past 5 Years | | 185 |
| Largest Weight Loss | | 76 lbs |

# EXHIBIT "8"

EXHIBIT "8"

66

JIP

E40792B



E40792B



10561923





**COMPEX**
Legal Services, Inc.

1836 COMMERCENTER CIRCLE, SUITE A
SAN BERNARDINO, CA 92408
FAX: (909) 806-4785
PHONE: (888) 531-2919

## AUTHORIZATION TO COPY RECORDS ATTACHED

ORDER# : E40792-B

RECORD SUBJECT : ROJESKI, PAULA

AKA : PAULA MARIE ROJESKI

DOB : 12/15/1955

SSN : 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

*11/12/12
OK to copy
per Dr. 3. (JW)*

ITEMS REQUESTED :

ANY AND ALL MEDICAL RECORDS, BILLING RECORDS AND X-RAYS, MRI FILMS AND CT SCANS.

*[handwritten note, illegible]*

EVIDENCE CODE SECTION 1158

"...no copying may be performed by any medical provider or by an agent thereof, when the requesting attorney has employed a professional photocopier..."

"...failure to make records available, during business hours, within five days after the presentation of the written authorization, may subject the person or entity having custody or control of the records to liability for all reasonable expenses, including attorney's fees, incurred in any proceeding to enforce the provisions of this section..."

"...where the records are produced for inspection or photocopying at the records custodian's place of business, the only fee for complying with the authorization shall not exceed fifteen dollars ($15.00)..."

68

**COMPEX**
*Legal Services, Inc.*

1836 COMMERCENTER CIRCLE, SUITE A
SAN BERNARDINO, CA 92408

11" ⟹

# ***DOCUMENT RELEASE INSTRUCTIONS***

When the requested documents are available to be copied or picked up, simply complete this form and *FAX* it back to (909) 806-4785. If you are unable to fax, please call us at (888) 531-2919.

10" ⟹

*****Please carefully read the attached Subpoena or Authorization for a complete description of Documents being requested. More than one type of documents may be asked for, so be sure to include all information listed.*

9" ⟹

**ORDER #:** E40792-B
**RECORD SUBJECT:** ROJESKI, PAULA
**AKA:** PAULA MARIE ROJESKI
**DATE OF BIRTH:** 12/15/1955          **SSN:** 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
**NAME OF YOUR FACILITY:** ROBERT SKVERSKY, MD

8" ⟹

Please check the appropriate box(es) regarding which documents are ready to copy/pick up:

[X] Billing records are included          [ ] Do you loan original x-rays for us to duplicate

[ ] X-rays will be provided          [ ] Do you duplicate films for a fee?

7" ⟹

Breakdown of X-rays available (If applicable): _____

6" ⟹

| Type of X-rays | Date Taken | Qty | Cost | Comments |
|---|---|---|---|---|
| | / | / | | |
| | / | / | | |
| | / | / | | |
| | / | / | | |

5" ⟹

Approximate volume of Documents/Document type:

4" ⟹

[X] 0-1 Inch          [ ] 1-2 Inches          [ ] 2-3 Inches          [ ] 4 Inches +

[ ] 8 ½ X 11"          [ ] Loose          [ ] Bound          [ ] Oversized

3" ⟹

[ ] Photos          [ ] Blueprints          [ ] Other: _____

**What are your copy hours?**
Monday   9A-11A   to  2P-4P
Tuesday  730A-1030A to  1P-3P
Wednesday CLOSED to  ———
Thursday  9A-11A   to  2P-4P
Friday   730A-1130A to  ———

**Contact Person:** INGRID ONO
**Phone Number:** (949) 645-2930
If copy address differs from address on Compex Request, please indicate copy address below: _____
_____

2" ⟹

1" ⟹

## THANK YOU FOR YOUR ASSISTANCE IN COMPLYING WITH THIS REQUEST!!

69

## LETTER OF REPRESENTATION
## FOR
## RECORD RETRIEVAL

Between WALKER, HAMILTON & KOENIG (hereinafter referred to as "Client") and COMPEX LEGAL SERVICES, INC. (hereinafter referred to as "Vendor").

**RECITALS**

A. WHEREAS, Vendor is engaged in the business of retrieving copies of records, including but not limited to medical and employment records (hereinafter referred to as "Records");

B. WHEREAS, Client has been authorized in writing or by law to obtain copies of Records; and

C. WHEREAS, the purpose of this Letter of representation is to provide Custodians of Records with written proof of the authorization of Client to Vendor to obtain copies of Records for the purpose of claim evaluation/settlement.

**NOW, THEREFORE, the parties agree as follows:**

Client hereby authorizes Vendor for the sole and limited purpose of requesting and scanning Records on behalf of the Client. Client hereby elects Vendor to request Records for the purpose of scanning, digitizing and transmitting to Client all records produced.

A copy shall be deemed as valid as an original.

Client:   WALKER, HAMILTON & KOENIG

By:   |S| TIMOTHY M. HAMILTON

WALKER, HAMILTON & KOENIG
50 FRANCISCO STREET, SUITE 460
SAN FRANCISCO, CA 94133

Vendor:   COMPEX LEGAL SERVICES, INC.

By:   |S| S. PRYTZ

COMPEX LEGAL SERVICES, INC.
325 MAPLE AVE
TORRANCE, CA 90503

70

## HIPAA COMPLIANT AUTHORIZATION TO RELEASE RECORDS
[A copy of this signed authorization is as valid as the original]

TO:        Robert Skversky, MD  dba Weight No More

ADDRESS:   320 Superior, Suite 210

           Newport Beach, CA 90260

You are hereby authorized and requested to furnish only to my attorneys, Walker, Hamilton & Koenig, L.L.P., and/or to its representative, the bearer of this letter, for their review and/or copying, any written documents, radiologic or photographic or videographic documentation and any and all other *information* in your possession or under your control relating to me. You are also authorized to discuss only with my attorneys and/or their representatives any information you have regarding me. My attorneys may use the information and/or health information authorized by this form as they see fit in order to represent me.

PATIENT / INDIVIDUAL: Paula Rojeski

SOCIAL SECURITY NUMBER: 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          DOB:  12-15-1955

ADDRESS: 32 Celestine, Ladera Ranch, CA 92694

DURATION: This Authorization becomes effective immediately and shall remain in effect until 12-1-2016 or for one year from the date of signature, which ever is longer. I have been offered a copy of this signed authorization.

REVOCATION: This Authorization is subject to written revocation by the undersigned at any time between now and the disclosure of information by the disclosing party. My written revocation will be effective upon receipt but will not be effective to the extent that the Requester or others have acted in reliance upon this Authorization.

REDISCLOSURE: I understand that the Requester may not lawfully further use or disclose the information and/or health information unless another authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

71

HIPAA Authorization re: Paula Rojeski

## RECORDS AUTHORIZED FOR DISCLOSURE:

_X_ MEDICAL INFORMATION - including any and all written records, x-rays and bills
check

_Michele C. Pelten_ ___ _9/10/2012_
signature                                    date

___ DRUG / ALCOHOL INFORMATION
check

_Michele C. Pelten_ ___ _9/10/2012_
signature                                    date

___ PSYCHIATRIC INFORMATION
check

_Michele C. Pelten_ ___ _9/10/2012_
signature                                    date

___ RESULTS OF AN HIV BLOOD TEST
check

_Michele C. Pelten_ ___ _9/10/2012_
signature                                    date

_X_ OTHER RECORDS OR INFORMATION. (Specify below)
check  Please provide any and all records of Ms. Rojesky from 9-8-11 up to the present, including but not limited to, medical treatment, healthcare worker services, all communications and correspondence regarding treatment,

billing, insurance, benefits, medical records, autopsy reports, photographs, reports, slides, labs, notes, x-rays, MRI scans, emergency records, pharmacy records, examinations.

_Michele C. Pelten_ ___ _9/10/2012_
signature                                    date

72

HIPAA Authorization re:   Paula Rojeski

Authorized Signer, if not Patient [please print]: Michele Pelter

Relationship to Patient: / individual: Sister & Special Administrator of the Estate of
Paula Rojeski (see attached Court Order and Letters of Special Administration)

73

DE-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
— John P. Golden
Basye & Golden
160 Bovet Road, Suite 305
San Mateo, CA 94402-3100

TELEPHONE AND FAX NOS: (650) 345-3650

ATTORNEY FOR (Name): Michele A. Pelter

SUPERIOR COURT OF CALIFORNIA, COUNTY OF COUNTY OF ORANGE
STREET ADDRESS: 341 THE CITY DRIVE
MAILING ADDRESS: 341 THE CITY DRIVE
CITY AND ZIP CODE: ORANGE, CA 92868
BRANCH NAME: LAMOREAUX JUSTICE CENTER

**FILED**
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

AUG 29 2012

ALAN CARLSON, Clerk of the Court
BY: R. PENA, DEPUTY

ESTATE OF (Name):
Paula M. Rojeski, also known as
Paula Rojeski, Paula Marie Rojeski                    DECEDENT

| ORDER FOR PROBATE | CASE NUMBER: |
|---|---|

ORDER FOR PROBATE

ORDER
APPOINTING
- [ ] Executor
- [ ] Administrator with Will Annexed
- [ ] Administrator  [X] Special Administrator
- [ ] Order Authorizing Independent Administration of Estate
  - [ ] with full authority  [ ] with limited authority

CASE NUMBER: 30-2012-00593632-
PR-LA-LJC

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 8/29/12   Time: 10:30 AM   Dept./Room: L73   Judge: RANDELL J. SHERMAN

THE COURT FINDS
2. a. All notices required by law have been given.
   b. Decedent died on (date): 09/08/2011
      (1) [X] a resident of the California county named above.
      (2) [ ] a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) [ ] intestate
      (2) [ ] testate
      and decedent's will dated: _____   and each codicil dated:
      was admitted to probate by Minute Order on (date):

THE COURT ORDERS
3. (Name): Michele A. Pelter
   is appointed personal representative:
   a. [ ] executor of the decedent's will
   b. [ ] administrator with will annexed
   c. [ ] administrator
   d. [X] special administrator
      (1) [ ] with general powers
      (2) [X] with special powers as specified in Attachment 3d(2)
      (3) [X] without notice of hearing
      (4) [X] letters will expire on (date): 9/27/2012
   and letters shall issue on qualification.

4. a. [ ] Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. [ ] Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no
      authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or
      (3) borrow money with the loan secured by an encumbrance upon real property).

5. a. [X] Bond is not required.
   b. [ ] Bond is fixed at: $ _____   to be furnished by an authorized surety company or as otherwise
      provided by law.
   c. [ ] Deposits of: $ _____   are ordered to be placed in a blocked account at (specify institution and
      location):
      and receipts shall be filed. No withdrawals shall be made without a court order. [ ] Additional orders in Attachment 5c.
   d. [X] The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. [ ] (Name): _____   is appointed probate referee.

Date:

7. [X] Number of pages attached: ONE

[X] SIGNATURE FOLLOWS LAST ATTACHMENT
JUDGE OF THE SUPERIOR COURT

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 2000]
Mandatory Form [1/1/2000]

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

ESTATE OF PAULA M. ROJESKI

ORDER FOR PROBATE
AND APPOINTING SPECIAL ADMINISTRATOR

ATTACHMENT 3d(2)

Petitioner is granted the following powers:

1. To take any and all actions necessary to initiate, file, and prosecute claims, administrative proceedings, and lawsuits against any and all persons and entities believed to be liable for damages and other relief arising out of the death of decedent.

2. To give any and all notices appropriate or necessary to initiate, file, and prosecute the matters set forth in Paragraph 1.

3. To retain attorneys to represent petitioner in the matters set forth in Paragraph 1.

Dated: August 29, 2012.

JUDGE OF THE SUPERIOR COURT

Randall J. Sherman

I hereby certify the foregoing instrument consisting of 2 page(s) is a true and correct copy of the original on file in this court

ATTEST DATE: AUG 3 0 2012
ALAN CARLSON, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY
L. CRUZ

75

DE-150

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, etc.)   number, and address):   TELEPHONE AND FAX NO.:   FOR COURT USE ONLY

John P. Golden
Basye & Golden
160 Bovet Road, Suite 305   (650) 345-3650
San Mateo, CA 94402-3100

RECEIVED

ATTORNEY FOR (Name): Michele A. Pelter, Special Administrator

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

AUG 3 0 2012

SUPERIOR COURT OF CALIFORNIA, COUNTY OF COUNTY OF ORANGE
STREET ADDRESS: 341 THE CITY DRIVE
MAILING ADDRESS: 341 THE CITY DRIVE
CITY AND ZIP CODE: ORANGE,   CA-92868
BRANCH NAME: LAMOREAUX JUSTICE CENTER

AUG 3 0 2012
ALAN CARLSON, Clerk of the Court
BY: N. LAU   DEPUTY

ALAN CARLSON, Clerk of the Court
BY: H. POTTER   , DEPUTY

ESTATE OF (Name):
Paula M. Rojeski, also known as
Paula Rojeski, Paula Marie Rojeski   DECEDENT

CASE 30-2012-00583622-
PR-LA-LJC

LETTERS

☐ TESTAMENTARY   ☐ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED ☒ SPECIAL ADMINISTRATION

| LETTERS | AFFIRMATION |
|---|---|
| 1. ☐ The last will of the decedent named above having been proved, the court appoints (name): <br><br> a. ☐ executor. <br> b. ☐ administrator with will annexed. <br><br> 2. ☒ The court appoints (name): <br> **Michele A. Pelter** <br> a. ☐ administrator of the decedent's estate. <br> b. ☒ special administrator of decedent's estate <br>    (1) ☒ with the special powers specified in the Order for Probate. <br>    (2) ☐ with the powers of a general administrator. <br>    (3) ☒ letters will expire on (date): <br> **9/27/2012** <br><br> 3. ☐ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act ☐ with full authority ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or, (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property). <br><br> 4. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order. | 1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)). <br><br> 2. ☒ INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law. <br><br> 3. ☐ INSTITUTIONAL FIDUCIARY (name): <br><br> I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer. <br> (Name and title): <br><br><br> 4. Executed on (date): **August 29, 2012** at (place): **San Mateo** , California <br><br> ▶ _Michele A. Pelter_ <br> (SIGNATURE) |

WITNESS, clerk of the court, with seal of the court affixed.

CERTIFICATION
I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date: **AUG 3 0 2012**
Clerk, by **ALAN CARLSON**
(DEPUTY) **H. POTTER**

(SEAL)   Date: **AUG 3 0 2012**
Clerk, by **ALAN CARLSON**
(DEPUTY) **H. POTTER**

Form Approved by the
Judicial Council of California
DE-150 [Rev. January 1, 2008]
Mandatory Form (1/1/2000)

MultiPaxis
ESSENTIAL FORMS

LETTERS
(Probate)

Probate Code, §§ 1001, 8403, 8405, 8544, 8545
Code of Civil Procedure, § 2015.6

76

## ATTACHMENT 3

Subpoena to Custodian of Records for Robert Skversky, M.D. dba Weight No More,
320 Superior, Suite 210, Newport Beach, CA 90260

The items described in the following Affidavit to be produced pursuant to this subpoena are as follows:

REQUEST NO. 1:

All DOCUMENTS evidencing any medical treatment or heath care worker provided services to Paula Marie Rojeski, Date of Birth 12-15-55; Date of Death 9-8-11, Social Security No. 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.

REQUEST NO. 2:

All COMMUNICATIONS OR CORRESPONDENCE you have had with any person, business, or other entity regarding the care or treatment of Paula Marie Rojeski.

REQUEST NO. 3:

All DOCUMENTS concerning the medical records for Paula Marie Rojeski, including medical records, autopsy reports, autopsy photographs, autopsy recordings, toxicology reports, specimen slides, treatments, prescriptions, medications, billings, business records, financial records, payments records, or consultations regarding the above-named patient, including but not limited to ambulance reports, admissions reports, discharge reports, history, laboratory results, physicians, nurses, and physical therapy treatment records, autopsy reports, postmortem examinations, diagnosis, prognosis, assessments, progress notes, X-rays, MRI scans, laboratory slides, pharmacy records, drug dispensing records, laboratory specimens, prescriptions, recommended medications, physical therapy reports, billing records, X-ray reports, matters contained in and pertaining to outpatient clinics, emergency records, in-patient care records, and all other matters respecting any health care treatment or examination of the patient.

77

# COMPEX LEGAL SERVICES

## AFFIDAVIT - (Pursuant to Cal Evidence Code 1561)

### E40792-B

I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge and belief. I am over the age of 18 and the duly authorized custodian of records for:

**ROBERT SKVERSKY, MD**
**320 SUPERIOR AVENUE, SUITE 210, NEWPORT BEACH, CA 92663**
and have the authority to certify that the records made available to COMPEX LEGAL SERVICES for reproducing are all of the records under my custody and control, described and called for in the SUBPOENA/Authorization served with this declaration in the matter relating to said individual or thing pertaining to:
**RECORDS OF: ROJESKI, PAULA**
 **AKA: PAULA MARIE ROJESKI**
**DATE OF BIRTH: 12/15/55**
**SOCIAL SECURITY#: 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**

| HOW ORIGINAL RECORDS WERE PREPARED | | |
|---|---|---|
| ☒ HANDWRITTEN NOTES | ☐ TYPED/DATA ENTERED | |
| ☐ TRANSCRIBED | ☐ OTHER _____ | |

| TYPE OF RECORDS PRODUCED | | | |
|---|---|---|---|
| ☒ MEDICAL | ☐ BILLING | ☐ FILMS | ☐ INSURANCE |
| ☐ EMPLOYMENT | ☐ PAYROLL | ☐ SCHOLASTIC | |
| ☐ OTHER _____ | | | |

Said records were prepared by personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I have delivered all of the records/items requested with the following exception(s):

_____

_____

_____

INGRID C. ONO
**CUSTODIAN NAME (PLEASE PRINT)**

FRONT OFC
**DEPARTMENT**

*Ingrid C. Ono*
**SIGNATURE OF CUSTODIAN**

11/15/12
**DATE**

I AM THE ATTORNEY'S REPRESENTATIVE AND I STATE THAT I MADE TRUE COPIES OF ALL THE ORIGINAL RECORDS DELIVERED TO ME BY THE CUSTODIAN OF RECORDS OF THE ABOVE LOCATION.

I DECLARE UNDER PENALTY OF PERJURY & UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

**DATE** _____ **SIGNATURE** _____ **PRINT NAME** _____

PURSUANT TO BUSINESS & PROFESSIONS CODE SECTION 2242, I WILL MAINTAIN THE INTEGRITY & CONFIDENTIALITY OF ANY AND ALL INFORMATION OBTAINED, AND DISTRIBUTE THE RECORDS COPIED BY COMPEX LEGAL SERVICES TO THE AUTHORIZED PERSON OR ENTITIES.

78

DUPLICATE

## Certificate of No Records

E40792- B

Record Subject: **ROJESKI, PAULA**
AKA: **PAULA MARIE ROJESKI**
DOB: **12/15/55**
SSN: **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**

I, the undersigned, being the duly authorized custodian of records or other qualified witness for the following entity:

**ROBERT SKVERSKY, MD**
320 SUPERIOR AVENUE, SUITE 210
NEWPORT BEACH, CA 92663

With personal knowledge of the facts set forth below, and authority to certify said facts, do herby attest as follows:

|  |  | Yes | No |
|---|---|---|---|
| 1) | A complete and thorough search of all active, inactive, and stored files has been made for the records. | ☐ | ☐ |
| 2) | All identifying information provided, including but not limited to, dates of birth, social security numbers, file numbers, dates of treatment or service, and names of involved parties was used in the search. | ☐ | ☐ |
| 3) | All possible information that can be used to search for the records of the record subject named above was provided; and no further search with additional information is possible. | ☐ | ☐ |
| 4) | All branch offices and other business locations for the entity listed above have been searched. | ☐ | ☐ |
| 5) | All records from all branch offices and other business locations for the entity listed above have been provided. | ☐ | ☐ |
| 6) | The entity listed above has no separate private records or other separate files, including consultations, treatment classifications or chronological files, that were in any way excluded from the search for these records. | ☐ | ☐ |
| 7) | To the best of my knowledge and belief, the entity listed above does not now and never has operated under other names or at other locations that were in any away excluded form the search for these records. | ☐ | ☐ |
| 8) | To the best of my knowledge and belief, none of the requested records currently exist. | ☐ | ☐ |

For any "No" answers, please provide a detailed explanation: _____
_____
_____

The records called for and described cannot be produced for the following specific reasons:

| Records Requested | Never Existed | Lost | Destroyed | Retention Policy | Other (please explain) |
|---|---|---|---|---|---|
| MEDICAL | ☐ | ☐ | ☐ | _____ | _____ |
| X-RAYS | ☐ | ☐ | ☐ | _____ | _____ |
| BILLING | ☐ | ☐ | ☐ | _____ | _____ |
| PAYROLL | ☐ | ☐ | ☐ | _____ | _____ |
| EMPLOYMENT | ☐ | ☐ | ☐ | _____ | _____ |
| OTHER | ☐ | ☐ | ☐ | _____ | _____ |

I hereby declare under penalty of perjury, pursuant to the laws of the State of CA that the foregoing is true and correct.

Executed on: _____ at ORANGE, CA
                        (Date)

Signature: _____    Print name: _____

As an agent of Compex Legal Services, Inc., I hereby declare that all information provided to Compex regarding these records was communicated to the custodian prior to the execution of this Certificate of No Records.

☐ NOTE: The Custodian was requested to sign this certificate and refused, electing instead to generate a similar document

Agent's Signature: _____

Date: _____        Compex Order #: E40792- B

79

355