BARRETT S. LITT, SBN 45527
E-Mail: blitt@kmbllaw.com
DAVID MCLANE, SBN 124952
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 Colorado Blvd., Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

KONRAD L. TROPE, SBN 133214
MARK S. FAULKNER, SBN 102679
CENTURION LAW GROUP, P.C.
9107 WILSHIRE BLVD., STE. 450
BEVERLY HILLS, CA 90210
TEL/FAX: 888-942-9997
EMAIL: ktrope@centurionlawgroup.com

ATTORNEYS FOR PLAINTIFF
VALLEY SURGICAL CENTER, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY SURGICAL CENTER, LLC, a California Limited Liability Company,**<br><br>      **Plaintiff,**<br><br>      **vs.**<br><br>**COUNTY OF LOS ANGELES, a government entity, LAKSHMANAN SATHYAVAGISWARAN, M.D., an individual, ADRIAN MARINOVICH, M.D., an individual, RAFFI DJABOURIAN, M.D., an individual, DENIS C. ASTARITA, M.D. , an individual, SELMA CALMES, M.D., an individual, JOHN KADES, an individual, ED WINTER, an individual, and DOES 1-10,**<br><br>      **Defendants.** | CASE No. CV 13-02265 DDP(AGRx)<br>Before the Honorable Dean D. Pregerson<br><br>**DECLARATION OF KONRAD L. TROPE REGARDING NOTICE OF APRIL 4, 2013 STATUS CONFERENCE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>TRO Hearing Date: TBD<br>Preliminary Injunction Hearing Date: TBD<br>Courtroom: 3<br><br>  Date:    April 4, 2013<br>  Time:   2:30 p.m.<br>  Place:  Courtroom 3,<br>          312 North Spring Street<br>          Los Angeles, CA 90012 |

Complaint Filed: March 29, 2013

I, Konrad L. Trope, declare as follows:

1.      I am an active member of the State Bar of California and a member of the Bar of this Court.  I have personal knowledge of the matters set forth herein and if called upon to do so I could and would testify competently thereto under oath, except as to such matters as to which I state that I am informed and believe and as to such matters I am informed as indicated herein and believe that the same are true.

2.      I am the Managing Shareholder of Centurion Law Group, PC, a California professional corporation ("Centurion").  I, along with Mark S. Faulkner of my office, are attorneys of record for plaintiff Valley Surgical Center, LLC, in this case, together with Barrett S. Litt and David McLane of Kaye, McLane, Bednarski & Litt, LLP.

3.      On April 3, 2013, at approximately 11:00 a.m., I received a telephone call from John A. Chambers, courtroom clerk to the Honorable Dean D. Pregerson, the judge to whom this action was assigned on the date that the complaint was filed.  Mr. Chambers informed me that the Court has set a status conference on the ex parte application of Plaintiff Valley Surgical Center, LLC for temporary restraining order and for an order to show cause regarding preliminary injunction, for Thursday, April 4, 2013, at 2:30 p.m., in Courtroom 3, located at 312 North Spring Street, Second Floor, Los Angeles, California, and directed me to notify the other parties in the case of the hearing.

4.      After the end of my telephone conversation with Mr. Chambers, I asked Mr. Faulkner, an attorney with Centurion, to give notice.

5.      I am informed and believe that on April 3, at approximately 12:36 p.m., Mr. Faulkner sent an e-mail to the following addresses, at email addresses that the Defendants, their agents or their counsel have previously used in communicating with me regarding this case:

| *Addressee* | *E-Mail Address* |
|---|---|
| Lakshamanan Sathyvagiswaran | lsathyavagiswaran@coroner.lacounty.gov |
| Craig Harvey | CHarvey@coroner.lacounty.gov |
| Raffi Djabourian | RDjabourian@coroner.lacounty.gov |
| John Kades | jkades@coroner.lacounty.gov |
| Ed Winter | ewinter@coroner.lacounty.gov |
| Ken Maranga | ken.maranga@marmorlaw.com |
| Selma Calmes | scalmes@coroner.lacounty.gov |
| Denis Astarita | dastarita@coroner.lacounty.gov |

The email states as follows, among other things:

> *Court has set a hearing on Valley's application for preliminary injunction for Thursday, April 4, 2013, at 2:30 p.m. in Courtroom 3 located at 312 North Spring Street, Second Floor, Los Angeles, CA 90012.  Mr. Chambers may be reached at 213-894-3913.*

I attach hereto as <u>Exhibit 1</u> and incorporate herein by this reference a true copy of the email which Mr. Faulkner sent, a courtesy copy of which he sent to me at the same time as he sent it to the addressees listed in this paragraph, although I have omitted copies of the attachments to the email, which consisted of the "proofs of service" which are now on file in this case as docket items 7 through 19, inclusive.

     6.     The basis for my information and belief as to the matters I state in this paragraph are Mr. Faulkner and the copy I received of the email that he sent.  Mr. Faulkner has informed me that he has received no "delivery failure notice" from Outlook 2010, the program used to send the email.

     7.     Mr. Faulkner has also informed me that at 12:41 p.m. on April 3, 2014, he send a second email to the same addressees listed in paragraph  5 of this

declaration, clarifying that the April 4, 2013 hearing is to be a status conference on Valley Surgical Center's application for a preliminary injunction. I attach hereto as Exhibit 2 and incorporate herein by this reference a true copy of the email which Mr. Faulkner sent at about 12:41 p.m. on April 3, 2014. Mr. Faulkner has informed me that he has received no "delivery failure notice" from Outlook 2010, the program used to send the email.

8.     Also on April 3, 2013, at approximately 12:56 p.m., Mr. Faulkner sent a facsimile transmission to the following addresses, at fax numbers they have previously used in communicating with me regarding this case:

| Recipient | Fax Number |
|---|---|
| Kades, John | 323-224-8579 |
| Winter, Ed | 323-224-3920 |
| Maranga, Ken | 818-587-9147 |

The transmission consisted of a letter containing the same information that was included in the email mentioned in the preceding paragraph. I attach hereto as Exhibit 3 and incorporate herein by this reference a true copy of the facsimile cover sheet and the letter which Mr. Faulkner sent, together with the fax transmission report, which shows that the transmission to each of the three recipients indicated was successfully completed, but I have omitted the enclosures to the letter, which consisted of the proofs of service which are now on file in this case as docket items 7 through 19, inclusive.

/ / /
/ /
/ / /
/ / /

CASE NO. CV 13-02265 DDP(AGRX)          DECLARATION OF KONRAD L. TROPE

1        9.     As of the time of the execution of this declaration, I have received no

2   communications of any time from any of the persons notified of the April 4, 2013

3   hearing as indicated in this declaration.

4        I declare under the penalty of perjury that the foregoing is correct and that

5   this declaration is executed this 3rd day of April, 2013, at Beverly Hills, California.

6

7                                */s/ Konrad L. Trope*

8                                Konrad L. Trope

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28