# Konrad L. Trope

| | |
|---|---|
| **From:** | Mark Faulkner <mfaulkner@centurionlawgroup.com> |
| **Sent:** | Wednesday, April 03, 2013 12:36 PM |
| **To:** | lsathyavagiswaran@coroner.lacounty.gov; CHarvey@coroner.lacounty.gov; RDjabourian@coroner.lacounty.gov; jkades@coroner.lacounty.gov; ewinter@coroner.lacounty.gov; ken.maranga@marmorlaw.com; scalmes@coroner.lacounty.gov; dastarita@coroner.lacounty.gov |
| **Cc:** | Konrad L. Trope; Cathleen R. Atkinson |
| **Subject:** | Valley Surgical Center, LLC v. County of Los Angeles, et al. (USDC, CD, Cal., No. 12cv-022650DDP (AGRx) |
| **Attachments:** | 2013-04-01 - MPJ POS Kades Sum & Comp.pdf; 2013-04-02 - SPD POS Winter TRO.pdf; 2013-04-02 - SPD POS Marinovich TRO.pdf; 2013-04-02 - SPD POS Lakshmanan TRO.pdf; 2013-04-02 - SPD POS LA Co TRO.pdf; 2013-04-02 - SPD POS Kades TRO.pdf; 2013-04-02 - SPD POS Djabourian Sum, Comp, TRO.pdf; 2013-04-02 - SPD POS Calmes Sum, Comp, TRO.pdf; 2013-04-02 - SPD POS Astarita Sum, Comp, TRO.pdf; 2013-04-01 - SPD POS LA Co Sum & Comp.pdf; 2013-04-01 - MPJPOS Winter Sum & Comp.pdf; 2013-04-01 - MPJ POS Marinovich Sum & Comp.pdf; 2013-04-01 - MPJ POS Lakshmanan Sum & Comp.pdf |
| **Importance:** | High |

Ladies and Gentlemen:

Konrad L. Trope of Centurion Law Group, PC, and Barrett S. Litt of Kaye McLane Bednarski and Litt, LLP represent Valley Surgical Center, LLC ("Valley Surgical").

On March 29, 2013, in the United States District Court for the Central District of California, Western Division, in Los Angeles (the "Court"), Valley Surgical filed a "Complaint for Damages and Injunctive Relief", alleging violations of constitutional rights under 42 U.S.C. § 1983, violations of constitutional rights under 42 U.S.C. § 1983 - Monell and Supervisory Liability, violations of state law and injunctive relief. On that date, the Court assigned the case to US District Judge Dean D. Pregerson, and gave it case number CV13-02265-DDP.

On April 1, 2013, Valley filed an ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski.

Copies of the summons, complaint, other initial papers and the April 1, 2013 application and related papers were served as follows:

| Person Served | Date of Service | Documents Served |
|---|---|---|
| County of Los Angeles | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Kades, John | April 1, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; |

1

| | | |
|---|---|---|
| | | Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Marinovich, Adrian | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Sathyavagiswaran, Lakshmanan | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Winter, Ed | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Astarita, Denis, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Calmes, Selma, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| County of Los Angeles | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Djabourian, Raffi, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Kades, John | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Marinovich, Adrian, | April 2, | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy |

| | | |
|---|---|---|
| M.D. | 2013 | Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Sathyvagiswaran, Lakshmanan, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Winter, Ed. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |

I attach copies of the proofs of the foregoing service for your convenience. The proofs of service are being filed today.

Amended/corrected proofs of service will be filed to correct the following errors in the April 2, 2013 proofs of service:

| As stated in April 2, 2013 proof | Amended/corrected proof |
|---|---|
| Declaration of Konrad Trope, M.D.; Declaration of Cyril Trope, M.D. | Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D. |

On April 2, 2013, Valley Surgical filed an amended ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski. Copies of the application and related papers are being served on you today, April 3, 2013.

Today at about 11:00 a.m., John A. Chambers, courtroom clerk to Judge Pregerson, called Mr. Trope to advise that the Court has set a hearing on Valley's application for preliminary injunction for Thursday, April 4, 2013, at 2:30 p.m. in Courtroom 3 located at 312 North Spring Street, Second Floor, Los Angeles, CA 90012. Mr. Chambers may be reached at 213-894-3913.

You and/or your legal representative are encouraged to attend the hearing tomorrow afternoon.

Very truly yours,

MSF

Mark S. Faulkner, Esq.
**CENTURION LAW GROUP, P.C.**
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA  90210

E-mail: mfaulkner@centurionlawgroup.com
Tel: 888-942-9997
Fax: 888-942-9997

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

## Konrad L. Trope

| | |
|---|---|
| **From:** | Mark Faulkner <mfaulkner@centurionlawgroup.com> |
| **Sent:** | Wednesday, April 03, 2013 12:41 PM |
| **To:** | lsathyavagiswaran@coroner.lacounty.gov; CHarvey@coroner.lacounty.gov; RDjabourian@coroner.lacounty.gov; jkades@coroner.lacounty.gov; ewinter@coroner.lacounty.gov; ken.maranga@marmorlaw.com; scalmes@coroner.lacounty.gov; dastarita@coroner.lacounty.gov |
| **Cc:** | Konrad L. Trope; Cathleen R. Atkinson |
| **Subject:** | RE: Valley Surgical Center, LLC v. County of Los Angeles, et al. (USDC, CD, Cal., No. 12cv-022650DDP (AGRx) |
| **Importance:** | High |

Ladies and Gentlemen:

A point of clarification: the hearing tomorrow afternoon is a status conference on Valley Surgical Center, LLC's application for preliminary injunction.

Very truly yours,

MSF

Mark S. Faulkner, Esq.
**CENTURION LAW GROUP, P.C.**
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA 90210
E-mail: mfaulkner@centurionlawgroup.com
Tel: 888-942-9997
Fax: 888-942-9997

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Mark Faulkner [mailto:mfaulkner@centurionlawgroup.com]
**Sent:** Wednesday, April 03, 2013 12:36 PM
**To:** 'lsathyavagiswaran@coroner.lacounty.gov'; 'CHarvey@coroner.lacounty.gov'; 'RDjabourian@coroner.lacounty.gov'; 'jkades@coroner.lacounty.gov'; 'ewinter@coroner.lacounty.gov'; 'ken.maranga@marmorlaw.com'; 'scalmes@coroner.lacounty.gov'; 'dastarita@coroner.lacounty.gov'
**Cc:** Konrad L. Trope; Cathleen R. Atkinson
**Subject:** Valley Surgical Center, LLC v. County of Los Angeles, et al. (USDC, CD, Cal., No. 12cv-022650DDP (AGRx)
**Importance:** High

Ladies and Gentlemen:

Konrad L. Trope of Centurion Law Group, PC, and Barrett S. Litt of Kaye McLane Bednarski and Litt, LLP represent Valley Surgical Center, LLC ("Valley Surgical").

On March 29, 2013, in the United States District Court for the Central District of California, Western Division, in Los Angeles (the "Court"), Valley Surgical filed a "Complaint for Damages and Injunctive Relief", alleging violations of constitutional rights under 42 U.S.C. § 1983, violations of constitutional rights under 42 U.S.C. § 1983 - Monell and Supervisory Liability, violations of state law and injunctive relief. On that date, the Court assigned the case to US District Judge Dean D. Pregerson, and gave it case number CV13-02265-DDP.

On April 1, 2013, Valley filed an ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski.

Copies of the summons, complaint, other initial papers and the April 1, 2013 application and related papers were served as follows:

| Person Served | Date of Service | Documents Served |
|---|---|---|
| County of Los Angeles | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Kades, John | April 1, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Marinovich, Adrian | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Sathyavagiswaran, Lakshmanan | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Winter, Ed | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Astarita, Denis, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Calmes, Selma, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; |

| | | |
|---|---|---|
| | | Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| County of Los Angeles | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Djabourian, Raffi, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Kades, John | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Marinovich, Adrian, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Sathyvagiswaran, Lakshmanan, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Winter, Ed. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |

I attach copies of the proofs of the foregoing service for your convenience. The proofs of service are being filed today.

Amended/corrected proofs of service will be filed to correct the following errors in the April 2, 2013 proofs of service:

| As stated in April 2, 2013 proof | Amended/corrected proof |
|---|---|
| Declaration of Konrad Trope, M.D.; Declaration of Cyril Trope, M.D. | Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D. |

On April 2, 2013, Valley Surgical filed an amended ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski. Copies of the application and related papers are being served on you today, April 3, 2013.

Today at about 11:00 a.m., John A. Chambers, courtroom clerk to Judge Pregerson, called Mr. Trope to advise that the Court has set a hearing on Valley's application for preliminary injunction for Thursday, April 4, 2013, at 2:30 p.m. in Courtroom 3 located at 312 North Spring Street, Second Floor, Los Angeles, CA 90012. Mr. Chambers may be reached at 213-894-3913.

You and/or your legal representative are encouraged to attend the hearing tomorrow afternoon.

Very truly yours,

MSF

Mark S. Faulkner, Esq.
**CENTURION LAW GROUP, P.C.**
9107 Wilshire Boulevard, Suite 450
Beverly Hills, CA  90210
E-mail: mfaulkner@centurionlawgroup.com
Tel: 888-942-9997
Fax: 888-942-9997

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.


# Fax

| | |
|---|---|
| Date: | April 3, 2013 |
| From: | Mark S. Faulkner |
| Phone: | 888-942-9997 |
| Fax: | 888-942-9997 |
| E-mail: | mfaulkner@centurionlawgroup.com |
| Company Name: | Centurion Law Group, PC |
| To: | Kades, John - 323-224-8579 |
| To: | Winter, Ed - 323-224-3920 |
| To: | Maranga, Ken - 818-587-9147 |
| Subject: | Valley Surgical Center, LLC v. County of Los Angeles, et al. (USCD, CD, Cal, No. CV13-02265-DDP) |
| Pages: | Forty-Six (46) |

## Comments:

Please see letter of today's date from Mark S. Faulkner, attached.



**CENTURION LAW GROUP, P.C.**
9107 WILSHIRE BLVD. SUITE 450
BEVERLY HILLS, CA 90210
TEL: (888) 942-9997
FAX: (888) 942-9997
MFAULKNER@CENTURIONLAWGROUP.COM

April 3, 2012

<u>By Facsimile Transmission</u>
Kades, John    323-224-8579
Winter, Ed     323-224-3920
Maranga, Ken   818-587-9147

Gentlemen:

Konrad L. Trope of Centurion Law Group, PC, and Barrett S. Litt of Kaye McLane Bednarski and Litt, LLP represent Valley Surgical Center, LLC ("Valley Surgical").

On March 29, 2013, in the United States District Court for the Central District of California, Western Division, in Los Angeles (the "Court"), Valley Surgical filed a "Complaint for Damages and Injunctive Relief", alleging violations of constitutional rights under 42 U.S.C. § 1983, violations of constitutional rights under 42 U.S.C. § 1983 - Monell and Supervisory Liability, violations of state law and injunctive relief. On that date, the Court assigned the case to US District Judge Dean D. Pregerson, and gave it case number CV13-02265-DDP.

On April 1, 2013, Valley filed an ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski.

Copies of the summons, complaint, other initial papers and the April 1, 2013 application and related papers were served as follows:

| Person Served | Date of Service | Documents Served |
|---|---|---|
| County of Los Angeles | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Kades, John | April 1, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st |

April 3, 20123
Page 1

| Person Served | Date of Service | Documents Served |
|---|---|---|
| | | Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Marinovich, Adrian | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Sathyavagiswaran, Lakshmanan | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Winter, Ed | April 1, 2013 | Summons; complaint; notice of assignment; certification and notice of interested parties; civil cover sheet |
| Astarita, Denis, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Calmes, Selma, M.D. | April 2, 2013 | Summons; Complaint; Notice Of Assignment; Certification And Notice Of Interested Parties; Civil Cover Sheet; Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; |

April 3, 20123
Page 2

| Person Served | Date of Service | Documents Served |
|---|---|---|
| | | Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| County of Los Angeles | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Djabourian, Raffi, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Kades, John | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi,M.D. |

April 3, 20123
Page 3

| Person Served | Date of Service | Documents Served |
|---|---|---|
| Marinovich, Adrian, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Sathyvagiswaran, Lakshmanan, M.D. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |
| Winter, Ed. | April 2, 2013 | Ex Parte Application For Temporary Restraining Order as to Issuance of Autopsy Report; 1st Ex Parte Application to Amend re Ex Parte Application for TRO; Memo in Support of Application for Temporary Restraining Order; Proposed Order to Show Cause in Support of TRO; Declaration of Juan Felix, M.S.; Declaration of Michael Fishbein, M.D.; Declaration of Ivan Hronel, M.D.; Declaration of Timothy Kollars; Declaration of Roberto Macatangay; Declaration of Michael Sedrak, M.D.; Declaration of Terry Simpson, M.D.; Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D.; Declaration of Mirali Zarrabi, M.D. |

I attach copies of the proofs of the foregoing service for your convenience. The proofs of service are being filed today.

April 3, 20123
Page 4

Amended/corrected proofs of service will be filed to correct the following errors in the April 2, 2013 proofs of service:

| As stated in April 2, 2013 proof | Amended/corrected proof |
|---|---|
| Declaration of Konrad Trope, M.D.; Declaration of Cyril Trope, M.D. | Declaration of Konrad Trope; Declaration of Cyril Wecht, M.D. |

On April 2, 2013, Valley Surgical filed an amended ex parte application for a temporary restraining order and an order to show cause as to a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, as to issuance of an autopsy report regarding the death of Paula Rojeski. Copies of the application and related papers are being served on you today, April 3, 2013.

Today at about 11:00 a.m., John A. Chambers, courtroom clerk to Judge Pregerson, called Mr. Trope to advise that the Court has set a hearing on Valley's application for preliminary injunction for Thursday, April 4, 2013, at 2:30 p.m. in Courtroom 3 located at 312 North Spring Street, Second Floor, Los Angeles, CA 90012. Mr. Chambers may be reached at 213-894-3913.

You and/or your legal representative are encouraged to attend the hearing tomorrow afternoon.

Very truly yours,

CENTURION LAW GROUP, PC

Mark S. Faulkner

April 3, 20123
Page 5

**Broadcast Report**

| | | | |
|---|---|---|---|
| Date/Time | 04−03−2013 | 14:56:30 | Transmit Header t |
| Local ID 1 | 424 777 0504 | | Location me 1 |

This document   Confirmed
(reduced sample   details below)
Document size   8.5   1"

# ▶Fax

| | |
|---|---|
| Date: | April 3, 2013 |
| From: | Mark S. Faulkner |
| Phone: | 888-942-9997 |
| Fax: | 888-942-9997 |
| E-mail: | mfaulkner@centurionlawgroup.com |
| Company Name: | Centurion Law Group, PC |
| To: | Kades, John - 323-224-8579 |
| To: | Winter, Ed - 323-224-3920 |
| To: | Maranga, Ken - 818-587-9147 |
| Subject: | Valley Surgical Center, LLC v. County of Los Angeles, et al. (USCD, CD, Cal, No. CV13-02265-DDP) |
| Pages: | Forty-Six (46) |

**Comments:**

Please see letter of today's date from Mark S. Faulkner, attached.

Total Pages Scanned : 46   Total Pages Confirmed : 138

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 442 | 818 587 9147 | 12:56:39 04−03−2013 | 00:53:27 | 46/46 | 1 | EC | HS | CP24000 |
| 002 | 442 | 323 224 3920 | 12:56:39 04−03−2013 | 00:28:40 | 46/46 | 1 | EC | HS | CP24000 |
| 003 | 442 | 323 224 8579 | 12:56:39 04−03−2013 | 00:24:29 | 46/46 | 1 | EC | HS | CP14400 |

# Broadcast Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 04-03-2013 | 14:56:30 | Transmit Header Text | |
| Local ID 1 | 424 777 0504 | | Local Name 1 | |

**Abbreviations:**

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |