BARRETT S. LITT, SBN 45527
E-Mail: blitt@kmbllaw.com
DAVID MCLANE, SBN 124952
KAYE, MCLANE, BEDNARSKI & LITT, LLP
234 Colorado Blvd., Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

KONRAD L. TROPE, SBN 133214
MARK S. FAULKNER, SBN 102679
CENTURION LAW GROUP, P.C.
9107 WILSHIRE BLVD., STE. 450
BEVERLY HILLS, CA 90210
TEL: 888-942-9997
FAX: 888-942-9997
EMAIL: ktrope@centurionlawgroup.com

ATTORNEYS FOR PLAINTIFF
VALLEY SURGICAL CENTER, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALLEY SURGICAL CENTER, LLC, a California Limited Liability Company,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**COUNTY OF LOS ANGELES, a government entity,  LAKSHMANAN SATHYAVAGISWARAN, M.D., an individual, ADRIAN MARINOVICH, M.D., an individual, RAFFI DJABOURIAN, M.D., an individual, DENIS C. ASTARITA, M.D. , an individual, SELMA CALMES, M.D., an individual, JOHN KADES, an individual, ED WINTER, an individual, and DOES 1-10,**<br><br>    **Defendants.** | CASE No.:   CV 13-02265 DDP(AGRx)<br><br>Before the Honorable Dean D. Pregerson<br><br>**DECLARATION OF KONRAD L. TROPE  RE: FILING OF EXHBIT "6" TO THE COMPLAINT AND EXHIBIT "A" TO THE APRIL 3, 2013, SEDRAK DECLARATION**<br><br><br>TIME:   TBA<br>DATE:   TBA<br>PLACE: COURTROOM 3<br><br>Complaint Filed: March 29, 2013 |

Case No. CV13-02265 DDP (AGRx)         1         Declaration of Konrad L. Trope

## DECLARATION OF KONRAD TROPE

I, Konrad Trope, declare and say:

1. I am an attorney at law admitted to practice before the United States District Court for the Central District of California, and I am the attorney for plaintiff, Valley Surgical Center, LLC. I attach to this declaration to provide the Court with a true and correct copy of the unsealed by previously omitted Exhibit "6" to the Complaint filed on March 29, 2013 (Doc. 1), In addition I also attach a true and correct copy of Exhibit "A" to the Michael Sedrak, M.D., Declaration of April 3, 2013 (Doc . 23),

2. Valley had prepared an extensive motion to seal the original Autopsy Report for Paula Rojeski which was given to me at the Los Angeles County Coroner's Office on January 15, 2013, and which was identified as Exhibit "6" to the Complaint Valley filed on March 29, 2013. Valley had also prepared the Sealing Motion to seal Exhibit "A" to the Declaration of Michael Sedrak, M.D., which was filed with the Court on April 3, 2013. However, on April 1, 2013, defendants, including the Los Angeles County, Department of the Coroner, released the Autopsy Report in an overt retaliation against Valley for having filed this lawsuit on March 29, 2013, and for having given notice of a request for Temporary Restraining Order on March 28, 2013.

3. It now appears that a sealing order for both the old and new Autopsy Reports is of no avail. However, the Autopsy Report continues to have a major adverse and ongoing impact against Valley. The continuing irreparable injury which the Autopsy Report is inflicting on alley each day arises form the fact it is a continuing false report from a government agency.

4. The Autopsy Report is an official government document admissible in numerous court proceedings under Rule 803(8) of the Federal Rules of Civil

Case No. CV13-02265 DDP (AGRx)        2        Declaration of Konrad L. Trope

1  Procedure.  7 Graham's Handbook of Federal Evidence § 803:8 (7th ed. 2011);  4
2  Weinstein's Federal Evidence ¶ 803(8)[01] at 803-233 (2d ed. 2010).  The damage
3  which the ongoing effect of these Autopsy Reports will have on Valley is
4  irreparable.  That damage can only be stopped by injunctive relief which Valley
5  has requested before this Court.

6      **5.**  Defendants threatened to retaliate against Valley by releasing the
7  Autopsy Reports if Valley sought relief with anyone outside of the Coroner's
8  Office.  That threat to deprive Valley of its right to access the Courts, under the
9  First, Fifth, and 14th Amendments, is precisely what defendants did when Valley
10  filed this action with the with the Court.  Defendants released the report, ths
11  rendering Valley's request to seal the documents as useless.  The retaliation in this
12  case happened right in front of this Court, and the Court should issue an injunction
13  to stop any continuing validity of the false Autopsy Report.

    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration is executed this 4th day of April, at Beverly Hills, California.

                                                   /s/ Konrad L. Trope
                                                    Konrad L. Trope