Kenneth A. Maranga, Esq. (SBN 94116)
ken.maranga@marmorlaw.com
Patricia E. Ellyatt, Esq. (SBN 112552)
pellyatt@marmorlaw.com
Morgan A. Metzger, Esq. (SBN 273330)
mmetzger@marmorlaw.com
Patricia "Molly" Ford, Esq. (SBN 285045)
pford@marmorlaw.com
MARANGA • MORGENSTERN
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

Attorneys for Defendants
COUNTY OF LOS ANGELES, a government entity; LAKSHMANAN SATHYAVAGISWARAN, M.D., ADRIAN MARINOVICH, M.D., RAFFI DJABOURIAN, M.D., DENIS C. ASTARITA, M.D., SELMA CALMES, M.D., JOHN KADES, and ED WINTER, public employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY SURGICAL CENTER, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a government entity, LAKSHMANAN SATHYAVAGISWARAN, M.D., an individual, ADRIAN MARINOVICH, M.D. an individual, RAFFI DJABOURIAN, M.D., an individual, DENIS C. ASTARITA, M.D., an individual, SELMA CALMES, M.D., an individual, JOHN KADES, an individual, ED WINTER, an individual and DOES 1-10,<br><br>Defendants. | **Case No. CV 13-02265 DDP (AGRx)**<br>Complaint Filed: March 29, 2013<br>Assigned to: Hon. Dean D. Pregerson – Courtroom 3<br><br>**DECLARATION OF PATRICIA E. ELLYATT IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STATUS CONFERENCE RE: PRELIMINARY INJUNCTION**<br><br>*[Filed concurrently with Defendants' Opposition to Application for Temporary Restraining Order and Status Conference Re: Preliminary Injunction]*<br><br>Discovery Cut-Off:   None Set<br>Motion Cut-Off:   None Set<br>Trial Date:   None Set |

///

- 1 -

I, Patricia E. Ellyatt do hereby declare:

1. I am an attorney at law licensed to practice before all the courts of the State of California, and specifically before the United States District Court for the Central District of California. I am a partner in the law firm of Maranga • Morgenstern, attorneys of record for Defendants the County of Los Angeles, Lakshmanan Sathyavagiswaran, M.D., Raffi Djabourian, M.D., Denis C. Astarita, M.D., Selma Calmes, M.D., John Kades, and Ed Winter. If called upon as a witness, I would and could competently testify as to the matters set forth below.

2. This case revolves around the death of Paula Rojeski and subsequent autopsy performed by the Department of Coroner.

3. I was aware the Konrad Trope, counsel for Valley Surgical Center, LLC. (hereafter, "VSC") had threatened to file an application for temporary restraining order on the morning of April 1, 2013.

4. Throughout the course of the day on April 1, 2013, I checked Pacer multiple times to review the pleadings that had been filed on this matter to determine whether Mr. Trope had filed the necessary papers; i.e. an application, a proposed TRO or a proposed order to show cause why a preliminary injunction should not issue, pursuant to L.R. 65-1 to seek a TRO.

5. As of 3:00 p.m., Pacer did not reflect that any of the papers necessary had been filed.

6. At 3:09 p.m., my client released the original autopsy report and the supplemental report regarding the cause and manner of Paula Rojeski's death.

7. Mr. Trope also had not given me, anyone in my office, nor any of the Defendants notice that such papers were filed at any time on April 1, 2013.

8. However, Pacer *did* reflect that Plaintiff had filed its complaint as indicated by Mr. Trope, but *without* filing an application for TRO.

///
///

- 2 -

9. I am informed and believe that since the autopsy report and supplemental report were complete and had addressed the concerns previously brought to the attention of the Department by VSC, the Coroner released its reports within its normal and customary practice.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2013 at Woodland Hills, California.

*/s/ Patricia E. Ellyatt*
PATRICIA E. ELLYATT
- 3 -

DECLARATION OF PATRICIA E. ELLYATT IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STATUS CONFERENCE RE: PRELIMINARY INJUNCTION

## PROOF OF SERVICE
### [C.C.P. §1013]

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

On **April 4, 2013**, I served the foregoing document entitled **DECLARATION OF PATRICIA E. ELLYATT IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STATUS CONFERENCE RE: PRELIMINARY INJUNCTION,** on all parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

____ **By Mail.** By placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully paid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter is more than one day after day of deposit for mailing in this Proof of Service.

____ **By Telefax.** I transmitted said document by telefax to the offices of the addressees at the telefax numbers on the attached Service List.

____ **By Personal Service.** I delivered such envelope by hand to the addressee(s).

____ **By Overnight Courier.** I caused the above-referenced document(s) to be delivered to an overnight courier service for next day delivery to the above addressee(s).

_X_ **By Email Transmission.** I caused the abovementioned document(s) to be transmitted by email to the address(es) listed below at their respective email address(es) as listed and described below. I am "readily familiar" with this office's practice for transmissions by email. Under that practice transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error. In sending the foregoing document(s) by email, I followed this office's ordinary business practices. The sending email address is mchavez@marmorlaw.com.

///

///

///

///

- 4 -

DECLARATION OF PATRICIA E. ELLYATT IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STATUS CONFERENCE RE: PRELIMINARY INJUNCTION

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

| | |
|---|---|
| Barrett S. Litt, Esq. (SBN 45527)<br>E-Mail: blitt@kmbllaw.com<br>David McLane, Esq. (SBN 133214)<br>KAYE, MCLANE, BEDNARSKI & LITT, LLP<br>234 Colorado Blvd., Suite 230<br>Pasadena, California 91101<br>(626) 844-7660; FAX (626) 844-7670 | ***Attorneys for Plaintiff,***<br>***VALLEY SURGICAL CENTER, LLC*** |
| Konrad L. Trope, Esq. (SBN 133214)<br>E-Mail: ktrope@centurionlawgroup.com<br>Mark S. Faulkner, Esq. SBN 102679)<br>CENTURION LAW GROUP, P.C.<br>9107 Wilshire Blvd., Ste. 450<br>Beverly Hills, CA 90210<br>(888) 942-9997; FAX (888) 942-9997 | ***Attorneys for Plaintiff,***<br>***VALLEY SURGICAL CENTER, LLC*** |

__X__ **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **April 4, 2013**, at Woodland Hills, California.

_____
Michelle Metz Chavez

- 5 -

DECLARATION OF PATRICIA E. ELLYATT IN OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STATUS CONFERENCE RE: PRELIMINARY INJUNCTION