UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 13-02265 DDP (AGRx)                              Dated: April 4, 2013

Title:     VALLEY SURGICAL CENTER LLC., a California Limited Liability Company -v- COUNTY OF LOS ANGELES, a government entity, et al.
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                        None Present
    Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                         None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

    This action has been assigned to the calendar of Judge Dean D. Pregerson.

    Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

    It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

    Concerning Mandatory Courtesy Copies, the Court requires delivery to Room 244-J (blue back optional) only the following filed documents, no later than the next business day after filing:

    (1)    All noticed motions and related documents* (2 copies);

            *[Exhibits and attachments **must** be separately tabbed].*

    (2)    All *ex parte* applications and related documents* (2 copies); and

            *[Exhibits and attachments **must** be separately tabbed].*

    (3)    Rule 26(f) Reports (1 copy).

    *[WHEN IN DOUBT deliver a courtesy copy.]*

    **Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.

MINUTES FORM 11                                      Initials of Deputy Clerk __JAC_____
CIVIL -- GEN