1   Kenneth A. Maranga, Esq.  (SBN 94116)
    ken.maranga@marmorlaw.com
2   Patricia E. Ellyatt, Esq. (SBN 112552)
    pellyatt@marmorlaw.com
3   Morgan A. Metzger, Esq. (SBN 273330)
    mmetzger@marmorlaw.com
4   MARANGA ● MORGENSTERN
    A Professional Law Corporation
5   5850 Canoga Avenue, Suite 600
    Woodland Hills, CA 91367
6   (818) 587-9146 ■ Fax: (818) 587-9147

7   Attorneys for Defendant
    SELMA CALMES, M.D., a public employee
8

9                  UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  VALLEY SURGICAL CENTER, LLC, a California Limited Liability Company,<br><br>13<br><br>14              Plaintiff,<br><br>15        v.<br><br>16  COUNTY OF LOS ANGELES, a government entity, LAKSHMANAN SATHYAVAGISWARAN, M.D., an individual, ADRIAN MARINOVICH, M.D. an individual, RAFFI DJABOURIAN, M.D., an individual, DENIS C. ASTARITA, M.D., an individual, SELMA CALMES, M.D., an individual, JOHN KADES, an individual, ED WINTER, an individual and DOES 1-10,<br><br>              Defendants. | **Case No.  CV 13-02265 DDP (AGRx)**<br>Complaint Filed: March 29, 2013<br>Assigned to:  Hon. Dean D. Pregerson – Courtroom 9C<br><br>**NOTICE OF MOTION FOR SANCTIONS FOR FAILURE TO DISCLOSE INFORMATION REQUIRED BY FED. R. CIV. P. 26 (a) ON BEHALF OF SELMA CALMES, M.D.**<br>_____<br>***[Filed concurrently with Motion for Sanctions; Declaration of Morgan Metzger with Exhibits in Support; (Proposed) Order]***<br><br>**Hearing Date: May 2, 2017**<br>**Time:  10:00 a.m.**<br>**Location:  Courtroom B, 8th Floor**<br>**Hon. Alicia G. Rosenberg**<br><br>Discovery Cut-Off:     None Set<br>Motion Cut-Off:        None Set<br>Trial Date:            None Set |

26   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

27        PLEASE TAKE NOTICE that on May 2, 2017, at 10:00 a.m. or as soon

28   thereafter as the matter may be heard in the Courtroom of the Honorable Alicia G.

                                    - 1 -

**NOTICE OF MOTION FOR SANCTIONS FOR FAILURE TO DISCLOSE**

Rosenberg, Magistrate, located at 312 North Spring Street, Courtroom "B", Los Angeles, California 90012, Defendant, SELMA CALMES, M.D. will move pursuant to <u>Federal Rule of Civil Procedure</u> Rule 37 to sanction Plaintiff Valley Surgical Center, LLC (hereafter, "Valley") for failure to make required disclosures pursuant to <u>Federal Rule of Civil Procedure</u> Rules 26(a) and Rule 26(e).

The motion is made on the grounds that (1) Valley's compliance with the initial disclosure requirements is mandatory; (2) Valley's deliberate failure to comply is without substantial justification; and, (3) on that basis sanctions are warranted. The motion is based on this notice and the accompanying memorandum of points and authorities, the pleadings on file in this action, and upon such other arguments or evidence as may be permitted in support of this motion.

The motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place via written correspondence on February 21, 2017. Counsel for Valley asked for additional time to respond, but has failed to confer in a timely manner.

Dated: March 21, 2017        MARANGA * MORGENSTERN

By: /s/ Morgan A. Metzger
KENNETH A. MARANGA
PATRICIA E. ELLYATT
MORGAN A. METZGER
Attorneys for Defendant
SELMA CALMES, M.D., a public employee

**NOTICE OF MOTION FOR SANCTIONS FOR FAILURE TO DISCLOSE**